**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's office.

Additional sheets may be used as necessary.

**1.  Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counter claimant(s), Cross claimant(s) and Third-party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number.

| Party | Party Type | Attorney(s) |
|---|---|---|
| Dignity Not Detention Coalition | Petitioners-Plaintiffs | Joseph Petta (SBN 286665)<br>Nardos Girma (SBN 350123)<br>Shute, Mihaly & Weinberger LLP<br>396 Hayes Street<br>San Francisco, CA  94102<br>(415) 552-7272<br>Petta@smwlaw.com<br>Ngirma@smwlaw.com |
| John Doe | | Callard Cowdery (SBN 329697)<br>African Advocacy Network<br>3106 Folsom Street<br>San Francisco, CA  94110<br>Ccowdery@aansf.org |
| City of California City | Respondent-Defendant | Brandon A. Sanchez (SBN 300718)<br>Burke, Williams & Sorensen, LLP<br>1770 Iowa Avenue, Ste. 240<br>Riverside, CA  92507<br>bsanchez@bwslaw.com |
| CoreCivic, Inc. | Respondent-Defendant | Dana M. Keene (SBN 324993)<br>Shannon L. Knorr (SBN 300399)<br>STRUCK LOVE ACEDO, PLC<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>(480) 420-1600<br>dkeene@strucklove.com<br>sknorr@strucklove.com |

**2.**    Jury Demand:

Was a Jury Demand made in another jurisdiction?   No.

If "yes," by which party and on what date?

**3.    Answer:**

Was an Answer made in another jurisdiction?    No.

If "yes," by which party and on what date?

**4.    Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5.    Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| CoreCivic, Inc. | Petition emailed to counsel on 9-30-25 |
| City of California City | Unknown |
|  |  |

**6.    Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers form another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A |  |

**7.    Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Dignity Not Detention Coalition and John Doe | Count I: Unlawful Approval of the Project in Violation of the City's Municipal Code and State Planning and Zoning Law<br><br>Count II: Failure to Enforce the City's Zoning Code<br><br>Count III: Violation of SB 29 |

| Party | Claims |
|-------|--------|
|       | Count IV: Illegal Operation of the Facility |
|       | Count V: Violation of Unfair Competition Law |

**Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**