**EXHIBIT 2**

# DECLARATION OF JUAN ACOSTA

**EXHIBIT 2**

STRUCK LOVE ACEDO, PLC
Dana M. Keene, Bar #324993
Shannon L. Knorr, Bar #300399
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dkeene@strucklove.com
sknorr@strucklove.com

Attorneys for Respondent CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dignity Not Detention Coalition and JOHN DOE,<br><br>Petitioners and Plaintiffs,<br><br>v.<br><br>City of California City and CoreCivic, Inc.,<br><br>Respondents and Defendants.<br>_____<br>CORECIVIC, INC.,<br><br>Real Party in Interest. | Case No.<br><br>**DECLARATION OF JUAN ACOSTA**<br><br>U.S. District Judge:<br>U.S. Magistrate Judge:<br><br>Complaint Filed:<br>Trial Date: |

I, Juan Acosta, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am retained by Respondent CoreCivic, Inc. as an independent contractor supporting its Federal Partnership portfolio – specifically, the U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal ("ERO") sector. ERO, as a directorate of ICE, manages all aspects of the immigration enforcement process, including identification and arrest, domestic transportation, detention, bond management, supervised release (including alternatives to detention), and the removal of aliens without legal authorization to remain in the United States.

2. Prior to consulting CoreCivic, I worked for eighteen (18) years with ICE and seven (7) years with U.S. Customs and Border Protection and the former legacy Immigration and Naturalization Service.

3.   I am intimately familiar with ICE's needs and operations with respect to alien detention, both generally and in the Western Region.  At the time of my retirement from ICE, I served as the ICE-ERO Assistant Director of Field Operations, directing operations and coordination among all ERO Field Operations activities through the nation's 25 field offices and 208 sub-offices and facilities.  I held principal oversight for the full scope of immigration enforcement activities through ERO, which identifies, arrests, pursues for prosecution, and removes aliens from the United States.

4.   I am also familiar with the history of CoreCivic's facility located at 22844 Virginia Boulevard, California City, CA 93505, known as the California City Immigration Processing Center, including the history of CoreCivic's agreement and negotiations with the Federal Government and ICE concerning its use.

5.   I submit this declaration based on my personal knowledge in support of CoreCivic's Notice of Removal.

6.   ICE does not operate its own detention facilities but rather contracts out operation of its five Service Processing Centers and arranges detention bed space through privately owned and operated Contract Detention Facilities, as well as through Intergovernmental Service Agreements with local or state agencies, where a private contractor may ultimately be the service provider.  Nevertheless, all facilities housing ICE detainees, whether operated by a state or local entity or private contractor, "are required to follow a strict set of detention standards" set by ICE.  *See* https://www.ice.gov/detain/detention-management ("Detention Facility Oversight"), last visited September 30, 2025. Specifically, as to the California City Immigration Processing Center, the ICE contract requires compliance with the ICE National Detention Standards ("NDS") 2025.  ICE likewise employs a "multilevel oversight and compliance program" to "ensure compliance with each contract's terms and conditions and the applicable [ICE] detention standards." *Id.*

7.   Strategically positioned in the western United States, the California City Immigration Processing Center serves as a full-service detention facility and as a vital

- 2 -

DECLARATION OF JUAN ACOSTA

1    hub for the short-term and transitional housing of detainees who are subject to removal
2    proceedings or awaiting deportation. Additionally, its proximity to major transportation
3    corridors and ICE field offices allows for efficient detainee processing, efficient
4    transfers to ease overcrowding, and access to immigration court appearances, asylum
5    processes, and removal operations.

6    8.    At the present time, there is extremely limited detention space in
7    California.

8    9.    Federal immigration enforcement efforts include the use of detention
9    when required by law; to secure an alien's presence for immigration proceedings or
10   removal from the United States; for those who pose a risk to public safety or national
11   security; those considered a flight risk; and, as a humane deterrent to the high number
12   of illegal entries across the southwestern, northern, and coastal U.S. border.

13   10.   Based upon the lack of other available detention options in California, in
14   August 2025, and after learning that actions had been taken to remedy the minor
15   concerns raised relating to the fire inspection of the facility, ICE determined that the
16   California City Immigration Processing Center was suitable for its use as a safe and
17   secure detention facility and began directing detainees from other facilities to be
18   transferred to it. ICE determined that its urgent need to use detention space at the facility
19   made it necessary for the facility to begin accepting detainees immediately, even if there
20   were delays in obtaining an administrative license from the City of California City.

21   11.   The California City Immigration Processing Center is also essential to
22   relieve pressure on other detention centers, ensuring compliance with federal detention
23   standards, upholding safe, humane and orderly facility operations and supporting ICE's
24   mandate to enforce the nation's immigration laws effectively. Interruptions to the
25   availability or operation of the California City Immigration Processing Center
26   significantly disrupt ICE's nationwide and regional national security, public safety, and
27   border enforcement capabilities and strain its overall network.

28   12.   California is a sanctuary state, so that only facilities available to ICE for

- 3 -

DECLARATION OF JUAN ACOSTA

1  the detention of removable or inadmissible aliens from California are subject to various
2  restrictions, including but not limited to a prohibition against local law enforcement
3  cooperating with federal immigration enforcement.  As a result, the only existing
4  facilities which could be used by ICE in California are those privately owned and
5  operated facilities, namely the California City Immigration Processing Center.  Due to
6  the lack of facilities with capacity, without the California City Immigration Processing
7  Center, the closest locations for ICE to safely house immigration detainees through the
8  asylum process or removal proceedings are in Nevada, Arizona, or Texas, although
9  facilities in those locations are currently operating near capacity, meaning that detainees
10 may be transferred even greater distances from their families, legal networks, and other
11 support that may be available to them.  Relocating detainees or restricting their
12 admission at the California City Immigration Processing Center will increase the
13 detainees' time in custody, generate delays in appearances before the immigration court,
14 and interfere with timely asylum processes.

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

     Executed on  September 30 , 2025.

*Juan Acosta*
Juan Acosta

- 4 -

DECLARATION OF JUAN ACOSTA