**EXHIBIT 3**

# DECLARATION OF BART VERHULST

**EXHIBIT 3**

STRUCK LOVE ACEDO, PLC
Dana M. Keene, Bar #324993
Shannon L. Knorr, Bar #300399
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dkeene@strucklove.com
sknorr@strucklove.com

Attorneys for Respondent CoreCivic, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dignity Not Detention Coalition and JOHN DOE,<br><br>Petitioners and Plaintiffs,<br><br>v.<br><br>City of California City and CoreCivic, Inc.,<br><br>Respondents and Defendants. | Case No.<br><br>**DECLARATION OF BART E. VERHULST**<br><br>U.S. District Judge:<br>U.S. Magistrate Judge:<br><br>Complaint Filed:<br>Trial Date: |
| CORECIVIC, INC.,<br><br>Real Party in Interest. | |

I, Bart E. Verhulst, state the following based upon my personal knowledge.

1. I am over the age of 18 and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by CoreCivic, Inc. ("CoreCivic") since 2007 and currently hold the position of Vice President of Federal and Local Partnership Relations.

3. Based on eighteen (18) years of negotiating hundreds of contracts and modifications with the Federal Government and the U.S. Immigration and Customs Enforcement (ICE), I am intimately familiar with CoreCivic's process for procuring and maintaining government contracts, including with ICE.

4. I am also familiar with the history of CoreCivic's facility located at 22844 Virginia Boulevard, California City, CA 93505, recently renamed as the California City

1 | Immigration Processing Center, including the history of CoreCivic's contracts and agreements with the Federal Government, including ICE, as well as the previous lease of the facility to the California Department of Corrections and Rehabilitation ("CDCR").[1]

5. I submit this Declaration based upon my personal knowledge, informed by business records of CoreCivic which are known to me, and in support of CoreCivic's Notice of Removal in this matter.

6. CoreCivic is one of the country's largest private prison operators. It currently operates thirty-eight (38) correctional/detention facilities in sixteen (16) states under contracts with local municipalities, states, and the Federal Government. As relevant here, CoreCivic currently houses ICE detainees in nineteen (19) facilities in eleven (11) states under contract with federal and local governmental agencies. CoreCivic currently provides detention services to ICE for approximately fourteen thousand (14,000) detainees.

7. In 1997, CoreCivic, formerly known as Corrections Corporation of America ("CCA") submitted a proposal to the City of California City to construct a private prison, with 2,304 general population beds, as well as a 256-bed segregation unit and a 4-bed medical unit, which was ultimately approved.

8. On January 20, 1998, the City Council of City of California City granted Conditional Use Permit 97-01 to establish and operate the facility. Construction began later that year.

9. On December 1, 1998, the City Council of the City of California City granted Conditional Use Permit Amendment 98-02, which expanded the permitted use of the site by 512 general population beds. That Amendment was extended, and on November 15, 2001, the City Manager/Planning Director clarified that the Amendment extension was "granted indefinitely."

10. In September 2000, the Federal Bureau of Prisons ("BOP") awarded CCA a contract to utilize the California City Correctional Facility under the Criminal Alien

---

[1] The facility was previously known as the California City Correctional Facility.

- 2 -

DECLARATION OF BART E. VERHULST

Requirement program. The Criminal Alien Requirement sought to obtain housing in privately owned and operated facilities of Criminal Aliens who were serving federally imposed sentences, and who would be subject to removal at the completion of their sentences.

11. On September 28, 2000, the BOP provided CoreCivic with a Notice to Proceed, and the facility began receiving BOP inmates on October 2, 2000.

12. After several extensions, the BOP contract terminated on October 1, 2010.

13. In September 2010, the City of California City entered into a 15-year Intergovernmental Service Agreement ("IGSA") with the Office of the Federal Detention Trustee, which authorized the U.S. Marshals Service and ICE to use 2,532 beds at the California City Correctional Facility, with CCA as the City's Service Provider.

14. Under that IGSA, more than 9,500 ICE detainees were placed at the California City Correctional Facility between 2010 and 2013.

15. In December 2013, CCA began leasing the California City Correctional Facility to CDCR to house sentenced state prisoners.

16. CDCR made full use of the available space at the California City Correctional Facility, and, in January 2019, CDCR housed more than 2,500 state inmates at the California City Correctional Facility.

17. Due to declining state inmate populations, CDCR removed its inmates from the California City Correctional Facility by November 1, 2023, and the lease expired in March 2024.

18. Despite the removal of CDCR inmates and lease termination, CoreCivic continued to maintain the California City Correctional Facility so that it could remain in use. Among other things, CoreCivic maintained staff on-site, marketed, responded to requests for proposals , and engaged in contract negotiations for use of the California City Correctional Facility with potential partners, including ICE.

19. On January 20, 2025, President Trump signed Executive Order 14159, titled "Protecting the American People Against Invasion," which, in part, reversed prior decisions limiting federal contracts for the operation of detention facilities.

20. In April 2025, CoreCivic entered into a letter contract with ICE to utilize all available bed space at the Facility. The contract provided a monthly payment to CoreCivic for the ramp up and preparation of the Facility, and authorized the detention of 512 ICE detainees during the ramp-up period.

21. In August 2025, ICE informed CoreCivic that it would begin delivering detainees to the Facility, and ICE did so on August 27, 2025.

22. In September 2025, ICE formalized the contract for the Facility, authorizing use of up to 2,560 beds at the Facility. The contract calls for services to be provided from April 1, 2025 until August 31, 2027.

23. The operation and structure of the Facility is the same today for ICE detainees as it was for all prior inmate and detainee populations since the Facility opened. Detainees are housed in bunks in the same cells, have access to a medical area, are provided meals prepared in a central kitchen, and have the ability to attend religious services, access a library, go to recreation, and visit with friends, family, and legal counsel, either in person or by video. As with all prior inmate and detainee populations, ICE detainees are escorted by CoreCivic personnel at all times when outside their housing units.

24. ICE detainees at the Facility can attend Immigration Court proceedings by video so that Immigration Court proceedings can be held at the Facility, which will reduce detainee transport needs.

25. CoreCivic expects ICE to continue to use additional space and may fill the Facility in early 2026. At capacity, CoreCivic values the contract at more than $10 million per month, and $130 million per year. During the ramp up period, CoreCivic values the contract at a prorated amount, depending on the ICE detainee population at the facility.

26. CoreCivic has invested over $22 million for, among other things, staffing and equipping the Facility to house civil immigration detainees. In addition to amounts already

incurred, CoreCivic has also committed to spend $5.3 million in incremental capital costs to renovate the physical plant, including conversion of existing program space to Immigration Courtrooms and offices for use by ICE, the Executive Office of Immigration Review, and the Office of the Principal Legal Advisor, and has a monthly run rate of approximately $4.5 million in monthly operating costs to maintain the Facility in its current state with a projection to reach a normalized run rate of approximately $7.5 million in monthly operating costs.

27. These investments would be lost, and CoreCivic's operations and the property would likely need to be shut down entirely, if the continued operation and ramp up of the facility were enjoined.

28. Moreover, CoreCivic's relationship with ICE depends on delivering timely service in the highly competitive field of private immigrant detention at various locations nationwide. Each ICE field office places ICE detainees at numerous facilities under that field office's supervision. These facilities must be geographically diverse to reduce the distance detainees are transported from point of arrest or apprehension. CoreCivic's current ability to admit detainees to the Facility reduces difficulties for ICE's San Franciso Field Office because detainees can be easily transferred to the Facility, which frees up space in smaller facilities located closer to larger population centers. If ICE were unable to utilize the Facility, it would need to transport these detainees more frequently over longer distances to be placed in suitable housing. For these reasons, the Facility is essential to ICE's operations. Enjoining CoreCivic from accepting any more ICE detainees will severely disrupt ICE's ability to discharge its statutory duties and strain CoreCivic's relationship with ICE at this and other locations.

/ / /

/ / /

/ / /

1  I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
2  TRUE AND CORRECT.
3  Executed on October 1, 2025.

_____
Bart E. Verhulst