**EXHIBIT 4**

Notice of Filing Notice of Removal

**EXHIBIT 4**

STRUCK LOVE ACEDO, PLC
Dana M. Keene, Bar #324993
Shannon L. Knorr, Bar #300399
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dkeene@strucklove.com
sknorr@strucklove.com

Attorneys for Respondent CoreCivic, Inc.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF KERN**

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION and JOHN DOE,<br><br>Petitioners and Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY and CORECIVIC, INC.,<br><br>Respondents and Defendants.<br>───────────────────────────<br>CORECIVIC, INC.,<br><br>Real Party in Interest. | Case No. BCV-25-103365<br><br>**RESPONDENT CORECIVIC, INC.'S NOTICE OF FILING NOTICE OF REMOVAL**<br><br>Complaint Filed: September 16, 2025<br><br>(Before the Honorable Bernard C. Barmann, Jr., Division H) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on October 1, 2025, Respondent CoreCivic, Inc. ("CoreCivic"), through counsel and pursuant to 28 U.S.C. § 1442(a)(1), filed a Notice of Removal of this action to the United States District Court for the Eastern District of California.

A copy of the Notice of Removal (excluding exhibits) is attached as Exhibit 1.

DATED this 1st day of October 2025.

STRUCK LOVE ACEDO, PLC

By /s/ Dana M. Keene
Dana M. Keene
Shannon L. Knorr
dkeene@strucklove.com
sknorr@strucklove.com

Attorneys for Respondent CoreCivic, Inc.