JOSEPH D. PETTA (State Bar No. 286665)
MINDY K. JIAN (State Bar No. 336139)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:    (415) 552-7272
Facsimile:    (415) 552-5816
Petta@smwlaw.com
Mjian@smwlaw.com
Rgallagher@smwlaw.com

Attorneys for Dignity Not Detention Coalition

CALLARD E. COWDERY (State Bar No. 329697)
AFRICAN ADVOCACY NETWORK
3106 Folsom St
San Francisco, California 94110
Telephone: (415) 889-9573
ccowdery@aansf.org

Attorneys for John Doe

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION and JOHN DOE,<br><br>　　　　Petitioners and Plaintiffs,<br><br>　　v.<br><br>CITY OF CALIFORNIA CITY and CORECIVIC, INC.,<br><br>　　　　Respondents and Defendants.<br><br>CORECIVIC, INC.,<br><br>　　　　Real Party in Interest. | Case No. 1:25-cv-01292-KES-CDB<br><br>**EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Date:　　October 20, 2025<br>Time:　　1:30 p.m.<br>Judge:　　Hon. Hon. Kirk E. Sherriff<br>Crtrm.:　　6<br><br>Hon. Hon. Kirk E. Sherriff, District Judge<br>Hon. Christopher D. Baker, Magistrate Judge<br><br>Trial Date:　　None set<br><br>Filed Concurrently with Memorandum of Points and Authorities; Declarations of Joseph Petta and Jehan Laner, [Proposed] Temporary Restraining Order and Order to Show Cause re Preliminary Injunction |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Petitioners and Plaintiffs ("Petitioners") Dignity Not Detention Coalition ("Coalition") and John Doe ("Doe") hereby apply, ex parte, for a temporary restraining order and order to show cause regarding a preliminary injunction. The ex parte application will be heard at 1:30 p.m. on October 20, 2025, or as soon thereafter as the matter may be heard, in Courtroom 6 of the above-captioned Court, located at 2500 Tulare Street, Fresno, California, 93721.

The ex parte application requests the Court issue a temporary restraining order and an order to show cause as to why the Court should not issue a preliminary injunction enjoining Respondent and Defendant the City of California City ("City") and Respondent and Defendant and Real Party in Interest CoreCivic, Inc. ("CoreCivic") from further populating, expanding, or permitting any operation of the California City Correctional Facility until the merits of this case are resolved. The Parties would like to present oral testimony at the hearing on this ex parte application for temporary restraining order and an order to show cause. Petitioners anticipate that 1.5 hours will be required for the hearing.

This application is made on the grounds that Petitioners will suffer irreparable injury if the injunction is not granted and Petitioners are likely to succeed at trial on the merits of their claims against the City and CoreCivic.

This application is made under Federal Rule of Civil Procedure 65 and Local Rule 231. It is based on this Ex Parte Application; the supporting Memorandum of Points and Authorities; the Declarations of Joseph Petta ("Petta Decl.") and Jehan Laner ("Laner Decl.") filed concurrently herewith; the Declaration of John Doe submitted conditionally under seal, all of the pleadings, papers, and records on file in this action; and such further argument and evidence as may be presented at or before the hearing on this matter.

Petitioners have provided notice of this application pursuant to Local Rule 231 and Fed. R. Civ. P. 65(b). On October 16, 2025 Petitioner Coalition's counsel contacted Victor Ponto (counsel for the City) and Dana Keene, Shannon Knorr, and Nicholas Hans Rasmussen (counsel

1

PETITIONERS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
Case No. 1:25-cv-01292-KES-CDB

for CoreCivic), via email, providing them notice of the October 20, 2025 ex parte hearing. Petta Decl. ¶¶ 4-5.

DATED: October 17, 2025                SHUTE, MIHALY & WEINBERGER LLP

By:     /s/Joseph D. Petta
JOSEPH D. PETTA
MINDY K. JIAN
RYAN K. GALLAGHER

Attorneys for Dignity Not Detention Coalition