JOSEPH D. PETTA (State Bar No. 286665)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:   (415) 552-7272
Facsimile:   (415) 552-5816
Petta@smwlaw.com
ngirma@smwlaw.com

Attorneys for Dignity Not Detention Coalition

CALLARD E. COWDERY (State Bar No. 329697)
AFRICAN ADVOCACY NETWORK
3106 Folsom St
San Francisco, California 94110
Telephone: (415) 889-9573
ccowdery@aansf.org

Attorneys for John Doe

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION and JOHN DOE,<br><br>Petitioners and Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY and CORECIVIC, INC.,<br><br>Respondents and Defendants.<br><br>CORECIVIC, INC.,<br><br>Real Party in Interest. | Case No. 1:25-cv-01292-KES-CDB<br><br>**DECLARATION OF JOSEPH D. PETTA IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date:   October 20, 2025<br>Time:   1:30 p.m.<br>Judge:  Hon. Hon. Kirk E. Sherriff<br>Crtrm.: 6<br><br>Hon. Hon. Kirk E. Sherriff, District Judge<br>Hon. Christopher D. Baker, Magistrate Judge<br><br>Trial Date:       None set<br><br>Filed Concurrently with Ex Parte Application; Memorandum of Points and Authorities, Declaration of Jehan Laner, [Proposed] Temporary Restraining Order and Order to Show Cause re Preliminary Injunction |

DECLARATION OF JOSEPH D. PETTA

I, Joseph D. Petta, declare as follows:

1. I am an attorney licensed to practice in the State of California and a partner at Shute, Mihaly & Weinberger LLP, attorneys for Petitioner and Plaintiff Dignity Not Detention Coalition ("Coalition"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Petitioners and Plaintiffs ("Petitioners") in this action seek a preliminary injunction or injunctions enjoining Respondent and Defendant ("Respondent") City of California City, and all of its agents, employees, contractors, assigns, and those acting in concert with it ("City"), from issuing new approvals or permits for the operation or expansion of the California City Correctional Facility (the "Facility"), unless and until the City has complied with applicable provisions of its Municipal Code and SB 29, pending entry of final judgment in this action; and enjoining Respondent and Defendant and Real Party in Interest CoreCivic, Inc., and all of its agents, employees, contractors, assigns, and those acting in concert with it ("CoreCivic"), from physically expanding or remodeling the Facility for the purpose of expanding the current detained population and from accepting and detaining new immigrant transferees at the Facility, unless and until CoreCivic has obtained the necessary approvals under the City's Municipal Code, pending entry of final judgment in this action.

3. Petitioners also seek a temporary restraining order ("TRO") enjoining Respondent City, from issuing new approvals or permits for the operation or expansion of the Facility, unless and until the City has complied with applicable provisions of its Municipal Code and SB 29, pending hearing on and resolution of Petitioners' requested Order to Show Cause; and enjoining CoreCivic from physically expanding or remodeling the Facility for the purpose of expanding the current detained population and from accepting and detaining new immigrant transferees at the Facility, unless and until CoreCivic has obtained the necessary approvals under the City's Municipal Code, pending hearing on and resolution of Petitioners' requested Order to

1

1  Show Cause. A TRO is needed to prevent the public and Petitioners from suffering imminent
2  harm through continued operation and expansion of the Facility, and this request must be heard
3  ex parte because Petitioners will suffer irreparable injury in the absence of immediate injunctive
4  relief.

5      4.    On October 16, 2025, I sent an e-mail to Victor Ponto and Brandon Sanchez,
6  counsel for Respondent City in this case, providing notice of Petitioners' intent to seek ex parte
7  relief from this Court on October 20, 2025 at 1:30 p.m., before the Honorable Kirk E. Sherriff in
8  Courtroom 6 of the above-captioned Court. The e-mail provides the information required by
9  Local Rule 231: the specific relief sought, and the time, date, and place for the presentation of
10 the application. I also asked counsel to enter into a stipulation for the issuance of the above-
11 described TRO. I did not receive an automatic, out-of-office response to this e-mail. On October
12 16, 2025, Brandon Sanchez responded that counsel for the City intends to appear to oppose the
13 ex parte applications. A true and correct copy of my e-mail is attached hereto as Exhibit 1.

14     5.    On October 16, 2025, I sent an e-mail to Dana Keene, Shannon Knorr, and
15 Nicholas Hans Rasmussen, counsel for CoreCivic in this case, providing notice of Petitioners'
16 intent to seek ex parte relief from this Court on October 20, 2025 at 1:30 p.m., before the
17 Honorable Kirk E. Sherriff in Courtroom 6 of the above-captioned Court. The e-mail provides
18 counsel with the information required by Local Rule 231: the specific relief sought and the time,
19 date, and place for the presentation of the application. I also asked counsel to enter into a
20 stipulation for the issuance of the above-described TRO. I did not receive an automatic, out-of-
21 office response to this e-mail. On October 16, 2025, Dana Keene responded that counsel for
22 CoreCivic intends to appear to oppose the ex parte applications. A true and correct copy of my
23 e-mail and counsel's response is attached hereto as Exhibit 2.

24     6.    A true and correct copy of excerpts of the City of California City's Municipal
25 Code is attached hereto as Exhibit 3.

26     7.    A true and correct copy of excerpts to the City of California City's General Plan is
27 attached hereto as Exhibit 4.

28

8. A true and correct copy of excerpts to the City of California City's 2021 Draft Environmental Impact Report is attached hereto as Exhibit 5.

9. A true and correct copy of the PDF Document titled "Detention in the Desert: A Look Inside the California City Correctional Center," a report by Community Initiatives for Visiting Immigrants in Confinement (CIVIC), is attached hereto as Exhibit 6.

10. A true and correct copy of the PDF Document titled "Planned Closure of Chuckawalla Valley State Prison," a press release from the California Department of Corrections and Rehabilitation issued on December 6, 2022, is attached hereto as Exhibit 7.

11. A true and correct copy of the PDF Document titled "CoreCivic Q2 Financial Results," announced by CoreCivic, Inc. on August 6, 2025, is attached hereto as Exhibit 8.

12. A true and correct copy of a news article titled "Plan in place for Cal City prison to become immigration processing center," published by ABC Bakersfield on June 23, 2025, is attached hereto as Exhibit 9.

13. A true and correct copy of a news article titled "ICE wants to expand detention capacity in California. This new facility will be the largest in the state," published by the Los Angeles Times on June 19, 2025, is attached hereto as Exhibit 10.

14. A true and correct copy of a news article titled "Cal City: Former prison uninhabitable. Government wants it to be immigration center site," published by AV Press on August 14, 2025, is attached hereto as Exhibit 11.

15. A true and correct copy of a letter dated July 29, 2025, from Christopher Lopez, City Manager, City of California City, to CoreCivic, regarding the California City Fire Department inspection of the facility on July 22, 2025, is attached hereto as Exhibit 12.

16. A true and correct copy of a news article titled "CA's largest ICE detention center quietly reopened and is receiving detainees," published by the Fresno Bee on September 2, 2025, is attached hereto as Exhibit 13.

17. A true and correct copy of the agenda for the August 5, 2025 meeting of the Planning Commission of the City of California City is attached hereto as Exhibit 14.

18. A true and correct copy of a news article titled "California's newest immigration facility is also its biggest. Is it operating legally?" published by KQED on September 4, 2025, is attached hereto as Exhibit 15.

19. A true and correct copy of a letter from Joseph Petta to the City of California City, dated August 29, 2025, is attached hereto as Exhibit 16.

20. A true and correct copy of a news article titled "People Are Losing Hope Inside ICE Detention Centers," published by the New York Times on September 16, 2025, is attached hereto as Exhibit 17.

21. A true and correct copy of a news article titled "Immigrants protest solitary confinement, abuse at CA's largest ICE detention center," published by the Sacramento Bee on September 22, 2025, is attached hereto as Exhibit 18.

22. A true and correct copy of the PDF document titled "65 Percent of People Taken by ICE Had No Convictions, 93 Percent No Violent Convictions," published on the CATO Institute Blog on June 20, 2025, is attached hereto as Exhibit 19.

23. A true and correct copy of the news article titled "Immigrants with no criminal record now largest group in ICE detention," published by the Guardian on September 26, 2025, is attached hereto as Exhibit 20.

24. A true and correct copy of a news article titled "Deportations Reach New High Under Trump After Summer Surge in Immigration Arrests," published in The New York Times on August 21, 2025, is attached hereto as Exhibit 21.

25. A true and correct copy of a news article titled "California's largest ICE detention facility has 500 detainees. 'It's total chaos'," published by The Fresno Bee on September 15, 2025, is attached hereto as Exhibit 22.

26. A true and correct copy of the PDF document titled "With Justice and Liberty for All: The State of Civil Rights at Immigration Detention Facilities," a briefing before the U.S. Commission on Civil Rights held in Washinton, D.C., a statutory enforcement report by the U.S. Commission on Civil Rights, dated September 2015, is attached hereto as Exhibit 23.

27. A true and correct copy of the PDF document titled "The Trump Administration's Mistreatment of Detained Immigrants: Deaths and Deficient Medical Care by For-Profit Detention Contractors," Staff Report prepared for Chairwoman Carolyn B. Maloney and Chairman Jamie Raskin, Committee on Oversight and Reform and Subcommittee on Civil Rights and Civil Liberties, U.S. House of Representatives, dated September 2020, is attached hereto as Exhibit 24.

28. A true and correct copy of the PDF document titled "Written Statement of the American Civil Liberties Union Before the United Nations Working Group on the Use of Mercenaries as a Means of Violating Human Rights and Impeding the Exercise of the Right of Peoples to Self Determination Panel on Private Military and Security Companies in Places of Deprivation of Liberty and their Impact on Human Rights," dated April 27, 2017, is attached hereto as Exhibit 25.

29. A true and correct copy of the PDF document titled "'Endless Nightmare' Torture and Inhuman Treatment in Solitary Confinement in U.S. Immigration Detention," a report written by students and faculty of the Harvard Immigration and Refugee Clinical Program (HIRCP) and Harvard Law School (HLS), members of the Peeler Immigration Lab (PIL) at Harvard Medical School (HMS), and Physicians for Human Rights (PHR), dated February 2024, is attached hereto as Exhibit 26.

30. A true and correct copy of a news article titled "ICE Detainee Diagnosed with Schizophrenia Spent 21 days in Solitary Confinement, then Took His Own Life," published by The Intercept on July 27, 2018, is attached hereto as Exhibit 27.

31. A true and correct copy of the PDF document titled "Settlement In Forced Labor Case Against Private Prison Company Operating Immigration Detention Center," a press release by the Southern Poverty Law Center on October 19, 2023, is attached hereto as Exhibit 28.

32. A true and correct copy of a news article titled "Sewage flooding cells inside Torrance County ICE prison again, advocates say," published by Source New Mexico on May 2, 2025, is attached hereto as Exhibit 29.

33. A true and correct copy of a news article titled "'Ticking time bomb': Ice detainee dies in transit as experts say more deaths likely," published by The Guardian on June 22, 2025, is attached hereto as Exhibit 30.

34. A true and correct copy of a news article titled "Brazilian Man's Suicide Sends Shockwaves Through 'Inhumane' ICE Detention Center," published by The Appeal on October 13, 2022, is attached hereto as Exhibit 31

35. A true and correct copy of the news article titled "Private prison company sued in death of 1 year old migrant child," published by PBS on July 31, 2019, is attached hereto as Exhibit 32.

36. A true and correct copy of the PDF document titled "Hidden Hazards: The Impacts of Climate Change on Incarcerated People in California State Prisons," a report from the UCLA Luskin School of Public Affairs on behalf of the Ella Baker Center for Human Rights, dated June 2023, is attached hereto as Exhibit 33.

37. A true and correct copy of the PDF document titled "Heat and health" published by the World Health Organization on May 28, 2024, is attached hereto as Exhibit 34.

38. A true and correct copy of the PDF document titled "Resolution No. 01-98-1802, Resolution of the City Council Granting Conditional Use Permit 97-01 Prison Facility," approved by the California City Planning Commission on January 15, 1998, is attached hereto as Exhibit 35.

39. A true and correct copy of the PDF document titled SB 29, Assembly Floor Analysis, dated September 8, 2017, is attached hereto as Exhibit 36.

40. A true and correct copy of the PDF document titled "Resistance, Retaliation, Repression. Two Years in California Immigration Detention," a report by ACLU Northern California & Mobile Pathways, published August 2024, is attached hereto as Exhibit 37.

41. A true and correct copy of the PDF document titled "Behind Closed Doors: Abuse and Retaliation Against Hunger Strikers in U.S. Immigration Detention," an ACLU and Physicians for Human Rights research report, dated 2021, is attached hereto as Exhibit 38.

42. A true and correct copy of a news article titled "The People Judges Say Trump Has Wrongly Deported So Far," published by TIME on June 25, 2025, is attached hereto as Exhibit 39.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2025 at Oakland, California.

By: _____/s/Joseph D. Petta_____

| | **INDEX OF EXHIBITS** |
|---|---|
| 1 | October 16, 2025 e-mail from Joseph Petta to City counsel providing notice of Ex Parte Hearing on October 20, 2025 and counsel's response |
| 2 | October 16 2025 e-mail from Joseph Petta to CoreCivic counsel providing notice of Ex Parte Hearing on October 20, 2025 and counsel's response |
| 3 | City Municipal code §§ § 1-3.01, 1-4.02, 3-2.3.201, 9-2.102-103, 9-2.401-402, 9-2.2501, 9-2.2803-2804 |
| 4 | City of California City's General Plant (excerpt) |
| 5 | City of California City's 2021 Draft Environmental Impact Report (excerpt) |
| 6 | "Detention in the Desert: A Look Inside the California City Correctional Center," a report by Community Initiatives for Visiting Immigrants in Confinement, available at |
| 7 | "Planned Closure of Chuckawalla Valley State Prison," a press release from the California Department of Corrections and Rehabilitation issued on December 6, 2022 |
| 8 | "CoreCivic Q2 Financial Results," announced by CoreCivic, Inc. on August 6, 2025 |
| 9 | "Plan in place for Cal City prison to become immigration processing center," published by ABC Bakersfield on June 23, 2025, available at https://www.turnto23.com/news/in-your-neighborhood/california-city/plan-in-place-for-cal-city-prison-to-become-immigration-processing-center |
| 10 | "ICE wants to expand detention capacity in California. This new facility will be the largest in the state," published by the Los Angeles Times on June 19, 2025, available at https://www.latimes.com/california/story/2025-06-19/this-new-ice-detention-facility-will-be-the-largest-in-the-state |
| 11 | "Cal City: Former prison uninhabitable. Government wants it to be immigration center site," published by AV Press on August 14, 2025, available at avpress.com/news/cal-city-former-prison-uninhabitable/article_28e1f25c-22ec-4795-ba02-20f80899ddaf.html |
| 12 | Letter to CoreCivic from Christopher Lopez, City Manager, City of California City, dated July 29, 2025 |
| 13 | "CA's largest ICE detention center quietly reopened and is receiving detainees," published by the Fresno Bee on September 2, 2025, available at https://www.fresnobee.com/news/california/article311943469.html |
| 14 | Agenda for the August 5, 2025 meeting of the Planning Commission of the City of California City |
| 15 | "California's newest immigration facility is also its biggest. Is it operating legally?" published by KQED on September 4, 2025, available at https://www.kqed.org/news/12054544/californias-newest-immigration-facility-is-also-its-biggest-is-it-operating-legally |
| 16 | Letter from Joseph Petta to the City of California City, dated August 29, 2025 |

| 17 | "People Are Losing Hope Inside ICE Detention Centers," published by the New York Times on September 16, 2025, available at https://www.nytimes.com/2025/09/16/health/ice-homeland-security-immigration-detention.html |
|---|---|
| 18 | "Immigrants protest solitary confinement, abuse at CA's largest ICE detention center," published by the Sacramento Bee on September 22, 2025, available at https://www.fresnobee.com/news/california/article312180017.html |
| 19 | "65 Percent of People Taken by ICE Had No Convictions, 93 Percent No Violent Convictions," published on the CATO Institute Blog on June 20, 2025, available at https://www.cato.org/blog/65-people-taken-ice-had-no-convictions-93-no-violent-convictions |
| 20 | "Immigrants with no criminal record now largest group in ICE detention," published by the Guardian on September 26, 2025, available at https://www.theguardian.com/us-news/2025/sep/26/immigrants-criminal-record-ice-detention |
| 21 | "Deportations Reach New High Under Trump After Summer Surge in Immigration Arrests," published in The New York Times on August 21, 2025, available at https://www.nytimes.com/interactive/2025/08/21/us/trump-deportations-summer-data-immigration-arrests.html |
| 22 | "California's largest ICE detention facility has 500 detainees. 'It's total chaos'," published by The Fresno Bee on September 15, 2025, available at https://www.fresnobee.com/news/local/article312055176.html |
| 23 | Excerpt of "With Justice and Liberty for All: The State of Civil Rights at Immigration Detention Facilities," a briefing before the U.S. Commission on Civil Rights held in Washinton, D.C., a statutory enforcement report by the U.S. Commission on Civil Rights, dated September 2015, available at https://www.usccr.gov/files/pubs/docs/Statutory_Enforcement_Report2015.pdf |
| 24 | Excerpt of "The Trump Administration's Mistreatment of Detained Immigrants: Deaths and Deficient Medical Care by For-Profit Detention Contractors," Staff Report prepared for Chairwoman Carolyn B. Maloney and Chairman Jamie Raskin, Committee on Oversight and Reform and Subcommittee on Civil Rights and Civil Liberties, U.S. House of Representatives, dated September 2020, available at https://oversightdemocrats.house.gov/sites/evo-subsites/democrats-oversight.house.gov/files/2020-09-24.%20Staff%20Report%20on%20ICE%20Contractors.pdf |
| 25 | Excerpt of "Written Statement of the American Civil Liberties Union Before the United Nations Working Group on the Use of Mercenaries as a Means of Violating Human Rights and Impeding the Exercise of the Right of Peoples to Self Determination Panel on Private Military and Security Companies in Places of Deprivation of Liberty and their Impact on Human Rights," dated April 27, 2017, available at https://www.aclu.org/documents/aclu-statement-discussing-private-prisons-and-human-rights-united-nations-working-group |

| 26 | Excerpt of "'Endless Nightmare' Torture and Inhuman Treatment in Solitary Confinement in U.S. Immigration Detention," a report written by students and faculty of the Harvard Immigration and Refugee Clinical Program (HIRCP) and Harvard Law School (HLS), members of the Peeler Immigration Lab (PIL) at Harvard Medical School (HMS), and Physicians for Human Rights (PHR), dated February 2024, available at https://phr.org/our-work/resources/endless-nightmare-solitary-confinement-in-us-immigration-detention/ |
|---|---|
| 27 | "ICE Detainee Diagnosed with Schizophrenia Spent 21 days in Solitary Confinement, then Took His Own Life," published by The Intercept on July 27, 2018, available at https://theintercept.com/2018/07/27/immigrant-detention-suicides-ice-corecivic/ |
| 28 | "Settlement In Forced Labor Case Against Private Prison Company Operating Immigration Detention Center," a press release by the Southern Poverty Law Center on October 19, 2023, available at https://www.splcenter.org/presscenter/settlement-forced-labor-case-against-private-prison-company-operating-immigration/ |
| 29 | "Sewage flooding cells inside Torrance County ICE prison again, advocates say," published by Source New Mexico on May 2, 2025, available at https://sourcenm.com/2025/05/02/sewage-flooding-cells-inside-torrance-county-ice-prison-again-advocates-say/ |
| 30 | "'Ticking time bomb': Ice detainee dies in transit as experts say more deaths likely," published by The Guardian on June 22, 2025, available at https://www.theguardian.com/us-news/2025/jun/22/ice-detainee-death-georgia |
| 31 | "Brazilian Man's Suicide Sends Shockwaves Through 'Inhumane' ICE Detention Center," published by The Appeal on October 13, 2022, available at https://theappeal.org/torrance-detention-center-kesley-vial-brazil/ |
| 32 | "Private prison company sued in death of 1 year old migrant child," published by PBS on July 31, 2019, available at https://www.pbs.org/newshour/nation/private-prison-company-sued-in-death-of-1-year-old-migrant-child |
| 33 | Excerpt of "Hidden Hazards: The Impacts of Climate Change on Incarcerated People in California State Prisons," a report from the UCLA Luskin School of Public Affairs on behalf of the Ella Baker Center for Human Rights, dated June 2023, available at https://issuu.com/ebchr/docs/hidden_hazards_report?fr=sNjRjMDU1MTA4ODk |
| 34 | "Heat and health" published by the World Health Organization on May 28, 2024, available at https://www.who.int/news-room/fact-sheets/detail/climate-change-heat-and-health |
| 35 | Resolution No. 01-98-1802, Resolution of the City Council Granting Conditional Use Permit 97-01 Prison Facility, approved by the California City Planning Commission on January 15, 1998 |
| 36 | SB 29, Assembly Floor Analysis, September 8, 2017 |

| | | |
|---|---|---|
| 1 2 3 | 37 | Excerpt of "Resistance, Retaliation, Repression. Two Years in California Immigration Detention," a report by ACLU Northern California & Mobile Pathways, published August 2024, available at https://www.aclunc.org/publications/resistance-retaliation-repression-two-years-california-immigration-detention |
| 4 5 6 | 38 | Excerpt of "Behind Closed Doors: Abuse and Retaliation Against Hunger Strikers in U.S. Immigration Detention," an ACLU and Physicians for Human Rights research report, dated 2021, available at https://www.aclu.org/publications/report-behind-closed-doors-abuse-retaliation-against-hunger-strikers-us-immigration-detention |
| 7 8 | 39 | "The People Judges Say Trump Has Wrongly Deported So Far," published by TIME on June 25, 2025, available at https://time.com/7297802/trump-administration-wrongful-deportations/ |

11

DECLARATION OF JOSEPH D. PETTA ISO EX PARTE APPLICAITON FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
Case No. 1:25-cv-01292-KES-CDB