# EXHIBIT 1

| | |
|---|---|
| From: | Sanchez, Brandon A. |
| To: | Joseph D. Petta |
| Cc: | Ponto, Victor M.; Austin, Mark J. |
| Subject: | RE: Notice of ex parte appearance: Dignity Not Detention Coalition, et al. v. City of California City, et al. (E.D. Cal., 1:25-cv-01292-KES-CDB) |
| Date: | Thursday, October 16, 2025 4:51:34 PM |
| Attachments: | image001.png |

Hi Seph,

We intend to oppose.

**Brandon A. Sanchez** | Partner
he, him, his

**Burke, Williams & Sorensen, LLP**
1770 Iowa Avenue - Suite 240, Riverside, CA 92507
D 951.801.6615 | O 951.788.0100 | F 951.788.5785
bsanchez@bwslaw.com | vCard | Bio | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Joseph D. Petta <petta@smwlaw.com>
**Sent:** Thursday, October 16, 2025 2:21 PM
**To:** Ponto, Victor M. <VPonto@bwslaw.com>; Sanchez, Brandon A. <BSanchez@bwslaw.com>
**Cc:** Callard Cowdery <ccowdery@aansf.org>; Sara L. Breckenridge <breckenridge@smwlaw.com>; Ryan Gallagher <rgallagher@smwlaw.com>; Mindy Jian <mjian@smwlaw.com>
**Subject:** Notice of ex parte appearance: Dignity Not Detention Coalition, et al. v. City of California City, et al. (E.D. Cal., 1:25-cv-01292-KES-CDB)

[EXTERNAL]

Counsel:

**[1]** On Friday, October 17, 2025, Co-Petitioners/Plaintiffs Dignity Not Detention Coalition and John Doe ("Petitioners") will be filing in the U.S. District Court, Eastern District of California, Fresno Division, Courtroom 6 (Judge Kirk E. Sherriff) **an ex parte application for temporary restraining order and order to show cause why a preliminary injunction should not issue ("TRO/OSC")**, (1) enjoining the City of California City from issuing any further permits or approvals facilitating the California City Detention Facility's operation or expansion as a civil immigration detention center until the City complies with its Municipal Code and Senate Bill (SB) 29 (Civil Code sec. 1670.9), as

determined by final judgment of the Court; and (2) enjoining CoreCivic, Inc. from accepting new civil immigration detainee transfers at the Facility, and further expanding or renovating the Facility for purposes of civil immigration detention, until CoreCivic obtains the proper City approvals, as determined by final judgment of the Court.

**[2]** On Friday, October 17, 2025, Petitioners will also be filing in the U.S. District Court, Eastern District of California, Fresno Division, Courtroom 6 (Judge Kirk E. Sherriff) **an ex parte application for an order granting leave to proceed pseudonymously and request to file a record under seal.** The request seeks leave of Court for Petitioner John Doe, a detainee at the Facility, to proceed with this litigation under pseudonym, and to file a declaration under seal in support of Petitioners' ex parte application for TRO/OSC.

Petitioners' counsel will be appearing in U.S. District Court, Eastern District of California, Fresno Division, Courtroom 6, 7th Floor, 2500 Tulare Street, Fresno, California, 93721 at 1:30pm on Monday, October 20, 2025 to address the ex parte applications to the Court.

Pursuant to FRCP 65 and Local Rule 231, please let me know if you intend to appear to oppose the ex parte applications. Alternatively, please advise if you would be willing to stipulate to a TRO and/or preliminary injunction; if you would be willing to stipulate to Petitioners' request to proceed under pseudonym and file a document under seal; and if you would propose any alternative to Petitioners' request for preliminary injunctive relief.

Thank you.
Seph



Joseph D. Petta
Partner
Shute, Mihaly & Weinberger LLP
396 Hayes Street
San Francisco, CA 94102-4421
p: 415/552-7272 x269 | he/him/his
www.smwlaw.com | A San Francisco Green Business