# EXHIBIT 2

| | |
|---|---|
| **From:** | Dana Keene |
| **To:** | Joseph D. Petta; Shannon Knorr; Nicholas.Rasmussen@mccormickbarstow.com; Dan Struck |
| **Cc:** | Callard Cowdery; Sara L. Breckenridge; Ryan Gallagher; Mindy Jian; DND Team |
| **Subject:** | RE: Notice of ex parte appearance: Dignity Not Detention Coalition, et al. v. City of California City, et al. (E.D. Cal., 1:25-cv-01292-KES-CDB) |
| **Date:** | Thursday, October 16, 2025 3:55:19 PM |
| **Attachments:** | image001.png |

Seph,

We intend to appear to oppose both ex parte applications.

Dana

---

**From:** Joseph D. Petta <petta@smwlaw.com>
**Sent:** Thursday, October 16, 2025 5:21 PM
**To:** Dana Keene <dkeene@strucklove.com>; Shannon Knorr <sknorr@strucklove.com>; Nicholas.Rasmussen@mccormickbarstow.com; Dan Struck <DStruck@strucklove.com>
**Cc:** Callard Cowdery <ccowdery@aansf.org>; Sara L. Breckenridge <breckenridge@smwlaw.com>; Ryan Gallagher <rgallagher@smwlaw.com>; Mindy Jian <mjian@smwlaw.com>
**Subject:** Notice of ex parte appearance: Dignity Not Detention Coalition, et al. v. City of California City, et al. (E.D. Cal., 1:25-cv-01292-KES-CDB)

Counsel:

[1] On Friday, October 17, 2025, Co-Petitioners/Plaintiffs Dignity Not Detention Coalition and John Doe ("Petitioners") will be filing in the U.S. District Court, Eastern District of California, Fresno Division, Courtroom 6 (Judge Kirk E. Sherriff) **an ex parte application for temporary restraining order and order to show cause why a preliminary injunction should not issue ("TRO/OSC")**, (1) enjoining the City of California City from issuing any further permits or approvals facilitating the California City Detention Facility's operation or expansion as a civil immigration detention center until the City complies with its Municipal Code and Senate Bill (SB) 29 (Civil Code sec. 1670.9), as determined by final judgment of the Court; and (2) enjoining CoreCivic, Inc. from accepting new civil immigration detainee transfers at the Facility, and further expanding or renovating the Facility for purposes of civil immigration detention, until CoreCivic obtains the proper City approvals, as determined by final judgment of the Court.

[2] On Friday, October 17, 2025, Petitioners will also be filing in the U.S. District Court, Eastern District of California, Fresno Division, Courtroom 6 (Judge Kirk E. Sherriff) **an ex parte application for an order granting leave to proceed pseudonymously and request to file a record under seal.** The request seeks leave of Court for Petitioner John Doe, a detainee at the Facility, to proceed with this litigation under pseudonym, and to file a declaration under seal in support of Petitioners' ex parte application for TRO/OSC.

Petitioners' counsel will be appearing in U.S. District Court, Eastern District of California, Fresno Division, Courtroom 6, 7th Floor, 2500 Tulare Street, Fresno, California, 93721 at 1:30pm on

Monday, October 20, 2025 to address the ex parte applications to the Court.

Pursuant to FRCP 65 and Local Rule 231, please let me know if you intend to appear to oppose the ex parte applications. Alternatively, please advise if you would be willing to stipulate to a TRO and/or preliminary injunction; if you would be willing to stipulate to Petitioners' request to proceed under pseudonym and file a document under seal; and if you would propose any alternative to Petitioners' request for preliminary injunctive relief.

Thank you.
Seph



Joseph D. Petta
Partner
Shute, Mihaly & Weinberger LLP
396 Hayes Street
San Francisco, CA 94102-4421
p: 415/552-7272 x269 | he/him/his
www.smwlaw.com | A San Francisco Green Business

This electronic mail transmission contains information from the law firm Struck Love Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.