Victor M. Ponto (SBN 284005)
CITY ATTORNEY FOR CITY OF CALIFORNIA CITY
E-mail: vponto@bwslaw.com
Mark J. Austin (SBN 208880)
E-mail: maustin@bwslaw.com
Brandon A. Sanchez (SBN 300718)
E-mail: bsanchez@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1770 Iowa Avenue, Suite 240
Riverside, California 92507-2479
Tel: 951.788.0100     Fax: 951.788.5785

FILING FEE EXEMPT PURSUANT TO GOVERNMENT CODE § 6103

Attorneys for Respondent and Defendant
CITY OF CALIFORNIA CITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION and JOHN DOE,<br><br>Petitioners and Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY and CORECIVIC, INC.,<br><br>Respondents and Defendants.<br><br>CORECIVIC, INC.,<br><br>Real Party in Interest. | Case No. 1:25-cv-01292-KES-CDB<br><br>**DECLARATION OF CITY PLANNER ANUPAMA DORAVARI IN SUPPORT OF OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br><u>TRO Application Hearing</u><br>Date:     November 3, 2025<br>Time:    1:00 p.m.<br>Judge:   Hon. Kirk E. Sherriff<br>Crtrm:   6<br><br>Trial Date:              None Set |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
RIVERSIDE

4929-7891-1861 v2

Case No. 1:25-cv-01292-KES-CDB
DECLARATION OF CITY PLANNER ANU D

# DECLARATION OF CITY PLANNER ANUPAMA DORAVARI
# IN SUPPORT OF OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION

I, Anupama Doravari, declare as follows:

1.  I am the City Planner for the City of California City ("City"). I held a planning position with the City from 2017 to 2018. Since June 2023 I have served as City Planner. My duties include administering the City's zoning and development regulations, as set forth in the California City Municipal Code ("CCMC"). I also oversee the City's review and processing of conditional use permit ("CUP") applications, site plan reviews, and provide analysis and recommendations to the City Council and Planning Commission on all development projects in the City. As part of my duties, I assist with coordinating inter-departmental permit routing, make use determinations and CCMC interpretations, and maintain the City's planning records. As a result, I am intimately familiar with and tasked with interpreting and applying the CCMC to various uses and projects in the City. I have personal knowledge of the facts stated here or know them based on my review of City records kept in the ordinary course of business. If called, I could and would testify competently.

2.  This declaration is in support of the City's opposition to the TRO Application.

3.  The documents attached to this declaration are true and correct copies of records the City maintains in the ordinary course of business, or accurate printouts of such records from the City's electronic repositories.

4.  In my various capacities, I am familiar with the property commonly known as 22844 Virginia Boulevard, California City, California ("Property"). The Property is located within the RA (Residential/Agricultural) District.

5.  After the Facility's reopening in 2025, the City undertook a multi-step review to determine what, if any, local approvals were required and whether any such approvals would trigger the notice-and-hearing procedures in SB 29. This was a time-consuming process. The City searched physical archives and digital repositories across Planning, Building, Fire, and the City Clerk for historical records. The City gathered information from the operator regarding current operations and conducted inspections. Planning compared current operations against historical

Burke, Williams & Sorensen, LLP
Attorneys at Law
Riverside

4929-7891-1861 v2

1

Case No. 1:25-cv-01292-KES-CDB
DECLARATION OF PLANNER DORAVARI

1  approvals located during the records search. Staff identified which, if any, administrative

2  approvals (e.g., site plan review) could apply and whether issuing them would be covered by

3  SB 29.

4     6.   As is relevant to the TRO Application, the City's investigation revealed the

5  following. In January 1998, the City approved CUP 97-01 for a 2,304-bed "prison facility" on

6  approximately 70 acres of the 320-acre Property. In October 1998, the City approved CUP 98-02

7  expanding the permitted capacity by 512 beds. Neither CUP limits the entitlement to criminal

8  custody or to a particular inmate/detainee population. True and correct copies of CUP 97-01 and

9  CUP 98-02 are collectively attached to this declaration as **Exhibit A** and are incorporated herein.

10    7.   Based on my review of the CUP terms, the records on file, and my understanding of

11 current operations, the Facility's ongoing operations remain within the scope of CUP 97-01 and

12 CUP 98-02 and within the RA-district allowance for "correction, probation, or prison facilities and

13 services." The CCMC does not define "prison." In ordinary usage a prison is a "place of

14 confinement," and immigration detention is a place of confinement of the same kind.

15    8.   This present determination is also consistent with past practice. In 2010, the City

16 entered Intergovernmental Agreement ODT-10-0002 with the operator for federal detainee

17 housing, including immigration detainees. That use occurred under the 1998 CUPs. So immigrant

18 detention has historically been determined by the City to be a "prison facility" use conditionally

19 permitted under the 1998 CUPs. A true and correct copy of the IGA is attached to this declaration

20 as **Exhibit B** and is incorporated herein.

21    9.   In my role as City Planner, I am familiar with the City's record keeping system for

22 land use approvals. After a thorough review, as of the date of this declaration, no application for a

23 new CUP or for a CUP modification has been filed or required, and the Planning Division has not

24 determined that current operations constitute an expansion outside the existing entitlements.

25    10.  On August 22, 2025, the operator submitted applications for a business license and an

26 administrative site plan review (SPR). Both applications are being processed with inter-

27 departmental routing to Fire, Police, and Building staff. The facility has passed its final Fire and

28 Building inspections. As of the date of this declaration, all deficiencies have been corrected to the

Burke, Williams & Sorensen, LLP
Attorneys at Law
Riverside

4929-7891-1861 v2

2

Case No. 1:25-cv-01292-KES-CDB
DECLARATION OF PLANNER DORAVARI

1 | satisfaction of the respective authorities, and there are no outstanding Building or Fire violations
2 | for the facility. True and correct copies of the business license application and site plan review
3 | application are collectively attached to this declaration as **Exhibit C** and are incorporated herein.
4 |     11.   In an abundance of caution, staff determined that any SPR approval potentially
5 | covered by SB 29 will not be issued unless and until the City completes SB 29's prerequisites. The
6 | City has scheduled the first SB 29 public hearing for October 28, 2025 before the City Council,
7 | with additional hearing(s) to follow as required.
8 |     12.   The City will issue no SB-29-covered approval before it has both (a) provided notice
9 | to the public of the proposed conveyance or permitting action at least 180 days before execution
10 | and (b) soliciting and hearing public comment at two meetings open to the public, as the statute
11 | requires.
12 |     13.   As of the date of this declaration, the City has not approved, signed, or issued any
13 | deed, contract, lease, or permit for "the building or reuse of existing buildings" for immigration
14 | detention. Accordingly, there is no City permitting action presently outstanding that could
15 | constitute a past violation of SB 29.
16 |     I declare under penalty of perjury under the laws of the State of California that the
17 | foregoing is true and correct.
18 |     Executed on October 27, 2025 in California City, California.

_____
Anupama Doravari

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Riverside

4929-7891-1861 v2      3      Case No. 1:25-cv-01292-KES-CDB
DECLARATION OF PLANNER DORAVARI

**PROOF OF SERVICE**

**Dignity Not Detention Coalition, et al. v. City of Caliornia City, et al.
Case No. 1:25-cv-01292-KES-CDB**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, 40th Floor, Los Angeles, CA 90071-2942.

On October 27, 2025, I served true copies of the following document(s) described as

**DECLARATION OF CITY PLANNER ANUPAMA DORAVARI IN SUPPORT OF OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 27, 2025, at Riverside, California.

_____
Victor Ramirez

Burke, Williams & Sorensen, LLP
Attorneys at Law
Riverside

4929-7891-1861 v2

4

Case No. 1:25-cv-01292-KES-CDB
DECLARATION OF PLANNER DORAVARI

**SERVICE LIST**
**Dignity Not Detention Coalition, et al. v. City of Caliornia City, et al.**
**Case No. 1:25-cv-01292-KES-CDB**

| | |
|---|---|
| Joseph D. Petta, Esq.<br>Mindy K. Jian, Esq.<br>Ryan K. Gallagher, Esq.<br>SHUTE, MIHALY & WEINBERGER, LLP<br>396 Hayes Street<br>San Francisco, California 94102<br>Tel: (415) 552-7272<br>Fax: (415) 552-5816<br>Email: Petta@smwlaw.com<br>Email: MijanQzmalaw.com<br>Email: Rgallagher@smwlaw.com | Attorneys for Petitioner and Plaintiff<br>DIGNITY NOT DETENTION COALITION |
| Callard E. Cowdery, Esq.<br>AFRICAN ADVOCACY NETWORK<br>3106 Folsom Street<br>San Francisco, California 94110<br>Tel: (415) 889-9573<br>Email: ccowdery@aansf.org | Attorney for Petitioner and Plaintiff<br>JOHN DOE |
| Nancy Flores-Castaneda, Esq.<br>Nicholas H. Rasmussen, Esq.<br>MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP<br>7647 North Fresno Street<br>Fresno, California 93720<br>Tel: (559) 433-1300<br>Fax: (559) 433-2300<br><br>Email: nrasmussen@mccormickbarstow.com<br>Email: castaneda@mccormickbarstow.com | Attorneys for Respondent, Defendant, and Real Party in Interest<br>CORECIVIC, INC. |
| Daniel P. Struck, Esq.<br>STRUCK LOVE ACEDO, PLC<br>3100 W. Ray Road, Suite 300<br>Chandler, AZ 85226<br>Tel: (480) 420-1600<br>Email: dstruck@strucklove.com<br>Email: dpercevecz@strucklove.com | Attorneys for Respondent, Defendant, and Real Party in Interest<br>CORECIVIC, INC. |