EXHIBIT  A

ORIGINAL

## RESOLUTION NO. 01-98-1801

## A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF CALIFORNIA CITY MAKING CERTAIN ENVIRONMENTAL FINDINGS AND ADOPTING A STATEMENT OF OVERRIDING CONSIDERATIONS IN CONNECTION WITH THE CORRECTIONS CORPORATION OF AMERICA PRISON

WHEREAS, Corrections Corporation of America (CCA) has filed various applications with the City requesting approval to construct a 2,304 inmate capacity prison and related utility improvements (the "Project"); and

WHEREAS, the Planning Department has determined an Environmental Impact Report (EIR) Supplement be prepared pursuant to the California Environmental Quality Act (CEQA) to determine the individual and cumulative environmental impacts associated with the Project; and

WHEREAS, the Draft EIR Supplement was prepared by RUST Environment and Infrastructure under contract to the City and under the supervision of the Planning Department, and circulated for review from October 24, 1997 to December 9, 1998; and

WHEREAS, responses to comments were prepared and included in the Final EIR Supplement; and

WHEREAS, the Planning Commission considered and approved an application for a conditional use permit at a duly noticed public hearing on January 15, 1998;

NOW THEREFORE BE IT RESOLVED by the City Council of the City of California City as follows:

## SECTION 1

## INTRODUCTION

### 1. PRELIMINARY

CCA will develop a 2,304 bed prison on a 320 acre property in California City, Kern County. The Project will accommodate medium security inmates. The City was the Lead Agency for the preparation of an Environmental Impact Report (EIR) Supplement in compliance with the California Environmental Quality Act of 1970 (CEQA) (Public Resources Code §§ 21000 et seq.) and the CEQA Guidelines ( California Administrative Code §§ 15000 et seq., as amended).

Because the EIR Supplement identified significant effects which may occur as a result of the Project, City adopts these findings as part of the approval of the CCA Project. In adopting this Statement of Findings, the City approves the construction of the CCA Prison at California City on a 320 acre property known as the Virginia Boulevard site.

Section 1 of these findings provides an introduction and description of the proposed Project and the certification of the Final EIR Supplement. Section 2 discusses potential environmental effects considered to have no significant impacts and require no mitigation. Section 3 discusses potential environmental effects which are not significant or which have been mitigated to a level that is less than significant. Section 4 discusses the significant unavoidable environmental effects of the Project, which cannot be feasibly mitigated to a level that is less than significant. Section 5 discusses Project alternatives. Section 6 discusses changes in mitigation measures and recirculation. Section 7 discusses the Mitigation Monitoring Plan. Section 8 presents the Statement of Overriding considerations. Section 9 presents a Section 21092.1 finding regarding independent judgment.

### 2. DESCRIPTION OF THE APPROVED PROJECT

The site is located at the terminus of Virginia Boulevard, approximately one-half mile south of Twenty Mule Team Parkway and approximately five miles east of downtown California City. The site encompasses 320 acres of vacant terrain comprised of, and surrounded by, natural desert environment.

Approximately 70 acres of the proposed prison site will be developed for the prison facility and support uses.

The 2,304 bed prison will accommodate 2,304 inmates at 100 percent design bed capacity, and meet the following objectives:

- Provide a secure prison facility to serve the inmate incarceration needs of government correctional agencies.

- Provide a cost effective alternative to publicly funded construction and operation of prisons.

- Provide opportunities for academic education, vocational training, and specialized treatment for inmates.

- Provide excellent long term employment and career opportunities for surrounding communities.

## 3. CERTIFICATION

The Planning Department has reviewed the Final EIR Supplement for the proposed Project and has considered the public record on the Project, including without limitation the following:

- Record of Public Hearing on the Final Supplement to Environmental Impact Report, Correction Corporation of America Prison at California City, on January 15, 1998, before the Planning Commission.

- Final Environmental Impact Report Supplement, January, 1998.

- Responses to Comments on the Draft Supplement to Environmental Impact Report, Correction Corporation of America Prison at California City, 1997 (Volume II).

- Draft Supplement to Environmental Impact Report, Correction Corporation of America Prison at California City, October 1997.

The custodian of the documents and other materials which constitute the record upon which these findings are based is the Planning Department. The record is available for public review at the City of California City, 2100 Hacienda Boulevard, California City, California, 93505.

**Finding**

Based upon complete review of the record, the Planning Commission certifies that the Final EIR Supplement is adequate and has been completed in compliance with CEQA.

## SECTION 2

### POTENTIAL ENVIRONMENTAL EFFECTS CONSIDERED TO HAVE NO SIGNIFICANT IMPACTS AND REQUIRE NO MITIGATION MEASURES

**Finding**

The EIR Supplement identified thresholds of significance and evaluated environmental impacts for the following issues. The EIR Supplement determined that these environmental impacts did not cross

the thresholds of significance for these issues. Therefore, no mitigation measures are required for these issues.

Land Use, Employment, Population and Housing, Hospitals, Judicial Services, Law Enforcement, Fire Protection, Wastewater Treatment and Disposal, Solid Waste Disposal, Energy, Telephone and Cable.

## SECTION 3

## POTENTIAL ENVIRONMENTAL EFFECTS WHICH ARE NOT SIGNIFICANT OR WHICH HAVE BEEN MITIGATED TO A LEVEL THAT IS LESS THAN SIGNIFICANT

### A.    PUBLIC UTILITIES AND COMMUNITY SERVICES

#### School Impacts

Implementation of the Project would result in enrollment of approximately 124 new students in the Mojave Unified School District (MUSD) resulting in the need for up to four additional classrooms.

#### Mitigation

The following mitigation measure will be employed to reduce potential impacts to MUSD schools to a less than significant level:

- Mitigation for impacts resulting from additional students generated indirectly by the proposed prison would be provided in the form of school impact fees paid by CCA and developers of other commercial and residential land uses in accordance with California City Building Department fee schedules.

   The school mitigation fees for MUSD which are collected by the California City Building Department at issuance of building permits are as follows:

   - $0.32 per square foot of new industrial/commercial floor space.

   - $1.84 per square foot of new residential floor space.

   Based on the conceptual building plans for the proposed prison, which indicate approximately 500,000 square feet of floor space, CCA would be responsible for payment of approximately $160,000 to offset any direct impacts to MUSD. Additionally, new residential development resulting from any direct and indirect growth would contribute separately to school fees at the rate noted above. The collected fees could be utilized to lease the portable classrooms or contribute to funding for permanent facilities necessary for additional students.

Information provided by the MUSD Superintendent's office indicates that payment of the school mitigation fees by CCA and other new developments, and other funding mechanisms will mitigate potential impacts to a less than significant level.

**Finding**

Changes or alterations have been required in, or incorporated into, the Project which will avoid or reduce impacts to schools to a less than significant level.

<u>Water Supply Impacts</u>

The proposed Project would require 392,000 gallons per day of water. Implementation of the proposed Project would include improvements to the offsite water infrastructure facilities to provide adequate operational and fire/emergency water service to the site.

**Mitigation**

The following mitigation measures will be adopted to ensure that water is available to serve the Project, and that the Project uses the minimum practical amount of water.

- Design of the proposed prison would include provisions to minimize water use at the proposed prison:

  - Use of low-flow fixtures, and

  - Use of drought-tolerant, native landscaping.

**Finding**

Changes or alterations have been required in, or incorporated into, the Project which will avoid or reduce impacts to the water system to a level that is less than significant.

**B.    TRANSPORTATION**

<u>Traffic Impacts</u>

During operations, the Project would generate approximately 1,320 daily vehicle trips on peak weekdays. This impact would contribute to an existing unacceptable level of service at the intersection of SR 58 / California City Boulevard in the unincorporated area of Kern County. Cumulative plus peak weekday traffic would result in a significant impact between 5:30 AM and 6:30 AM at the SR 58 / California City Boulevard intersection.

**Mitigation**

The following measure would reduce the project-related impact to a less than significant level:

- The addition of a traffic signal is shown to be warranted for existing conditions and this improvement would mitigate the unacceptable Level of Service (LOS) condition. Caltrans has jurisdiction over SR 58 and according to Caltrans the Project would be required to participate in funding interim improvements at SR 58/ California City Boulevard, rather than a traffic signal at this intersection. The proposed CCA Prison would contribute 4.2% of the interim improvement costs based on the proportionate share of Project traffic impact to this intersection. Implementation of this mitigation measure would reduce the Project's impact to a less than significant level.

## Finding

The impacted intersection is within the dual jurisdiction of Caltrans, a state agency, and Kern County. California City shall ensure through the Mitigation Monitoring Plan that the applicant makes its proportionate share of funds available to Caltrans and Kern County for interim improvements to the intersection. However, California City, as lead agency, has no jurisdiction to implement this mitigation. Caltrans and Kern County can and should implement this mitigation measure to reduce project-related impacts to a less than significant level.

Should Caltrans and Kern County implement this mitigation measure, changes or alterations will have been required in, or incorporated into, the Project which will avoid or reduce Project-related traffic impacts to a less than significant level. If, however, Caltrans and Kern County do not utilize fair share contributions to mitigate the Project's contribution to the current unacceptable LOS condition at SR 58/California City Boulevard, then the increased traffic generated by the Project would be considered a significant and unavoidable adverse impact. Therefore, and in that case, the City shall find that the impact is overridden by the Project benefits stated in the Statement of Overriding Considerations as set forth in Section 8 below.

## C.    NOISE

### Noise Impacts

If dwellings were to be constructed in the approved residential subdivision to the east of the site prior to prison construction, future residents could be subjected to high noise levels during Project construction.

### Mitigation

No sensitive receptors are currently located near the Project. Prison operations will not exceed noise significance thresholds and, therefore, no mitigation is required for noise impacts from prison operations. Noise from construction activities would only be considered significant if residences are constructed prior to prison construction. Therefore the Final EIR recommends the following mitigation measures to reduce the noise impacts of construction should residences be built adjacent to the Project prior to Project construction:

- Construction activities within 2,000 feet of occupied residences will be limited to the hours of 7 a.m. to 8 p.m. Monday through Saturday, with no construction allowed on Sundays or City holidays.

- Properly muffled equipment and trucks will be used.

**Finding**

Changes or alterations have been required in, or incorporated into, the Project which avoid or reduce noise impacts to a less than significant level.

## D.    HYDROLOGY, STORM DRAINAGE, AND FLOOD CONTROL

### Hydrology Impacts

Implementation of the Project would result in the covering of between 50 and 70 acres with impervious surfaces such as buildings, access roads, and parking areas. Implementation of the Project as proposed could result in an increase of the 100-year storm peak runoff from the watershed.

**Mitigation**

The City will adopt the following measures to reduce the potential impacts related to stormwater runoff to a less than significant level:

- Stormwater drainage and collection facilities will be designed to maintain the volume of surface water runoff at pre-Project levels. Facilities will include ditches or swales, constructed along the perimeter of the prison complex, and lined only with natural vegetation. The ditches, designed for 100-year peak storm flow, will intercept and convey storm runoff to an on-site detention basin.

- An unlined storm water detention basin will be developed on-site to retain a volume of storm water necessary to control runoff from impervious surfaces, and maintain surface runoff volumes at the property boundaries at pre-Project levels. The capacity of the detention basin will be based on calculated storm water flows above natural conditions, resulting from impervious surfaces of the proposed Project. The sizing and design of this detention basin will be reviewed and approved by the City Engineering Department as part of the final site plan approval.

**Finding**

Changes or alterations have been required in, or incorporated into, the Project which avoid or reduce hydrology impacts to a less than significant level.

### Storm Drainage Impacts

Project implementations could result in urban pollutants entering stormwater runoff. Such pollutants may include oil, grease, antifreeze, trace metals, dust and dirt, fertilizers, herbicides and pesticides.

**Mitigation**

The City will adopt the following measure to reduce potential water quality impacts to a less than significant level:

- The proposed Project will comply with all applicable requirements of the NPDES permit program.

**Finding**

Changes or alterations have been required in, or incorporated into, the Project which avoid or reduce storm drainage impacts to a less than significant level.

## E.   BIOLOGICAL RESOURCES

### Utility Infrastructure Impacts

Based on the low quality of habitat, and complete absence of presence or sign for any sensitive species within the 25-acre utilities construction path, significant impacts which would require comprehensive mitigation measures are not anticipated. Biologists estimated that approximately ten percent (10%) or 2.5 acres of property along the utility installation area contain habitat which could be considered Category III as designated by the Bureau of Land Management.

**Mitigation**

The City will adopt the following measures to reduce the potential impact on utilities construction path to less than significant:

- The off-site compensation measures described in Section 4(A) include preservation of 2.5 acres of habitat to off-set the loss described above.

- Prior to installing underground utilities, a final inspection of these areas will be conducted to verify the findings of previous biological surveys

- Biologist shall survey utility construction path immediately prior to trenching activities, and biologist shall move any tortoise from the construction path to adjacent habitat, out of harms way.

- All vehicles, including heavy equipment and personal vehicles, shall use established roadways to access the site. All vehicles shall be restricted to the site and shall not disturb areas adjacent to the utility construction area.

- An educational program should be developed and presented to all construction personnel who will be present on-site.

- The open utility trench will be kept to the minimum width and length as practicable for construction purposes which can be completed on a day-to-day basis.

- The utility trench shall be filled or covered at the completion of each construction day.

- The utility trench shall be visually inspected for tortoise immediately prior to commencing construction each morning.

- Areas disturbed within the utilities construction path will be regraded to blend with adjacent topography.

**Finding**

Changes or alterations have been required in, or incorporated into, the Project which avoid or reduce utility infrastructure impacts to a less than significant level.

## F.    CULTURAL RESOURCES

### Cultural Resources Impacts

A recorded archaeological site is located on a portion of the site. Because implementation of the proposed Project could result in the disturbance of prehistoric material, this impact is considered significant.

**Mitigation**

The City will adopt the following measures to reduce potential impacts on cultural resources to a less than significant level:

- If human skeleton remains are encountered during construction, work within 20 meters of the discovery will be stopped immediately and the County Coroner notified. If the remains are Native American, the Coroner has 24 hours to notify the Native American Heritage Commission.

- If any buried cultural remains are encountered during development and construction, work within 20 meters of the discovery will be stopped until a professional archeologist is retained to determine the significance of the find and to develop management actions. Actions needed to manage the resource will be implemented.

- Avoidance of archaeological sites is the preferred management technique. Avoidance may be achieved through implementation of the following measure:

- A qualified archaeologist will be retained to fence the perimeter of the archaeological site prior to Project grading. The fence will be located approximately 15 feet outside the actual resource site boundary and remain there for the duration of construction activities. The fenced area will be unmarked to prevent unauthorized collecting.

If avoidance is infeasible, the following measure will be implemented:

- Prior to site grading or other construction activities, a qualified archaeologist will collect surface artifacts. A report containing a lithic analysis will be filed with the Southern San Joaquin Valley Information Center at California State University, Bakersfield.

**Finding**

Changes or alterations have been required in, or incorporated into, the Project which avoid or reduce cultural resource impacts to a less than significant level.

## G.    GEOLOGY, SOILS, SEISMICITY AND GROUNDWATER

### Soil Impacts

Potentially expansive soil was encountered in one boring at the site during a geotechnical investigation conducted for the 1994 EIR. Construction on expansive soils can result in structural damage or failure.

**Mitigation**

The City will adopt the following measures to reduce potential impacts relative to expansive soils to a less than significant level:

- Expansive soil, will be removed or treated, and/or an expansion-resistant foundation system will be constructed.

- A complete design-level geotechnical investigation of the site prior to final design and construction will be conducted. The investigation will be focused on actual building location and take into consideration building design and loading considerations. The purpose of the investigations will be to identify specific design criteria and provide final recommendations for site grading, foundations, paving, and other considerations.

**Finding**

Changes or alterations have been required in, or incorporated into, the Project which avoid or reduce soil impacts to a less than significant level.

### Soils Impact

The surface soil, upper 1 to 4.5 feet, at the site is generally of a loose consistency and may be subject to excessive immediate settlement under loading. Such settlement can result in structural damage or failure.

**Mitigation**

The following measures will be adopted to reduce potential impacts relative to collapsible or compressible soils to a less than significant level:

- Collapsible soils or compressible soils, if determined to be present at the site, will be mitigated by modification of soil, or through structural foundation design.

- A complete design-level geotechnical investigation of the site prior to final design and construction will be conducted. The investigation will be focused on actual building location and take into consideration building design and loading considerations. The purpose of the investigations will be to identify specific design criteria and provide final recommendations for site grading, foundations, paving, and other considerations.

**Finding**

Changes or alterations have been required in, or incorporated into, the Project which avoid or reduce collapsible or compressible soils impacts to a less than significant level.

**Seismic Impacts**

Based on probabilistic analysis conducted for the preparation of the 1994 Final EIR, the highest maximum peak horizontal accelerations at the site could range from 0.30g to 0.35g for the estimated maximum credible event of M7.5 at the Lockhart Fault.

**Mitigation**

The following measure will be adopted to reduce potential impacts relative to seismic shaking to a less than significant level:

- Facilities will be designed to the standards required by the regulatory agencies governing the Project, or other pertinent building codes, to withstand the expected ground motions. Through site specific studies, seismic criteria has been developed that should be evaluated by structural designers to determine whether the standard seismic design for prisons meets or exceeds the criteria.

**Finding**

Changes or alterations have been required in, or incorporated into, the Project which avoid or reduce seismic impacts to a less than significant level.

## H.    HAZARDOUS MATERIALS

### Hazardous Materials Impacts

Review of historic aerial photographs, and local, state, and federal records revealed no evidence of hazardous substance use, storage, or releases on the Project site. No evidence of hazardous materials storage or contamination was identified on the site or in adjacent areas. However, due to the size of the site, the possibility of an isolated area of contamination, e.g. isolated illegal dumping of hazardous waste, cannot be completely dismissed.

### Mitigation

The City will adopt the following measure to reduce potential impacts with respect to potential site contamination to less than significant:

- In the event that hazardous materials or waste contamination are encountered during grading, construction or operation of the proposed Project, the subject wastes shall be assessed, reported to appropriate agencies, and remediated. Appropriate remediation shall be determined through consultation with the affected health and state agencies.

### Finding

Changes or alterations have been required in, or incorporated into, the Project which avoid or reduce hazardous materials impacts to a less than significant level.

### Hazardous Materials Impacts During Construction and Operations

Construction and operation of the Project would require the use and storage of hazardous materials such as paints and solvents. The misuse, improper disposal, and/or mismanagement of these materials could affect groundwater quality, soil quality, and possibly create hazards to human health and safety.

### Mitigation

The City will adopt the following measures to reduce potential hazardous materials impacts during Project construction and operation to a level that is less than significant:

- Hazardous materials on the prison grounds will be properly stored in suitable containers and in accordance with manufacturers directions for safe storage.

- Hazardous materials used at the prison will be properly disposed of as needed, at a Class I landfill, a County-sponsored "hazardous materials round-up", or other suitable disposal method sanctioned by the Department of Toxic Substances Control.

**Finding**

Changes or alterations have been required in, or incorporated into, the Project which avoid or reduce hazardous materials impacts during construction to a less than significant level.

## SECTION 4

## SIGNIFICANT UNAVOIDABLE ENVIRONMENTAL IMPACTS WHICH CANNOT BE MITIGATED TO A LEVEL THAT IS LESS THAN SIGNIFICANT

### A.    BIOLOGICAL RESOURCES

**Desert Tortoise Habitat Impacts**

The Project site is located outside of U.S. Fish and Wildlife (USFWS) designated critical habitat areas for the desert tortoise. However, the Project would result in the loss of approximately 70 acres of desert tortoise habitat. The loss of occupied habitat could be considered a take pursuant to Section 2081 of the California Endangered Species Act (CESA). Any net loss of any occupied desert tortoise habitat is considered a significant and unavoidable impact. Individual tortoises could be destroyed as a result of grading and construction activities. Destroying a tortoise would be considered a take of a listed species pursuant to both the ESA and the CESA, and considered a significant impact.

**Mitigation**

To mitigate the above impacts and comply with the Federal Endangered Species Act (ESA) and California Endangered Species Act (CESA), the applicant will obtain necessary permits from both USFWS and California Department of Fish and Game (CDFG). USFWS will require the submittal of a ESA Section 10(a) permit application and the preparation of a Habitat Conservation Plan (HCP) that includes a Project description with an impact assessment, mitigation measures to avoid or minimize impacts, compensation for any unavoidable impacts, implementation measures, and provisions for any unforeseen circumstances and amendment to the HCP and permits. This document will also provide the information required during CDFG Section 2081 permitting process as mandated by CESA.

The following mitigation recommendations are typical of those included in desert tortoise habitat HCP's. Actual mitigation requirements will be determined by USFWS and CDFG during the required permitting process. The agencies may require additional measures to mitigate for the proposed habitat loss for the desert tortoise.

**Construction Site Measures**

*   Prior to implementation of any of the following measures, CCA must provide fees for the

acquisition of up to 70-acres of compensation lands to the Desert Tortoise Preserve Committee (DTPC) to mitigate impacts of the prison development.

- Grading limits should be chosen in an effort to minimize impacts to mapped tortoise activity areas.

- An enclosure should be placed around the boundary of the limits of grading and should consist of an appropriate type of fencing to keep desert tortoises from re-entering the construction area.

- Clearance surveys should be conducted by qualified and permitted biologists to locate and remove any tortoises from within the limits of grading. All tortoises will be relocated to an appropriate, and preferably, adjacent habitat within the western one-half which are not part and placed within created, artificial burrows of any area disturbed by the proposed prison or any potential future facility expansions.

- The undeveloped portion of the western one-half of the site will be dedicated as a conservation easement to provide and enhance habitat for sensitive biological species.

- A biological monitor should be present during all initial ground clearing and grading activities to ensure that no incidental take of desert tortoise occurs.

- An educational program should be developed and presented to all construction personnel who will be present on-site.

- Access to the 320-acre site will be strictly controlled by perimeter signage and 24-hour patrols by prison correctional officers. Human recreational activities will be prohibited within the undeveloped portions of the site for environmental and security purposes. Native wildlife activity and migration within the property boundary, and outside the boundaries of prison security fencing, will not be disturbed.

- Provide signage along site access road to beware of desert tortoise.

**Finding**

The Project impacts to desert tortoise and related habitat identified in the Final EIR Supplement cannot be mitigated to a less than significant level. However, changes or alterations have been required in, or incorporated into, the Project which significantly reduce the potential for take of listed species and substantially lessen the significant environmental effects identified in the Final EIR Supplement. A Statement of Overriding Considerations has been prepared for the Project (See Section 8).

**Mojave Ground Squirrel Habitat Impacts**

Although no Mojave ground squirrels were observed at the site, the loss of Mojave ground squirrel

habitat is considered a significant impact.

**Mitigation**

The impact on the Mojave ground squirrel habitat will be significant and unavoidable, however, the. City will adopt the following measure to partially mitigate the impact on the Mojave ground squirrel habitat:

- A mitigation plan for the loss of habitat will be approved in coordination with the permitting for the loss of desert tortoise habitat discussed above.

**Finding**

The impacts to the Mojave ground squirrel habitat identified in the Final EIR Supplement cannot be mitigated to a less than significant level. However, changes or alterations have been required in, or incorporated into, the Project which substantially lessen the significant environmental effects identified in the Final EIR Supplement. A Statement of Overriding Considerations has been prepared for the Project (See Section 8).

**Burrowing Owl Impacts**

Although no burrowing owls were observed at the site, the loss of burrowing owl habitat is considered a significant impact.

**Mitigation**

Project impacts on the burrowing owl habitat will be significant and unavoidable, however, the City will adopt the following measure to partially mitigate the impact on the burrowing owl habitat:

- Although no burrowing owls were observed at the site, and no impacts to burrowing owls are expected, mitigation which will be developed for the desert tortoise includes protection of Mojave creosote bush scrub habitat form grazing and recreational vehicle activity. This mitigation will enhance the potential for use of the protected area of the site as burrowing owl habitat.

**Finding**

The impact identified in the Final EIR Supplement cannot be mitigated to a less than significant level. However, changes or alterations have been required in, or incorporated into, the Project which substantially lessen the significant environmental effects identified in the Final EIR Supplement. A Statement of Overriding Considerations has been prepared for the Project (See Section 8).

**B.    AIR QUALITY**

<u>Construction Impacts</u>

The Project would modify/develop between 50 to 70 acres, and up to 35 acres could be exposed at any one time during construction. The Project could generate 1,848 pounds per day of fine particulate matter ($PM_{10}$). Construction related emissions would exceed Kern County Air Pollution Control Department CEQA thresholds of significance for $PM_{10}$ and nitrogen oxides ($NO_2$) , and would therefore represent a significant and unavoidable impact of the Project.

**Mitigation**

Although the impacts associated with $NO_2$ and $PM_{10}$ are significant and unavoidable, construction activities shall be partially mitigated by employing the best available control measures for fugitive dust control described in the EIR Supplement and included in the Mitigation Monitoring Program.

**Finding**

Project construction air quality impacts identified in the Final EIR Supplement cannot be mitigated to a less than significant level. However, changes or alterations have been required in, or incorporated into, the Project which substantially lessen the significant environmental effect as identified in the Final EIR Supplement.

<u>Construction Equipment Impacts</u>

Use of employee vehicles, trucks and heavy equipment would result in construction emissions throughout the construction period. The Project would generate approximately 172 tons/year of carbon monoxide, 21 tons/year of total organic gases, 59.8 tons/year of nitrogen oxides, 5.7 tons/year of sulfur oxides, and 6.4 tons/year of particulate matter during construction. Construction related emissions would exceed KCAPCD CEQA thresholds of significance for $PM_{10}$ and $NO_2$.

**Mitigation**

Although the impacts from construction equipment and construction employee vehicles will be significant and unavoidable, the following measures will partially mitigate the identified impacts:

- Equipment will be maintained to minimize emissions.

- Information will be provided to construction employees to facilitate car pooling.

- Information will be provided to construction employees to facilitate extended stays in the Project vicinity to reduce long distance commuting.

**Finding**

Project air quality impacts arising from construction activities cannot be mitigated to a less than significant level. However, changes or alterations have been required in, or incorporated into, the Project which substantially lessen the significant environmental effect as identified in the Final EIR Supplement. A Statement of Overriding Considerations has been prepared for the Project (See Section 8).

## Operations Impacts

Total daily trips to the site during operation peak weekdays are estimated to be 1,320. Vehicle emissions would total 48.4 tons/year reactive organic gases, 330 tons/year carbon monoxide, 37.5 tons/year nitrogen oxides, and 6.1 tons/year of $PM_{10}$. Operation of the Project would result in significant and unavoidable impacts from emissions of organic compounds and nitrogen oxides, which exceed KCAPCD CEQA thresholds of significance.

**Mitigation**

City will adopt the following measures to partially mitigate the air quality impacts from operational emissions:

- Information will be provided to employees to facilitate car pooling.

- Equipment, such as generators, will meet all Kern County Air Pollution Control District requirements.

**Finding**

Project air quality impacts arising from operations cannot be mitigated to a less than significant level. However, changes or alterations have been required in, or incorporated into, the Project which substantially lessen the significant environmental effect as identified in the Final EIR Supplement. A Statement of Overriding Considerations has been prepared for the Project (See Section 8).

## C.   AESTHETICS/VISUAL CONSIDERATIONS

## Aesthetic Impacts

The Project would result in the conversion of vacant desert lands to a developed prison facility with buildings, parking lots, lighting, and other related features. Although no residences presently exist in the immediate vicinity, the prison would represent a significant change in the visual landscape, or viewshed, to future residents of approved residential subdivisions adjacent to the proposed prison site.

Even with mitigation in place, implementation of the proposed Project will result in an unavoidable significant visual impact to future residents of the approved subdivisions east of the Project site. The

site is relatively small, thereby affording limited flexibility in terms of placement of the prison structures. There are no feasible mitigation measures available to reduce the potential visual impact to less than significant

## Mitigation

The Project impact on the viewshed will be significant and unavoidable, however, the following measure will be adopted to partially mitigate the identified impact, but not to a level that is less than significant:

- Areas of the site disturbed during Project construction which would remain unpaved will be revegetated for runoff control and to enhance visual blending with the surrounding area.

## Finding

Changes or alterations to the Project to reduce visual and aesthetic impacts have been incorporated into the Project as the mitigation measures, however, the visual and aesthetic impacts associated with the Project cannot be mitigated to a less than significant level. A Statement of Overriding Considerations has been prepared for the Project (See Section 8).

## Lighting Impacts

Indirect lighting of adjacent areas and skyglow from the proposed prison would occur because the Project site is surrounded by vacant desert lands with no light-blocking features, and because there are no other sources of nighttime lighting in the vicinity. Although currently no residences exist in the immediate vicinity, skyglow would be visible and would be a visual nuisance to existing and future sensitive receptors.

Even with mitigation in place, skyglow will be noticeable in California City. Only the no-Project alternative would avoid significant light and glare impacts. However, implementation of this alternative would not meet the basic objectives of the Project.

## Mitigation

The impact from nighttime lighting and skyglow will be significant and unavoidable, however, the following measure will be adopted to partially mitigate the identified impact, but not to a level that is less than significant:

- Mast lighting posts will not exceed 30 feet in height, and where applicable and required by design, the lighting will be shielded and directed downward to minimize off-site illumination.

## Finding

Changes or alterations have been required in, or incorporated into, the Project which substantially

lessen the significant environmental effects as identified in the Final EIR Supplement. However, the residual effect, after mitigation, of nighttime lighting has been identified as significant and unavoidable. A Statement of Overriding Considerations has been prepared for the Project (See Section 8).

# SECTION 5

## ALTERNATIVES

The Final EIR Supplement identifies and evaluates five potential alternatives to the Project that "could feasibly accomplish most of the basic purposes of the Project". The five alternatives include (1) no Project, (2) Virginia Boulevard-Less Intense Prison, (3) Randsburg-Mojave site, (4) Remote Site, and (5) Virginia Boulevard/190% Development alternative. The alternatives discussed in the Final EIR Supplement constitute a reasonable range of potential options necessary to permit a reasoned choice of alternatives in light of the Project Objectives identified in Sections 1.3 and 7.0 of the Draft EIR Supplement. The Final EIR identifies the No Project Alternative and the Less-Intensive Prison Alternative as environmentally superior to the Project and they would reduce or eliminate the unavoidable significant impacts associated with the Project. However, neither of these alternatives fulfill the Project objectives. In addition, specific economic and social considerations make the environmentally superior alternatives identified in the Final EIR Supplement infeasible. Therefore, pursuant to CEQA Guideline 15364, and Public Resources Code Section 21081(a)(3), the Planning Commission will reject the environmentally superior alternatives as infeasible.

The alternatives considered in the Final Supplement are summarized below:

1.  **No Project Alternative-** Under the no-Project alternative, a correctional facility would not be constructed. None of the potential impacts associated with development of the Project would occur. Unavoidable adverse impacts related to light and glare, biological resources and air quality (particulate and ozone-producing gases) during both construction and facility operation would be avoided.

**Finding**

The Planning Commission finds the No-Project Alternative is infeasible and rejects this alternative for the following reasons:

*   This alternative will fail to meet any of the Project objectives identified in the Final EIR; and

*   This alternative would forego the substantial benefits of the Project, particularly:

    *   Construction of the Corrections Corporation of America Prison at California City is necessary to provide a secure prison facility to serve the inmate incarceration needs of government correctional agencies, and to provide a cost effective alternative to publicly funded construction and operation of prisons.

- The prison will provide excellent long term employment and career opportunities for surrounding communities. Between 85 to 90 percent of the prison employees are expected to be drawn from the Project vicinity. Approximately 480 positions for permanent correctional officers will be created. Other job opportunities will include medical, education, administrative, trade and clerical services.

- In addition to the jobs directly created by the prison, the purchase of local goods and services for the prison facility, and by CCA employees will stimulate the local economy and result in additional employment opportunities in the Project vicinity. Since California City has no base industries, the additional employment opportunities and the increased tax revenue generated by the prison will greatly benefit the local economy.

2.    **The Virginia Boulevard-Less Intense Prison-** The EIR Supplement evaluated a smaller scale Project on the same site comprised of 1,000 beds on a 40 acre site.

**Finding**

The Planning Commission finds the Virginia Boulevard-Less Intense Prison Alternative is infeasible and rejects this alternative for the following reasons:

- This alternative provides environmental benefits, however, this alternative will not provide as many employment opportunities as the proposed Project and would provide less capacity to serve the incarceration needs of government correctional agencies. Thus, this alternative will do less to meet Project objectives; and

- Based on the required investment in land and facility development costs, a smaller prison on the 320- acre site would not be economically viable. Thus, this alternative does not present a cost effective alternative to a publicly funded and operated correctional facility.

3.    **Randsburg-Mojave Site-**While not an unavoidable significant impact, this alternative would remove  potential (but somewhat degraded) habitat for the burrowing owl and the Mojave ground squirrel. Additionally, the Randsburg-Mojave property is not currently served by paved access roads, and public utilities would require extension from a greater distance to serve the site. Furthermore, as discussed in the 1994 EIR, construction at this site would require enhanced engineering design and more stringent building requirements to withstand potential levels of seismic shaking due to the proximity of an active fault, thus representing a fiscal constraint. Lastly, during the initial search by CCA for an appropriate site to accommodate the proposed Project, the Randsburg-Mojave property was not available for sale.

4.    **Remote Site Alternative-**Through the site selection process used to find the prison site, properties located in the region which would be reasonably feasible alternatives, would meet the majority of the Project objectives, and fit most of the criteria identified as necessary, were

not found. Specifically, the biological resources and habitat quality of more remote sites tended to improve; however, the areas further to the east and north tend to be served by fewer paved roads with limited access to utilities and services. Thus a Remote Site alternative was not feasible.

5.    **The Virginia Boulevard/190% Development Alternative-** This alternative would result in additional significant unavoidable impacts such as viewshed impacts; increased light, glare and aesthetic impacts; impacts to Mojave Unified School District; additional particulate and ozone producing impacts generated during operations; and loss of additional acreage of potential desert tortoise, burrowing owl, and Mojave ground squirrel habitat. The larger prison could also result in land use incompatibilities and incrementally increase demands on public utilities and community services which could potentially limit the ability to provide adequate services. This alternative was rejected since it would not offer an environmental advantage over the proposed Project.

## SECTION 6

## RECIRCULATION

## SECTION 21092.1 FINDING

Finding: Pursuant to CEQA Guideline 15088.5, and Public Resources Code Section 21092.1, on the basis of its review and consideration of the Final EIR Supplement this Planning Commission finds that:

• The Project mitigation for impacts to biological resources has been revised from an on-site habitat conservation plan to an off-site habitat conservation plan as described in Section 3 of these findings and as shall be incorporated into the Project as part of the Mitigation Monitoring Plan.

• The revised mitigation measures and revised water system design are not substantial changes in the Draft EIR Supplement that would deprive the public of a meaningful opportunity to comment on a substantial adverse environmental effect of the project, a feasible way to mitigate or avoid such an effect, or a feasible project alternative; and

• The revised mitigation measures and revised water system design will not result in new significant environmental effects or substantially increase the severity of the previously identified significant effects disclosed in the Draft EIR Supplement; and

• The revised mitigation measures and revised water system design will not involve or require mitigation measures or alternatives which are considerably different from those analyzed in the Draft EIR Supplement that would substantially reduce one or more significant effects on the environment; and

- The revised mitigation measures and revised water system design do not render the Draft EIR Supplement so fundamentally inadequate and conclusory in nature that meaningful public review and comment would be precluded;

- Thus, none of the conditions set forth in CEQA Guideline 15088.5 or Public Res. Code § 21092.1 requiring recirculation of a Draft EIR Supplement have been met. Incorporation of the revised mitigation measures and revised water system design into the Final EIR Supplement does not require that the EIR Supplement be recirculated for public comment.

## SECTION 7

## FINDINGS REGARDING THE MITIGATION MONITORING PROGRAM

Section 21081.6 of the Public Resources Code requires that when a public agency is making the findings required by State CEQA Guidelines Section 15091(a)(1) and Section 21081(a) of the Public Resources Code the public agency shall adopt a program for reporting on or monitoring the changes which it has either required of the Project or made a condition of approval to avoid or substantially lessen significant environmental effects. These measures must be fully enforceable through permit conditions, agreements, or other measures.

The Planning Commission hereby finds that the Mitigation Monitoring Program dated January, 1998, and adopted as part of the Project's Conditional Use Permit meets the requirements of Section 21081.6 of the Public Resources Code by providing for and enforcing the implementation and monitoring of Project conditions intended to mitigate potential environmental effects of the Project.

## SECTION 8

## STATEMENT OF OVERRIDING CONSIDERATIONS

Having reduced the effects of the proposed Project by adopting mitigation measures, and balanced the benefits of the proposed Project against the proposed Project's potential unavoidable adverse impacts, the City hereby determines the benefits of the proposed Project outweigh the potential unavoidable adverse impacts, and the unavoidable adverse impacts are acceptable, based on the following overriding considerations, which are sufficient to outweigh the proposed Project's unavoidable adverse impacts:

- Construction of the Corrections Corporation of America Prison at California City will provide a secure prison facility to serve the inmate incarceration needs of government correctional agencies, and to provide a cost effective alternative to publicly funded construction and operation of prisons.

- The prison will provide excellent long term employment and career opportunities for

Surrounding communities. Between 80 to 90 percent of the prison employees are expected to be drawn from the project vicinity. Approximately 480 positions for permanent correctional officers will be created. Other job opportunities will include medical, education, administrative, trade and clerical services.

In addition to the jobs directly created by the prison, the purchase of local goods and services for the prison facility, and by CCA employees wil stimulate the local economy and result in additional employment opportunities in the Project vicinity. Since California City has no base industries, the additional employment opportunities and the increased tax revenue generated by the prison will greatly benefit the local economy.

## SECTION 9

## INDEPENDENT JUDGEMENT

## SECTION 21082.1 (C) (3) FINDING

Facts: The Planning Department, acting as lead agency, has reviewed and edited as necessary the Draft EIR Supplement and the Final EIR Supplement to reflect its own independent judgement to the extent of its ability, including reliance on concerned County technical personnel from other departments.

Finding: Pursuant to Public Resources Code Sec. 21082.1 (c) (3) the City Council hereby finds that the Final EIR Supplement reflects the independent judgement of the lead agency.

---

Introduced, approved and adopted this 20th Day of January, 1998 by the following vote:

> AYES:        5
> NAYS:        0
> ABSTAIN:     0
> ABSENT:      0

Larry Adams, Mayor

January 20, 1998
Date

ATTEST:

Helen Dennis, City Clerk

23



**SUPPLEMENT TO FINAL
ENVIRONMENTAL
IMPACT REPORT**

**CORRECTIONS
CORPORATION OF
AMERICA PRISON AT
CALIFORNIA CITY**

**State Clearinghouse No.
97091045**

**Lead Agency:**
City of California City
21000 Hacienda Boulevard
California City, CA 93505
(760)373-8661

**Prepared by:**
Rust Environment &
Infrastructure
18401 Von Karman
Suite 550
Irvine, California 92612
(714)251-6400

**Project Applicant:**
Corrections Corporation of
America
102 Woodmont Boulevard,
Suite 800
Nashville, Tennessee 37205

**October 1997**

**Rust Environment
& Infrastructure**

# 1.0  INTRODUCTION 

## 1.1  PREFACE

The proposed project involves construction and operation of a new 2,304 bed medium security prison facility located in California City, Kern County, California. The proposed prison would occupy approximately 70 acres of a 320 acre property situated at the terminus of Virginia Boulevard, roughly one-half mile south of Twenty Mule Team Parkway and approximately five miles east of downtown California City. The proposed project will require extension of public utilities to serve the facility, and issuance of a Conditional Use Permit by California City and other necessary agency approvals.

This project is being proposed by Corrections Corporation of America (CCA), the leading private sector provider of detention and correction services to federal, state and local governments in the United States. CCA was founded in 1984, and currently has contracts to operate 62 correctional facilities in several states. CCA's full range of services includes finance, design, construction and management of new or existing facilities, as well as long-distance inmate transportation. CCA's mission is "Quality corrections, at less cost to the taxpayer, in partnership with government."

## 1.2  PURPOSE OF THIS DOCUMENT

This document is prepared as a Supplement to a prior Environmental Impact Report (EIR) (State Clearinghouse No. 93082030) which evaluated the environmental effects resulting from construction and operation of a new State of California Department of Corrections (CDC) prison facility on one of two properties located in California City. One of the properties evaluated in the prior EIR, the Virginia Boulevard site, is being evaluated in this document for construction and operation of a similar, yet less intense prison facility that would be constructed, owned and operated by CCA.

Under California Environmental Quality Act (CEQA) Guidelines (Section 15163), the lead or responsible agency may choose to prepare a Supplement if minor additions or changes in the proposed action have occurred since circulation of a previous EIR. The EIR Supplement need only contain information necessary to make the previous EIR adequate for the currently proposed project. Therefore, the 1994 certified EIR (SCH#93082030) is incorporated by reference into this Supplement in accordance with CEQA Guidelines Section 15150. The Executive Summary of the certified EIR is attached as Appendix A of this Supplement. The entire certified EIR is available for review at the City of California City Planning Department offices located at 21000 Hacienda Blvd. in California City.

Based on the evaluation conducted to complete the Initial Study, and a review of impacts and mitigation measures identified in the prior EIR, the areas for which this Supplement provides revised

or clarified information for the proposed action include:

- Changes to the description of the proposed action.
- Land use and planning.
- Visual considerations.
- Employment, population and housing.
- Public utilities and community services.
- Transportation.
- Air quality.
- Hydrology and drainage.
- Biological resources.
- Cultural resources.



**DRAFT**

The technical reports used in the preparation of this Supplement are attached as appendices. The prior EIR and associated technical appendices are available for review at the City of California City offices noted on the cover of this report.

This EIR Supplement will be used by the City of California City Planning Commission and City Council, and various local, state, and federal responsible agencies during consideration of the proposed project (see Section --- for an overview of the permits/approvals required for the proposed project). The primary purpose of this EIR Supplement is to:

- Identify and evaluate potential environmental consequences of the proposed project.
- Indicate the manner in which those consequences can be mitigated or avoided.
- Identify and analyze alternatives that may reduce or eliminate potentially significant environmental impacts associated with the proposed project.
- Identify any impacts, that even with mitigation measures would be unavoidable.
- Provide, or refer to, documentation supporting these determinations.

## 1.3    PROJECT OBJECTIVES

In planning the California City prison facility, and in accordance with section 15124(b) of CEQA Guidelines, CCA identified the following objectives:

- Provide a secure prison facility to serve the inmate incarceration needs of government correctional agencies.

- Provide a cost effective alternative to publicly funded construction and operation of prisons.

- Provide opportunities for academic education, vocational training, and specialized treatment for inmates as required by contracting agencies.

- Provide excellent long term employment and career opportunities for surrounding communities.

## 1.4    PROJECT BACKGROUND

In August 1994, the CDC certified a Final EIR which addressed a new 2,200 bed prison or up to a 4,400 bed prison complex, and an associated waste water treatment facility located on one of two sites in California City. Prior to EIR certification, a 30-day Notice of Preparation was distributed, and a public scoping meeting was held to encourage public participation in that environmental review process. The Draft EIR, which provided an extensive evaluation of potential environmental impacts resulting from the proposed projects, was distributed for a 45-day public review period. Following the close of the review period, CDC held a subsequent public hearing to obtain verbal comments on the Draft EIR. The Final EIR was certified by CDC after additional technical studies were conducted, and responses were prepared to all comments received during the public review process.

The first of the two alternative prison sites evaluated in the prior EIR is referred to as the Randsburg-Mojave site. This property, which is located north of Randsburg-Mojave Road and comprised of 1,780 acres, was evaluated for construction and operation of up to a 4,400 bed prison to accommodate up to 8,360 inmates. The second site, referred to as the Virginia Boulevard site, is a 480 acre property located south of Twenty Mule Team Parkway at the terminus of Virginia Boulevard. The Virginia site was evaluated for operation of a 2,200 bed prison to accommodate up to 4,180 inmates. A CDC prison facility on either property would have included a 160-acre waste water treatment facility. Due to funding constraints, the State of California did not proceed with construction or operation of a prison on either of the sites evaluated.

Since certification of the prior EIR, CCA has submitted a proposal to the City of California City to construct and operate a medium security prison facility on the Virginia Boulevard site. This facility would be connected to municipal water, sewer, electricity and gas services. The proposed action includes a 2,304 bed prison on the 320 acre parcel described herein. The 160 acre parcel previously evaluated for a wastewater treatment plant is not a part of the proposed CCA prison. Similarly, the Randsburg-Mojave site evaluated in the prior EIR is not a part of the CCA proposed prison.

To respond to potential environmental effects of the proposed action addressed in the EIR certified by CDC which may require updating or clarification, California City, as the new lead agency for the project, has determined that a Supplement to the prior EIR should be prepared. As noted above, this Supplement provides additional analysis/clarification of various issues, and provides an opportunity for public review and comment. The City of California City issued a Notice of Preparation (NOP) for an EIR Supplement for the proposed action on September 11, 1997. A copy of this NOP, the Initial Study, and Responses to the NOP are included in Appendix B.

## 1.5    SUPPLEMENT FORMAT

**DRAFT**

The contents of this Supplement are arranged in a format similar to the prior EIR to assist in cross referencing the two documents. Only revised and/or clarified information is addressed in this Supplement. Unless otherwise addressed in this Supplement, the information included in the prior EIR remains unchanged. The remainder of the Supplement is organized in the following sections:

- **2.0 - Executive Summary** - This section summarizes the proposed action, related environmental impacts, identified mitigation measures, cumulative impacts, and alternatives to the proposed action.

- **3.0 - Project Description** - This section describes the prison facility proposed by CCA, including the property location and setting, site improvements and neccessary infrastructure extensions.

- **4.0 - Environmental Setting, Revised/Clarified Impacts, and Mitigation Measures** - This section discusses the current environmental condition of the site and vicinity, and describes the revised or clarified potential impacts resulting from implementation of the proposed action, and evaluates the significance of these impacts. Revised or additional mitigation measures that would reduce or avoid environmental effects are identified.

- **5.0 - Cumulative Impacts** - This section includes additional information on potential cumulative impacts from the proposed action and other projects in the region.

- **6.0 - Alternatives to the Proposed Action** - This section will describe alternatives potentially capable of eliminating or reducing significant environmental effects associated with the proposed action. This section will also address a maximum prison development (4,180 bed facility) scenario for the project site, consistent with the information presented in the prior EIR.

- **7.0 - Persons and Organizations Consulted** - This section provides a list of individuals and organizations that contributed data of concerns in this EIR Supplement. Persons or organizations who contributed to the preparation of this EIR Supplement are also identified.

- **8.0 - References** - A list of references used in the preparation of this Supplement is included in this section.

- **Appendices** - The following appendices to the EIR Supplement are included:
  - **Appendix A** - Notice of Preparation, Initial Study, and Responses to the NOP
  - **Appendix B** - Executive Summary From Prior EIR
  - **Appendix C** - Updated Traffic Study
  - **Appendix D** - Biological Resources Survey
  - **Appendix E** - Cultural Resources Survey

# DRAFT

## 2.0 EXECUTIVE SUMMARY

TO BE COMPILED FOLLOWING INITIAL REVIEW OF ADMINISTRATIVE DRAFT AND
PRIOR TO DISTRIBUTION OF SUPPLEMENT FOR PUBLIC REVIEW

# DRAFT

## 3.0 PROJECT DESCRIPTION

# DRAFT

### 3.1 PROJECT LOCATION AND SETTING

As shown in Figure 1, the 320 acre project site is located in the City of California City, Kern County California, approximately 0.5 miles south of Twenty Mule Team Parkway, at the terminus of Virginia Boulevard. The site is situated at an elevation of roughly 2,555 feet above mean sea level, approximately 5 miles east of downtown California City. The property and vicinity is comprised of vacant undeveloped desert land, characterized by creosote bush and scrub vegetation. The site is not currently served directly by any public utilities. The subject property nor any of the surrounding parcels within 0.5 miles contain any significant structural improvements. For more detailed information on the regional setting refer to the 1994 EIR.

### 3.2 FACILITY DESCRIPTION

The currently proposed action is a private venture by Corrections Corporation of America (CCA) to design, construct and operate a 2,304 bed medium security prison facility on approximately 70 acres of the 320 acre Virginia Boulevard site previously evaluated by CDC for a prison in EIR 93082030. Unlike the previous proposal, the CCA proposed facility will only accommodate 2,304 inmates, the intended capacity of the prison. This facility will be designed to meet American Correctional Association standards and is intended to accommodate inmates from the State of California. A conceptual site plan of the prison is shown in Figure 2. This site plan will be finalized in accordance with all applicable State and local codes and regulations.

The primary elements of the proposed prison will include the following:

- An administration building comprised of offices for the prison management, support staff and correctional officers. This building will also include space for medical response facilities, central kitchen and dining area, chapel, housekeeping, facility maintenance, inmate educational facilities, and visitation. The administration building will also be equipped with a fenced service yard for the storage of inmate transfer and security vehicles.

- Secure inmate housing buildings, constructed of precast concrete panels, would be connected to the administration building by twelve-foot wide precast concrete corridors. Inmate housing units would be equipped with staff and inmate support facilities, including programmatic meeting areas, restrooms and a commissary. Secure inmate housing units would be comprised of double occupancy cells.

- A gymnasium building that would include indoor sports and exercise areas, classrooms, and vocational areas would also be linked by a precast concrete corridor to the administration building.

- An armory, containing weapons and riot gear would be located in a secure building, detached

from the main prison building. CCA correctional officers do not carry any weapons as part of normal operations.

- An outdoor recreation and exercise area would be centrally located, near the inmate housing buildings and the administration building.

- All of the improvements described above will be situated within a perimeter compound security system that will include two rows of chain link fencing equipped with razor wire along the top and bottom of each fence. The facility would also be equipped with a motion detection system, and nighttime security lights on thirty-foot tall posts. To facilitate security patrols, an asphalt paved perimeter road would encompass the exterior of the entire fenced prison compound.

- Site improvements located external to the fenced and secured prison facility would include, an asphalt paved parking lot to accommodate approximately 216 employee and visitor vehicles. An asphalt paved, two lane road would provide access to the parking lot and prison. Petroleum powered generators would be installed to provide electricity to the facility in the event of a power failure.

## 3.3   FACILITY CONSTRUCTION

The construction of the proposed facility is projected to involve a total of 250 employees over a 15 - 18 month period. It is anticipated that within this construction period, there would be a peak activity period, where the number of employees would increase to about 350. This peak would last about three months. Based on the contractor's experience and the remote location of the site, it is estimated that 30% of the construction employees would carpool to the site.

## 3.4   FACILITY OPERATIONS

**DRAFT**

Operating at full capacity, the proposed CCA prison would employ approximately 640 staff during three correctional officer shifts seven days per week, and one administrative staff shift five days per week. Staff distribution per eight hour shift would be as follows:

- The first shift of 180 correctional officers would begin at 6:00 AM.
- The second shift of 180 correctional officers would begin at 2:00 PM.
- The third shift of 180 correctional officers would begin at 10:00 PM.
- The administrative staff shift of 100 people would begin at 8:00 AM.

As part of standard prison operations, inmates would be transported to and from the proposed prison on a weekly, or more frequent basis, as required by the contracting agencies supplying inmates for the proposed prison. Educational and vocational programs for inmates would be implemented by CCA staff to meet the needs of individual inmates and as specified by the requirements of the contracting agencies.

## 3.5    PUBLIC UTILITIES IMPROVEMENTS

The proposed prison would require the extension of electricity, water, natural gas and sewer utilities to the property. Water and electricity lines would be extended from existing utilities located along Twenty Mule Team Parkway. A water line providing service to the site would be placed underground within the Virginia Boulevard right-of-way. Electricity will likely be provided by an overhead extension along the east side of Virginia Boulevard. Natural gas lines would be extended from existing gas utilities located approximately four miles west of the prison site, near the intersection of Randsburg-Mojave Road and Hooker Street. Extension of electricity, water and natural gas as described above were also required for the previously proposed CDC prison, and the associated environmental impacts of these utility extensions were evaluated in the prior EIR.

Sewer service to the proposed prison would be provided by constructing an underground sewer line extension from the existing California City treatment facilities located approximately four and one-half miles west of the prison site. This extension, which would be located primarily within public street right-of-ways, would be designed and constructed in accordance with the rules and regulations of the City of California City. In contrast, the CDC proposal addressed in the 1994 EIR designated a 160-acre parcel adjacent to the prison for an on-site waste water treatment facility.

A complete discussion of the status of the public utilities and services in the vicinity, and the environmental impacts associated with implementation of the proposed prison are discussed in Section 4.4 of this Supplement.

**DRAFT**



N.T.S.

SITE

VICINITY

KERN COUNTY

DRAFT

Source: U.S.G.S. Map 7.5' Quadrangle, Galileo Hill, California

LOCATION

RUST
Rust Environment & Infrastructure Inc.

CORRECTIONS CORPORATION OF AMERICA
PRISON FACILITY

SITE VICINITY/LOCATION

FIGURE
1



Reference: DLR GROUP ARCHITECTS AND ENGINEERS

| RUST | CORRECTIONS CORPORATION OF AMERICA | FIGURE |
| --- | --- | --- |
| Rust Environment & Infrastructure Inc. | PRISON FACILITY | 2 |
| | CONCEPTUAL SITE PLAN | |

OCT 10 '97  12:03PM RUST ENV INFRA

DRAFT

P.12

25155

CUP 98-02

## RESOLUTION NO. 11-98-02

**A RESOLUTION OF THE PLANNING COMMISSION OF THE CITY OF CALIFORNIA CITY MODIFYING CONDITIONAL USE PERMIT 97-01 AS IT RELATES TO THE PROPOSED 512-BED EXPANSION AT CORRECTIONS CORPORATION OF AMERICA'S CALIFORNIA CITY CORRECTIONAL CENTER (CONDITIONAL USE PERMIT-- AMENDMENT 98-02)**

**BE IT RESOLVED BY THE PLANNING COMMISSION OF THE CITY OF CALIFORNIA CITY** as follows:

**Section 1.    Scope**

The City granted a Conditional Use Permit 97-01 to Corrections Corporation of America (CCA) to operate a 2,304-bed Correctional Center at 22844 Virginia Boulevard.  The permittee filed an application to expand the permitted use by 512 beds.  This resolution sets forth the Commission's decision on the application.

**Section 2.    Findings**

The Commission finds as follows:

(a)    Operation of a prison facility is in accordance with the general plan and the objectives of the Zoning Regulations;

(b)    Facility complies with the applicable provisions of the Municipal Code; and

(c)    A Mitigated Negative Declaration for the proposal will satisfy California Environmental Quality Act (CEQA).

**Section 3.    Conditions**

The application to amend Conditional Use Permit No. 97-01 is approved subject to the following conditions:

(a)    Buildings must be connected to electricity, water, sewer, natural gas, telephone and cable television;

(b)    Site Plan Review for the project will be to the satisfaction of the City Engineer and in accordance with the Municipal Code; and

(c)    Other provisions of the Municipal Code shall be followed.

**Section 4.    Other**

Except as provided herein, Conditional Use Permit No. 97-01 is hereby affirmed.

**PASSED, APPROVED AND ADOPTED** on ___November 24___, 1998, by the following votes:

AYES:        4

NOES:        –0–

ABSENT:      –0–

ABSTAIN:     1

_Robert L. Tryon_
Chair

ATTEST:

_Ronna Greene_
Secretary

(SEAL)