# EXHIBIT C



**Planning Department**
21000 Hacienda Blvd.
California City, CA 93505
Phone: (760) 373-7141
planning@californiacity-ca.gov

**Project No.**

_____
Provided by City

# SITE PLAN REVIEW (SPR) MINOR APPLICATION
*(Existing Building/Business/Ownership)*

1. **Applicant Information**

**Applicant/Representative's Name:** Marcelo Ariola

**Mailing Address:** 5501 Virginia Way, Suite 110, Brentwood, TN 37027

**Phone Number:** 615-445-9163

**Email Address:** CalCityInvoices@CoreCivic.com

**Business/Company Name:** CoreCivic, Inc.

**Property Address / APN:** 22844 Virginia Blvd., California City, CA 93505

**Zoning Designation:** Classification A, Type Major, Code CAC, O/RA

2. **Acknowledgements**

I, the undersigned, understand that any permit issued pursuant to this application does not grant any right or privilege to use any building or land contrary to the provisions of the City of California City Municipal Code. I hereby certify that the information provided in this application is, to the best of my knowledge, true and correct.

**Applicant or Legal Agent (Print):** Marcelo Ariola, VP Real Estate

**Signature:** *Marcelo Ariola*

**Date:** 08-22-25

3. **Property Owner Authorization**

I certify that I am the legal property owner and authorize this application. I further certify that the information provided herein is true and correct to the best of my knowledge.

**Property Owner (Print):** Marcelo Ariola for CoreCivic, Inc.

**Signature:** *Marcelo Ariola*

**Date:** 08/22/2025

**Owner Mailing Address:** 5501 Virginia Way, Suite 110

**City:** Nashville   **State:** TN   **Zip:** 37027

**Phone Number:** 615-445-9163

**Email Address:** Marcelo.Ariola@CoreCivic.com

### FOR DEPARTMENTAL USE ONLY

Fees: *(Refer to the Master Fee Schedule)*

- ☐ $ _____250.00_____, Planning SPR Application Fee *(mandatory)* **GL 10-3218**
- ☐ $ _____90.00_____, Fire Department Inspection *(mandatory)* **GL 19-3641**
- ☐ $ _____150.00_____, Building Inspection Fee *(mandatory)*
- ☐ $ _____, Other

    $ _____, **Total Fee Collected**

Application complete:
☐ Date: _____ Staff Member _____

<span style="color:red">Processing: In order to expedite this Site Plan Application and eliminate unnecessary delays, Planning staff will not accept this application unless all requirements have been met, the application form has been signed and dated, and fees have been paid.

*****In the event of errors or omissions are discovered, the application will be deemed incomplete and will be returned to the applicant for revision. ******</span>

# SITE PLAN REVIEW (SPR) MINOR CHECKLIST
*(Existing Building/Business/Ownership)*

*All items below must be submitted for the application to be considered complete.*
**Attach this checklist with application and cross out or tick the items submitted.**

### A: Application Documents

1. ☐ **Completed Application Form (Signed by Applicant and Property Owner).**
2. ☐ **Current Lease Agreement or Proof of Property Control.**
3. ☐ **Copy of Business License (or Pending Application).**
4. ☐ **Aerial Photo** showing the project site and surrounding properties.
5. ☐ **Vicinity Map**
6. ☐ **Parking Summary:**
    - Total Parking Spaces: _____
    - ADA Accessible Spaces: _____
    - Bicycle Parking (if required): _____
7. ☐ **Distance from Nearest Functional Fire Hydrant:** _____ ft. (Include location map or photograph.)
8. ☐ **Business Plan** (include intended use, operating hours, and safety measures).
9. ☐ **Building Floor Plans and Site Plan Drawings (to scale).**
10. ☐ **Utility Connection Plan** (Water, Sewer, Electrical, Gas).
11. ☐ **Trash Enclosure Location and Design Details.**

### B: Photographic Documents

1. ☐ **Photos of Existing Trash Enclosure / Trash Bins.**
2. ☐ **Exterior & Interior Photos of the Building:**
    - North, South, East, and West elevations.
3. ☐ **Photos of Nearby Fire Hydrants (Front & Top view).**

### C: Additional Documents

1. ☐ **Landscape Plan** (if new or modified landscaping is proposed).
2. ☐ **Lighting and Security Plan** (If modified)
3. ☐ **Signage Plan** (if modified – separate Sign Permit application is required).
4. ☐ **Accessibility Compliance Statement** (ADA) (Contact Building Department at 760-373-7152)
5. ☐ **Noise Impact Details** (if applicable)
6. ☐ **Hazardous Material Handling Plan** (if applicable)

### D: Inspections & Other Required Actions

1. ☐ **Kern County Health Department Approval** (Contact directly at 661-862-8791, if applicable).
2. ☐ **City Building Inspection Mandatory**, **$150 Fee** (Schedule at at 760-373-7152).

3. ☐ **City Fire Inspection (Mandatory, $90 Fee)** – Schedule at 760-373-4841.
4. ☐ **Apply for City Business License** – City Clerk's Office at 760-373-7140.
5. ☐ **Apply for City Sign Permit** – 760-373-7152.

---

## Processing Notice

Planning Staff will not accept incomplete applications. Submittal of this checklist with all applicable items checked and attached is required for processing. Applications deemed incomplete will be returned without processing.

**Business License Application**
City of California City
21000 Hacienda Blvd
California City, CA  93505
cityclerk@californiacity-ca.gov
760-373-7140

License # _____
Approved by _____
Processed by_____
Processed On _____

Name of Business _____

Business Owner(s) Name _____

Business Address _____

Mailing Address _____

Business Phone # _____

Email Address _____

Nature of Business _____

Planned Business Begin Date _____

Have you had a license for this business in the past?      Yes            No

Do you own or rent the space        Own        Rent (If rent, building owner/landlord

Will the business have Annual Gross Income of $10.000 or more?            Yes          No

Business Emergency Contact:  Name _____     Phone Number _____

**State/County Licensing Information:**

Seller's Permit # _____

ABC License # _____
(Required for Alcohol & Liquor Sales)

Health Certificate # _____
(Required for Food Services – attach copy)

**Contractors:**
State License # _____       Expiration Date _____
State License Type
(Required for Contractors)

**Commercial Business & Fire Life Safety Inspection for Local Businesses:**
Inspection Date      Required Annually

See the California City Master Fee Schedule on our website.  **Click here for cost of fees.**

By signing below, I certify under penalty of perjury that the foregoing information is true and correct.  I agree to all of the terms of the City of California City business license requirements.  I comply with the relevant state and county license requirements for my business and am aware that the City of California City business license does not cover state and county license requirements for my business.

Signature _____       Date _____

Printed Name _____

*California City Correctional Facility*
California City, CA

    **Facility:**    California City Correctional Facility
    **Location:**  California City, CA
    **Opened:**    1999
    **Owned By:** CoreCivic


The California City Correctional Facility is owned and operated by CoreCivic. The facility will be operating twenty-four hours a day, three hundred and sixty-five days a year, under an initial contract with the United States Marshals Service. We expect the facility to operate in the same manner it has since it was constructed in 1999.

**Facility Description:**

California City Correctional Facility is located in California City, California in Kern County, California. It is a 2,560 bed facility designed and built by CoreCivic and began operation in December 1999.

Capacity: 2,560
Cells or Dorms: Cells
Number of Units: 10
Campus style or all under one roof: Campus Style
Dining Hall: 2 Dining Halls
Number of recreation yards and gymnasiums: 11 Recreation Yards, 2 Gymnasiums
Medical Space: Yes
Programs Space: Yes
Visitation Space: Yes
Square Footage: Approximately 522,363

The facility's physical plant covers approximately 522,363 square feet and is fully monitored for security and fire. In all areas there are heating, ventilation and air conditioning systems.

Each cell provides access to toilets, wash basins with hot and cold running water, above-floor sleeping surfaces, clothes hooks, writing surfaces, seating, natural lighting and storage space for personal belongings. Showers are thermostatically controlled, providing hot and cold water. Adjacent to the sleeping area is a central dayroom that contains tables, chairs, televisions and telephones.

There is a centrally located library along with multipurpose rooms outside the housing units for counseling, leisure-time activities, programs, etc. There is also an administrative area that includes space for staff, conference room, employee lounge and locker rooms.

The facility has a full-size facility kitchen equipped with appliances including a walk-in freezer, cooler, food warehouse and dry storage. The facility has a centrally located health services area in the main facility with space for waiting, examination, treatment, dentistry, nurse's station, pharmacy, medical staff offices and medical segregation/observation cells.