**EXHIBIT 3**

**EXHIBIT 3**

STRUCK LOVE ACEDO, PLC
Daniel P. Struck, Bar #012377
Dana M. Keene, Bar #324993
Shannon L. Knorr, Bar #300399
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
sknorr@strucklove.com

Nicholas H. Rasmussen, Bar #285736
Nancy Flores-Castaneda, Bar #357148
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & SMITH, LLP
7647 North Fresno Street
Fresno, CA  93720
Tel:  (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com
nancy.flores-castaneda@mccormickbarstow.com

Attorneys for Respondent-Defendant
CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dignity Not Detention Coalition and JOHN DOE, | Case No. 1:25-cv-01292-KES-CDB |
| Petitioners and Plaintiffs, | **DECLARATION OF JOHN MALLOY** |
| v. | U.S. District Judge: Kirk E. Sherriff |
| City of California City and CoreCivic, Inc., | U.S. Magistrate Judge: Christopher D. Baker |
| Respondents and Defendants. | |
| CORECIVIC, INC., | |
| Real Party in Interest. | |

I, John Malloy, state the following based upon my personal knowledge.

1.      I am over the age of 18 and am competent to testify to the matters set forth in this Declaration.

- 1 -

2.       I have been employed by CoreCivic[1] since November 2008, when I was hired as Senior Director, Partnership Development with responsibility for managing CoreCivic's relationships with the states of California, Arizona and Oklahoma, relating to each of those states' respective correctional services agreements with CoreCivic. For the past seven years, I have held the position of Managing Director, Government Relations with a primary focus on CoreCivic's relationships with its local governmental partners.

3.       The facts set forth are based on my personal knowledge and/or information and knowledge gained in my capacity as a corporate representative of CoreCivic, including information obtained through discussions with other CoreCivic employees and my review of CoreCivic's corporate records.

4.       The California City Correctional Facility ("the facility") is located at 22844 Virginia Boulevard, California City.[2]

5.       CoreCivic constructed the facility in the late 1990s and began operating it in 2000 under a contract with the Federal Bureau of Prisons.

6.       In September 2010, the City of California City entered into a 15-year Intergovernmental Service Agreement ("IGSA") with the United States Department of Justice, Office of the Federal Detention Trustee to provide an estimated 2,532 federal beds for use by the United States Marshals Service, Bureau of Prisoners, and Immigration and Customs Enforcement, with CoreCivic to be the service provider for those agencies at the facility. Attachment A is a true and correct copy of IGSA ODT-10-0002, which is maintained as a business record of CoreCivic, and reflects the estimated total number of federal beds on page 1.

7.       Due to the opening of other facilities and declining population levels at the facility, as well as an acute need by the State of California to reduce overcrowding in its

---

[1] Prior to November 2016, CoreCivic was known as Corrections Corporation of America.

[2] The facility has also been variously known at times as the California City Correctional Center, the California City Immigration Processing Center, and the California City Detention Facility.

- 2 -

DECLARATION OF JOHN MALLOY                                    CASE NO. 1:25-CV-01292-KES-CDB

facilities, in 2013, the OFDT authorized CoreCivic to pursue the leasing of the entire facility to the California Department of Rehabilitation and Corrections ("CDCR").

8.    In 2013, CoreCivic entered into a Lease Agreement with CDCR for the use of the 2,560-bed facility. That lease agreement was subsequently extended several times until it terminated in 2024.

9.    Although the facility was not used for federal detention between December 2013 and April 2024, neither the City of California City nor the United States cancelled Agreement ODT-10-0002, and it remained in effect until it terminated in September 2025.

10.    Once CoreCivic entered into a letter agreement with ICE in April 2025 and began planning to fully restaff the facility to comply with ICE's requirements, I began to have communications with various City representatives relating to the contract.

11.    In early June 2025, City Manager Christopher Lopez requested that we provide tours of the facility for the Mayor, City Council, and various members of the City's Management Team, which I facilitated on June 17, 2025.

12.    At the end of July 2025, I was provided an email from then Director of Public Safety, Justin Vincent, in which he was complimentary of the fire life safety inspection he and Deputy Fire Marshal Hightower conducted. Dr. Vincent noted that there were "just three areas" which needed to be addressed prior to "his final inspection and sign-off for the facility." Those issues were limited to: 1) installing "704 placards" which indicate to first responders the location of potentially hazardous materials; 2) placement of keys which first responders may use to access the secure perimeter of the facility in the Knox box; and 3) ensuring that City of California City fire and police department radio communications are possible throughout all locations of the facility. Attachment B is a true and correct copy of my email forwarding Dr. Vincent's report to City Manager Lopez on July 29, 2025, and is a business record of CoreCivic.

13.    On July 29, 2025, I received a memorandum from City Manager Lopez regarding the California City Fire Department Inspection. Attachment C is a true and correct copy of this memorandum. In it, the issues raised by the City are limited to the radio issues

1    of which I was aware, as well as financial concerns of the City related to potentially

2    increased demand for police, fire, and EMS response due to any calls for service to the

3    facility.

4        14.    At Dr. Vincent's suggestion, CoreCivic engaged with the City's

5    recommended contractor, Roger Goodman, to address the radio communications issue. He

6    conducted tests with the City's fire department radios on July 30, 2025 and noted that "the

7    signal is very strong inside the facility." Mr. Goodman confirmed that radio

8    communications were also available with Kern County Communications on existing

9    channels. As a temporary solution, he recommended that first responders change to Kern

10    County channel 5 until a bi-directional amplifier was installed at the facility. Attachment D

11    is a true and correct copy of my July 31, 2025 email to City Manager Lopez forwarding the

12    results of the radio test and is a business record of CoreCivic.

13        15.    In response to follow-up correspondence from the City Manager, Dr. Vincent

14    sent another message on July 31, 2025 noting that once the temporary solution of changing

15    channels in response to public safety call for service at the facility was confirmed to be

16    effective for all fire, police, and ambulance services, he would approve that resolution for

17    90 days, with the requirement that a permanent solution be provided so that first responders

18    do not have to switch radio channels at the prison when responding to a call for service in

19    the future. He concluded that "the only item from our safety inspection still pending is the

20    communications issue" but directed CoreCivic to remove staff from the facility until the

21    temporary solutions had been confirmed effective for all first responders. Attachment E is

22    a true and correct copy of the email thread containing Dr. Vincent's email response to the

23    City Manager, on which I was copied, as well as my reply, and is a business record of

24    CoreCivic.

25        16.    That same day, I replied that CoreCivic has had productive conversations

26    regarding the need for full dispatch capabilities and expected work to be completed in the

27    very near future. See Attachment E.

28

- 4 -

17.    To effect the temporary radio communications solution, CoreCivic purchased a repeater trailer to boost the radio signal at the facility to Kern County dispatch. On August 5, 2025, I provided notification that permission had been obtained from Kern County for use of the repeater and provided the license authorization to the City Attorney, City Manager, and Dr. Vincent. Attachment F is a true and correct copy of the City Attorney's confirmation of receipt of my message and is a business record of CoreCivic.

18.    The temporary radio solution was tested, and on August 7, 2025, I received confirmation from Deputy Fire Marshal Hightower that the temporary radio system was now working, along with Fire Clearance, and was instructed to "contact city hall to obtain your business license." Attachment G is a true and correct copy of the email and attachment I received, which is a business record of CoreCivic.

19.    On August 7, 2025, I, along with other CoreCivic personnel, had a meeting at the facility with Acting Director of Public Safety, Lt. Hayes, who confirmed he had verified the radio system was fully functional, but stated there were a few outstanding items for CoreCivic to address relating to potential financial impacts to the City should emergency services be required at the facility. Attachment H is a true and correct copy of Lt. Hayes' email, which accurately reflects our conversations on that day and is a business record of CoreCivic.

20.    On August 8, 2025, CoreCivic provided a complete response to the concerns raised in City Manager Lopez's July 29th memorandum. In particular, Daren Swenson, CoreCivic's Senior Vice President and Chief Corrections Officer, confirmed that the radio communications solutions were underway and acknowledged the City's financial concerns. Mr. Swenson confirmed, based upon CoreCivic's considerable experience managing multiple populations for various governmental partners, that the likely need for police response to calls for service is expected to be considerably lower for the ICE population than for prior populations at the facility. Moreover, he noted that since the facility's construction in 1999, there has never been a single instance requiring the California City Fire Department to respond to a call for service at the facility. Finally, Mr. Swenson

- 5 -

explained that the facility's robust medical unit should reduce the need for emergency medical services, but that CoreCivic has contracted with an ambulance service for any emergency medical transports. Mr. Swenson also confirmed CoreCivic's willingness to reimburse the City for any costs related to emergency responses at the facility, whether by police, fire, or EMS. Attachment I is a true and correct copy of this letter, which is a business record of CoreCivic.

21.    In addition, on August 8, 2025, CoreCivic's General Counsel, Cole Carter, sent separate correspondence, confirming that CoreCivic would reimburse actual costs incurred by the City for emergency response, indemnify and defend the City, and provide insurance coverage for the City to avoid placing any unnecessary strain on the City's and its agencies' valuable responses. Attachment J is a true and correct copy of this letter, which is business record of CoreCivic.

22.    On August 13–14, 2025, I was copied on and exchanged multiple emails with the City's Consultant Planner, Anu Doravari, who noted that she was "coordinating with all City departments to ensure compliance," requested that CoreCivic submit an application for a sign permit, and asked for a copy of CoreCivic's response to City Manager Lopez's July 29, 2025 memorandum. Attachment K is a true and correct copy of that email thread, which included my reply providing the requested documents, and is a business record of CoreCivic.

23.    Later on August 14, 2024, I was surprised to receive correspondence from Ms. Doravari stating that she believed SB 29 was applicable to the facility, SB 29 required a Site Plan Review independent of the existing valid Conditional Use Permit for the facility, and that no permit or final project approval would be executed or issued by the City before February 1, 2026.  Attachment L is a true and correct copy of this email and is a business record of CoreCivic.

24.    Notwithstanding Ms. Doravari's representation that no permit would be approved, executed, or issued before February 1, 2026, a few hours later, the City Building Department transmitted the completed sign permit documents and payment receipt.

- 6 -

1  Attachment M is a true and correct copy of the email and attachments received by CoreCivic
2  personnel on August 14, 2025, and is a business record of CoreCivic.

3        25.    I made several requests to City Officials for an explanation as to why a new
4  Site Plan Review is required for the facility when CoreCivic is not making any substantive
5  alterations to the property or its use. Since 1999, CoreCivic has maintained the facility and
6  operated it in conjunction with its government partners, including the United States (to
7  house BOP inmates), the City of California City (to house ICE and USMS detainees), and
8  the State of California (to house CDCR inmates). During each of those prior transitions, the
9  City did not request or require any Site Plan Review, despite changes in the identity of the
10  government entity whose inmates or detainees were housed at the facility.

11        I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
12  TRUE AND CORRECT.

13        Executed on October 27, 2025.

14  John Malloy (Oct 27, 2025 17:02:55 CDT)

15  John Malloy

16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTACHMENT A**

**ATTACHMENT A**

| 1. Agreement Number<br>ODT-10-0002 | 2. Effective Date<br>See Block 19. | 3. Facility Code(s) | 4. DUNS Number<br>159734151 |
|---|---|---|---|
| 5. Issuing Federal Agency<br>U.S. Department of Justice<br>Office of the Federal Detention Trustee<br>4601 N. Fairfax Drive, Suite 910<br>Arlington, Virginia 20530 | | 6. Local Government<br>California City<br>21000 Hacienda Ave<br>California City, California 93505<br><br>TAX ID# 62-1806755 | |
| 7. Appropriation Data | | 8. Local Contact Person<br>Tom Weil, City Manager<br><br>9. Tel:     (760) 373-7170<br>   Fax:    (760) 373-7532<br>   Email: citymgr@californiacity.com | |

| **Services** | | **Number of Federal Beds** | **Per-Diem Rate** |
|---|---|---|---|
| 10. This agreement is for the housing, safekeeping, and subsistence of federal prisoners, in accordance with content set forth herein. | | 11.<br><br>Male: 2,276 Female: 256<br><br>(Estimated Federal Beds) | 12.<br><br>See Page #18 |
| 13. Optional Guard/Transportation Services:<br><br>☒ Medical Services<br><br>☒ U.S. Courthouse | | 14.<br><br>Guard Hour Rate: $53.03<br><br>Mileage shall be reimbursed by the Federal Government at the GSA Federal Travel Regulation Mileage Rate. | |

| 15. Local Government Certification<br><br>To the best of my knowledge and belief, information submitted in support of this agreement is true and correct, this document has been duly authorized by the governing of the Department or Agency and the Department or Agency will comply with all provisions set forth herein. | | 16. Signature of Person Authorized to Sign (Local)<br><br>_Signature_<br><br>Tom Weil<br>Name<br><br>City Manager, California City          07/21/10<br>Title                                                        Date |
|---|---|---|

| 17.Prisoner and Detainee Type Authorized | 18. Other Authorized Agency User | 19. Signature of Person Authorized to Sign (Federal)<br><br>_Signature_<br><br>Scott P. Stermer<br>Name<br><br>Assistant Trustee for Procurement, OFDT   9/23/10<br>Title                                                              Date |
|---|---|---|
| ☒ Adult Male | ☒ BOP | |
| ☒ Adult Female | ☒ ICE | |
| ☐ Juvenile Male | | |
| ☐ Juvenile Female | | |
| ☐ ICE Detainees | | |

Page **1** of **21**

A.1     Background..................................................................................................................3
A.2     Services Required ......................................................................................................3
    A.2.1     Standard Receiving and Discharge of Prisoners/Detainees ...........................4
    A.2.2     Records Management.......................................................................................5
    A.2.3     Indemnification ...............................................................................................5
    A.2.4     Transportation .................................................................................................5
    A.2.5     Medical Services .............................................................................................7
    A.2.5a     Prisoner Rape Elimination Act (PREA) .....................................................8
    A.2.6     Contacts and Incident Reporting .....................................................................8
    A.2.7     Detainee Work Program ..................................................................................9
A.3     Quality Control Management ...................................................................................10
A.4     Quality Assurance....................................................................................................10
    A.4.1     Inspection Clause ..........................................................................................11
A.5     Performance Reviews ..............................................................................................12
A.6     Performance Ratings................................................................................................12
A.7     Performance Matrix .................................................................................................13
A.8     Contact for Agreement Administration ....................................................................17
A.9     Financial Provisions.................................................................................................17
    A.9.1     Service Contract Act .....................................................................................17
    A.9.2     Price Schedule ...............................................................................................18
    A.9.3     Invoice and Payment .....................................................................................18
A.10     Modification and Disputes .....................................................................................19
A.11     Termination.............................................................................................................19
A.12     Litigation.................................................................................................................20
Prisoner Rape Elimination Act Reporting Information ...................................................21

## A.1    Background

Federal detention is a large component of criminal and immigration case processing by
the U.S. Marshals Service (USMS) and, U.S. Immigration and Customs Enforcement
(ICE), Department of Homeland Security (DHS).  Law enforcement initiatives and
increases in illegal immigration to the United States have created a complex detention
program that the Department of Justice (DOJ) must effectively manage with available
detention resources or acquire additional resources to meet increasing demands.

In response to the increasing concern regarding federal detention, the Office of the
Federal Detention Trustee (OFDT) was established by a Congressional directive to
exercise all power and functions authorized by law relating to the detention of federal
prisoners and illegal aliens.  Accordingly, OFDT leads the development of DOJ detention
policy and manages federal detention resources to maximize available detention space.

Currently, non-federal detention bed space for federal detainees and prisoners is acquired
through Intergovernmental Agreements (IGAs), where a daily rate is paid to state and
local governments, and facility-specific contracts with private service providers.  The
Department of Justice Appropriations Act for 2001 (Public Law 106-553) is designed to
allow for the use of non-traditional contract vehicles when acquiring detention and other
related services.  This authority states:

*"Sec. 119 - Notwithstanding any other provision of law, including section 4(d) of the
Service Contract Act of 1965 (41 U.S.C. 353(d)), the Attorney General hereafter may
enter into contracts and other agreements, of any reasonable duration, for detention or
incarceration space or facilities, including related services, on any reasonable basis."*

In an effort to operate in the most effective way and receive the maximum benefit of
Section 119 to meet the Government's current and future goals, and acquire additional
resources, OFDT desires to award an Agreement to California City for detention services
at the California City Correctional Center.

## A.2    Services Required

California City will provide, by the terms and conditions identified in this agreement, all
necessary personnel, equipment, materials, supplies, and services for the management of
comprehensive detention services, which include, but are not limited to, security, medical
services, food service, safety, and sanitation.  Additionally, the facility shall have sound
proof rooms to accommodate video conferencing that permit prisoners and their attorneys
to communicate in a secure manner which preserve the confidentiality of the attorney-
client relationship.

These comprehensive detention services shall provide for the safe, secure, and humane
confinement for male and female population principally consisting of prisoners or

detainees charged with federal offenses' and detained while awaiting trial or sentencing. Services are to be provided at the California City.

Performance shall be in accordance with the most current editions of the Federal Performance-Based Detention Standards (FPBDS), Performance-Based Detention Standards for Adult Local Detention Facilities (ALDF), and Standards Supplement. California City shall maintain American Correctional Association (ACA) and Joint Commission on Accreditation of Healthcare Organizations (JCAHO) accreditation throughout the life of the agreement.

All services and programs shall comply with this Performance Work Statement (PWS); the U.S. Constitution; all applicable federal, state, and local laws and regulations; applicable Presidential Executive Orders (E.O.); all applicable case law; and Court Orders and Consent Decrees. Should a conflict exist between any of the aforementioned standards, the most stringent shall apply. When a conflict exists and a conclusion cannot be made as to which standard is more stringent, the Contracting Officer (CO) shall determine the appropriate standard. California City shall comply with DOJ and/or USMS regulation, Congressional mandate, federal law or E.O. and all existing California City polices.

California City will:

- Provide a means for verification of their ACA and JCAHO accreditation.

- Operate in full and complete compliance of the Federal Performance-Based Detention Standards as defined. Those standards are available at http://www.justice.gov/ofdt/major-activities.htm

- Operate in full complete compliance with California laws and regulations.

- California City will ensure that all employees and contractors comply with their policies regarding employment suitability and background clearances and that any violations of California City Standards of Conduct are investigated and adjudicated appropriately and promptly.

### A.2.1 Standard Receiving and Discharge of Prisoners/Detainees

California City agrees to accept federal detainees only upon presentation by a law enforcement officer of the Federal Government with proper agency credentials and shall not relocate a federal detainee from one facility under its control to another without the permission of the Federal Government.

California City shall only release federal prisoners/detainees only to law enforcement officers of the Federal Government agency initially committing the detainee (i.e., DEA, ICE, etc.) or to a Deputy United States Marshal (USM). Those detainees who are

remanded to custody by a USM may only be released to a USM or an agent specified by the USM of the Judicial District.

Federal prisoners detainees sought for a state or local court proceeding must be acquired through a Writ of Habeas Corpus or the Interstate Agreement on Detainers and then only with the concurrence of the Federal Government.

### A.2.2 Records Management

All records related to agreement performance should be retained in a retrievable format for the duration of the agreement. Except as otherwise expressly provided in this PWS, California City shall, upon completion or termination of the resulting agreement, transmit to the Government any records related to performance of the agreement.

### A.2.3 Indemnification

California City shall protect, defend, indemnify, save, and hold harmless the United States Government, the DOJ and its employees or agents, from and against any and all claims, demands, expenses, causes of action, judgments and liability arising out of, or in connection with, any negligent acts or omissions of California City, its agents, sub-contractors, employees, assignees, or any one for whom California City may be responsible. California City shall also be liable for any and all costs, expenses, and attorneys' fees incurred as a result of any such claim, demand, and cause of action, judgment or liability, including those costs, expenses, and attorneys' fees incurred by the United States Government, the DOJ and its employees or agents. California City's liability shall not be limited by any provision or limits of insurance set forth in the resulting agreement.

In awarding this agreement, the Government does not assume any liability to third parties, nor will the Government reimburse California City for its liabilities to third parties, with respect to loss due to death, bodily injury, or damage to property resulting in any way from the performance of the agreement or any subagreement under this agreement.

California City shall be responsible for all litigation, including the cost of litigation brought against it, its employees or agents for alleged acts or omissions. The CO shall be notified in writing of all litigation pertaining to this agreement and be provided copies of any pleadings filed or said litigation within five (5) working days of receipt of service. California City shall cooperate with government legal staff and/or the United States Attorney regarding any requests pertaining to federal or State litigation.

### A.2.4 Transportation

California City is responsible for the movement/transportation of prisoners designated to the institution as requested in writing by the USMS as specified below. Examples of

circumstances requiring prisoner movement/transportation include, but are not limited to: outside medical care; transfer or movement to/from other Government facilities; and airlift sites. California City's transportation procedures shall ensure staff and prisoner security and safety. California City shall utilize restraint equipment identical to the USMS when one-for-one equipment exchange is required (e.g., airlifts).

Transportation and escort guard services will be performed by at least two (2) armed qualified detention or correctional officer personnel under applicable policies, procedures, and practices. California City agrees to augment such practices as may be requested by the USMS to enhance specific requirement for security, prisoner monitoring, visitation, and contraband control.

California City shall establish procedures for the disposition of prisoner/detainee property/funds upon final transfer from the facility. California City shall establish procedures to allow prisoner/detainee one set of clothes that he/she is wearing at time of final transfer from the facility. California City shall ensure that prisoner/detainee transport clothing provided is properly fitted, climatically suitable, durable and presentable. These procedures shall be approved in writing by the USMS.

Specific services, California City agrees, upon request of the USMS in whose custody a prisoner is held, to provide:

1) Transportation and escort guard services for federal prisoners housed at their facility to and from a medical facility for outpatient care *(within per-day rate)*;

2) Transportation and stationary guard services for federal prisoners admitted to a medical facility *(outside per-day rate; paid on a per-hour basis for Guard Service)*;

3) Transportation and escort guard services for federal prisoners/detainees housed at the facility are transported to and from the San Diego Courthouse four times a week *(within per-day rate)*;

4) And, the Justice Prisoner and Alien Transportation (JPATS) airlift site in Victorville, CA *(outside per-day rate; paid on a per-hour basis for Guard Service)*;

5) Transportation and escort guard services for federal prisoners once a week from the California City Correctional Center to the Nevada Southern Detention Center in Pahrump, Nevada *(within per-day rate)*.

### A.2.5 Medical Services

Provide sufficient on-site medical coverage to accomplish the deliverables listed below while containing costs, with an understanding that California City Correctional Center's proximity to other California facilities allows the medical provider to provide certain coverage, care and relief using staff from nearby institutions.

Specifically, the goal is to provide these services on-site:
- Initial (intake) medical screening of new admissions including administration and reading of PPD tests.
- Health appraisals (physicals) within the 14 day requirement after intake.
- 24 hour/ 7 day basic care to respond to emergent situations and distribute medications.
- Sick call Monday through Friday days.
- Chronic care clinics when needed.

California City is financially responsible for all medical treatment provided to federal detainees within the facility. California City shall provide either through its staff or contractors the full range of medical care required within the facility including dental care, mental health care, pharmaceuticals, and record keeping, as necessary to meet the standards of the JCAHO. California City shall not be responsible for the cost of necessary outside medical care or treatment. The USMS shall be responsible for the cost of necessary outside medical care or treatment.

In the event of an emergency, California City shall proceed immediately with necessary medical treatment. In such event, California City shall notify the USMS Contracting Officer's Technical Representative (COTR) immediately regarding the nature of the federal detainee's illness or injury and type of treatment provided.

The facility shall have in place an adequate infectious disease control program, which includes testing all prisoners at the facility for Tuberculosis (TB) as soon as possible upon intake (not to exceed 14 days) and read within 72 hours. TB testing shall be accomplished in accordance with the latest Center for Disease Control (CDC) Guidelines and the results documented on the federal detainee's medical record. California City shall immediately notify the USMS of any cases of suspected or active TB so that any scheduled transports or production can be delayed until a physician verifies the federal detainee's TB status. (Refer to USMS Directive: 9.4 Prisoner Health– Prisoner Airborne Pathogen Control)

When a federal detainee is being transferred and/or released from the facility, he will be provided with seven (7) days of prescription medication which will be dispensed from the detention facility. When possible, generic medications should be prescribed. Medical records must travel with the federal detainee.

If the records are maintained at a medical contractor's facility, it is the detention facility's responsibility to obtain them before a federal detainee is moved.

### A.2.5a Prisoner Rape Elimination Act (PREA)

The facility is required to post the Prisoner Rape Elimination Act (PREA) brochure/bulletin in each housing unit of the facility. All prisoners or detainees have a right to be safe and free from sexual harassment and sexual assaults. The facility shall include the PREA information in their handbooks and orientations at the California City (Refer to Attachment: Prisoner Rape Elimination Act Information).

### A.2.6 Contacts and Incident Reporting

Policy and procedures shall be developed which ensure a positive relationship is maintained with all levels of the federal judiciary. California City's procedures shall ensure a tracking system is established which mandates that all judicial inquiries and program recommendations are responded to in a timely and accurate manner. All judicial inquiries and California City responses, specifically related to a detainee, shall be made part of the detainee's file.

California City shall notify the COTR (with copy to the CO) when a member of the United States Congress or the media requests information or requests to visit the facility. California City shall coordinate all public information related issues with the COTR. All press statements and releases shall be cleared, in advance, with the COTR.

California City, their employees, agents, or sub-contractors shall not release any information regarding the facility population, security level, personal identifiers, or medical issues to anyone outside the USMS without express permission of the CO, COTR, or their designee. Any inquiries regarding any inmate or other matter related to the contract shall immediately be referred to the USMS. California City shall immediately notify the USMS of any incident where they believe information was released by their employee, agent, or sub-contractor related to a USMS' matter. California City shall ensure employees agree to use appropriate disclaimers clearly stating the employees' opinions do not necessarily reflect the position of the DOJ in any public presentations they make or articles they write that relate to any aspect of contract performance or the facility operations.

California City shall immediately report all criminal activity related to the performance of this contract to the USMS, who shall contact the appropriate law enforcement investigative agency. California City shall immediately report all serious incidents to the COTR. Serious incidents include, but are not limited to the following: activation of disturbance control team(s); disturbances (including gang activities, group demonstrations, sexual assault/abuse, food boycotts, work strikes, work place violence, civil disturbances/protests); staff uses of force, assaults on staff/detainees resulting in

injuries that require medical attention (does not include routine medical evaluation after the incident); fires; full or partial lockdown of the facility; escape; any security breaches; weapons discharge; suicide attempts; deaths; hunger strikes; adverse incidents that attract unusual interest or significant publicity; adverse weather; fence damage; power outages; bomb threats; significant environmental problems that impact the facility operations; transportation accidents if a detainee is in the vehicle.

California City shall provide a safe, secure, and humane environment for alleged victims of sexual assaults and detainees undergoing mental health treatment for sexual assault.

The Government may investigate any incident pertaining to performance of this contract. California City shall cooperate with the Government on all such investigations.

## A.2.7 Detainee Work Program

Detainee labor shall be used in accordance with the detainee work plan developed by California City and approved by the USMS. The detainee work plan must be voluntary, and may include work or program assignments for industrial, maintenance, custodial, service or other jobs. The USMS detainees may not be required to work. USMS detainees may volunteer to work within the secure confines of the contract facility if they sign a waiver of their right not to work. USMS detainees with suicidal tendencies, attempted escapes or escape history, violent history, gang affiliations or with retainers for pending charges with other local, state or federal agencies will not be considered for the volunteer program. USMS detainees are not permitted to act as Trustees and they may not work in positions that permit unsupervised contact with segregated prisoners or detainees of the opposite sex. USMS detainees are restricted from operating equipment that may expose the prisoners to grave bodily harm or any work assignment requiring security risk items and controlled tools which could be used to facilitate an escape or used as a weapon that could endanger staff, citizens or other inmates. USMS detainees will not have access to prisoner or employee records. In addition, the State will ensure that detainees who volunteer to work are denied access to prescription medications. USMS detainees must obtain required medical clearances before working in the food service areas. The detainee work program shall not conflict with any other requirements of the contract and must comply with all applicable laws and regulations. Detainees shall not be used to perform the responsibilities or duties of an employee of California City. Appropriate safety/protective clothing and equipment shall be provided to detainee workers as appropriate. Detainees shall not be assigned work that is considered hazardous or dangerous. This includes, but is not limited to, areas or assignments requiring great heights, extreme temperatures, use of toxic substances and unusual physical demands.

Volunteer prisoner/detainee workers can be paid the identical rates of pay as other California City inmates.

USMS prisoner/detainees shall be required to participate in normal housekeeping duties which help ensure the cleanliness of their housing area. Increases and reductions in

privileges may be used as incentives to ensure that USMS' detainees keep their living areas clean (FPBDS Services and Programs Section – G.3 & G.4.).

## A.3    Quality Control Management

California City is responsible for management and quality control actions necessary to meet the quality standards set forth in this agreement. In compliance with the FAR Clause 52.246-4, Inspection of Services-Fixed Price, California City must provide a Quality Control Plan (QCP) to the CO no later than 60 days after award.

The plan must include:

1) A description of the methods to be used for identifying and preventing defects in the quality of service performed;

2) A description of the records to be kept to document inspections and corrective or preventive actions taken;

3) Records of inspection that must be kept and made available to the Contracting Officer, when requested, through the agreement performance period and for the period after agreement completion until final settlement of any claims under this agreement.

## A.4    Quality Assurance

The Government quality assurance (QA) is comprised of the various functions, including inspection, performed by the Government to determine whether a provider has fulfilled its agreement obligations pertaining to quality. The Government's QA program is not a substitute for quality control by the provider.

Each phase of the services rendered under this agreement is subject to Government inspection both during California City's operations and after completion of the tasks. When California City is advised of any unsatisfactory condition(s), California City shall submit a written report to the CO addressing corrective/preventive actions taken. The COTR may check California City's performance and document any non-compliance, but only the CO may take formal action against California City for unsatisfactory performance.

The COTR will be designated subsequent to agreement award and a delegation of COTR duties and authority will be furnished to California City. The Government may reduce California City's invoice or otherwise withhold payment for any individual item of nonconforming service observed as specified in Contractor's Failure to Perform Required Services. The Government may apply various inspection and extrapolation techniques to determine the quality of service and the total payment due.

### A.4.1 Inspection Clause

### Failure to Perform Required Services

The rights of the Government and remedies described in this section are in addition to all other rights and remedies set forth in this solicitation. Specifically, the Government reserves its rights under the Inspection of Services and Termination clauses. Any reductions in the contractor's invoice shall reflect the contract's reduced value resulting from the contractor's failure to perform required services. The contractor shall not be relieved of full performance of the services hereunder and may be terminated for default based upon inadequate performance of services, even if a reduction was previously taken for any inadequate performance.

This agreement incorporates FAR clause 52.246-4 Inspection of Services—Fixed-Price:

INSPECTION OF SERVICES—FIXED-PRICE (AUG 1996)

(a) Definition. "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) If any of the services do not conform to contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by re-performance, the Government may—

   (1) Require the Contractor to take necessary action to ensure that future performance conforms to contract requirements; and

   (2) Reduce the contract price to reflect the reduced value of the services performed.

(f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may—

(1) By contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the performance of such service; or

(2) Terminate the contract for default.

(End of clause)

## A.5    Performance Reviews

In accordance with the Federal Acquisition Regulations (FAR), subpart 37.601 Performance-based Acquisition, the Government must have a method of assessing contractor performance against performance standards. Further, the agreement provides procedures for reductions to the price of a fixed-price agreement when services are not performed or do not meet agreement requirements. This Performance Summary establishes the performance level required by the Government to meet the agreement requirements.

The following methods of surveillance may be used in the assessments of agreement performance:

A) **Systematic**: These reviews will be scheduled inspections focusing on a specific discipline. Assessments may be performed by Government monitors or by other parties designated by the Government.

B) **Ad-Hoc**: These reviews will be conducted as a result of special interests arising from routine monitoring of the contractor's quality control system an unusual occurrence pertaining to the agreement or other Government concerns.

## A.6    Performance Ratings

The service requirements are divided into various disciplines, each of which has a number of key functions. Successful performance of a key function is essential for successful performance of the related discipline. Each discipline comprises a specific percentage of the overall agreement requirement. Reductions in agreement price will be based on these percentages applied to the overall monthly invoice.

At the conclusion of any review, a report will be written and an adjectival rating of contractor performance within each discipline will be assigned. The following rating system will be used:

Excellent: The program conforms to the FPBDS in an exceptional manner and conformance is maintained with exceptional internal controls. Policies and procedures for achieving the program standards are documented and adequate for the mission of the facility; the policies and procedures are communicated to staff; the policies and procedures are fully implemented; and the desired outcome is achieved. Level of performance in the aggregate exceeds the minimum performance standard by substantial margin; deficiencies are nonexistent or extremely minor.

Good: The program conforms to the FPBDS in an acceptable manner. Internal controls limit procedural deficiencies. The facility more than accomplishes the requirements of program standards. Level of performance in the aggregate meets the performance standard: deficiencies are minor and offset by outstanding elements of performance within the review guideline.

Acceptable: The program is meeting the requirements of the FPBDS. There are no breakdowns that would keep the program from continuing to accomplish the mission of the facility. Level of performance in the aggregate meets the performance standards; deficiencies are minor and there are no outstanding elements of performance present within the review guideline.

Deficient: The program is unable to meet the requirements of one or more of the FPBDS. Internal controls are weak, resulting in serious deficiencies in one or more areas. The level of performance in the aggregate fails to meet the performance standards: deficiencies are pervasive.

At-Risk: Operation of the program is impaired to the point that the facility is unable to accomplish its mission. The program is unable to meet the requirements of the FPBDS and is unlikely to meet those requirements in the foreseeable future without substantial corrective action. The level of performance in the aggregate fails to meet the performance standards: deficiencies require immediate corrective actions.

## A.7    Performance Matrix

This Performance Matrix serves to communicate what the Government intends to qualitatively inspect. The matrix identifies:

A.    Each service requirement and the key functions essential to successful performance of each agreement requirement;

B.    Define the minimum performance rating acceptable for each agreement requirement; and

C.   Specify the maximum percentage of total agreement value attributable to each agreement requirement.

---

### Administration and Management

*Objective* - Addresses policy development and monitoring; internal quality control; maintenance of detainee records, funds, and property; admission and orientation procedures; detainee release; and accommodations for the disabled.

**Value: 20%**

**Minimum Successful Performance Rating:   Acceptable**

| FPBDS Section | Standard |
|---|---|
| (A.1) | Policy Development and Monitoring |
| (A.2) (K.1) | Internal Inspections and/or Reviews |
| (A.3) | Detainee Records |
| (A.4) | Admission and Orientation |
| (A.5) (K.2) | Personal Property and Monies |
| (A.6) (K.3) | Detainee Release |
| (A.7) | Accommodations for the Disabled |

### Health Care

*Objective* - Addresses the policies and procedures for administering quality health care by licensed personnel; maintaining accurate health information data; timely health screening, treatment, program intervention and follow-up of all cases; access to routine, acute chronic, and emergency health services, response to medical, mental and dental health needs of detainees; suicide prevention; infectious disease; hunger strikes; and detainee death.

**Value: 15%**

**Minimum Successful Performance Rating:   Acceptable**

| FPBDS Section | Standard |
|---|---|
| (B.1) | Intake Health Screening |
| (B.2) (K.4) | Medical, Dental, and Mental Health Appraisals |
| (B.3) (K.5) | Access to Routine, Acute Chronic, and Emergency Health Services |
| (B.4) | Experimental Research |
| (B.5) | Response to Medical, Mental, and Dental Health Needs |
| (B.6) | Suicide Prevention |
| (B.7) | Detainee Hunger Strikes |
| (B.8) | Detainee Death |
| (B.9) | Informed Consent/Involuntary Treatment |
| (B.10) | Infectious Disease |

### Security and Control

*Objective* - Addresses the issuance of policies and procedures to staff; appropriate use of force; maintenance of daily incident logs; emergency readiness; and detainee accountability and discipline.

**Value: 20%**

**Minimum Successful Performance Rating:   Acceptable**

| FPBDS Section | Standard |
|---|---|
| (C.1)(K.6) | Post Orders |
| (C.2) | Permanent Logs |
| (C.3) (K.7) | Security Features |
| (C.4) (K.8) | Security Inspections and/or reviews |
| (C.5) | Control of Contraband |
| (C.6) | Detainee Searches |
| (C.7) | Detainee Accountability and Supervision |
| (C.8) | Use of Force |
| (C.9) | Non-routine Use of Restraints |
| (C.10) | Tool & Equipment Control |
| (C.11) | Weapons Control |
| (C.12) | Detainee Discipline |
| (C.13) | Supervision for Special Housing |
| (C.14)(K.9) | Contingency/Emergency Plan |

**Food Service**

*Objective* - Address basic sanitation procedures and the adequacy of meals provided to detainees.

**Value: 15%**

**Minimum Successful Performance Rating: Acceptable**

| FPBDS Section | Standard |
|---|---|
| (D.1) (K.10) | Sanitation Requirements |
| (D.2) (K.11) | Ensure Meals are Varied |
| (D.3) | Special Diets |

**Staff and Detainee Communication**

*Objective* - Address opportunities for detainees to communicate with staff; detainee grievance procedures; and the provision of diversity training.

**Value: 5%**

**Minimum Successful Performance Rating: Acceptable**

| FPBDS Section | Standard |
|---|---|
| (E.1) (K.12) | Staff-Detainee Communication |
| (E.2) | Diversity Training |
| (E.3)(K.13) | Detainee Grievances |

**Safety and Sanitation**

*Objective* - Addresses the adequacy of fire safety programs; the control of dangerous materials and/or hazards; air quality, noise levels, and sanitation of the facility; and the cleanliness of clothing and bedding.

**Value: 5%**

**Minimum Successful Performance Rating: Acceptable**

| FPBDS Section | Standard |
|---|---|
| (F.1) | Fire Safety |
| (F.2) | Non-Hazardous Furnishings |

| (F.3) | Control of Dangerous Materials |
|---|---|
| (F.4) | Environmental Control |
| (F.5) (K.14) | Clothing and Bedding |
| (F.6) | Personal Hygiene/Well-being |
| (F.7) (K.15) | Physical Facility and Equipment |

### Services and Programs

*Objective* - Addresses detainee classification; religious practices; work assignments; availability of exercise opportunities; access to legal materials and legal representation; access to a telephone; visitation privileges; and the handling of detainee mail and correspondence.

**Value: 15%**
**Minimum Successful Performance Rating:    Acceptable**

| FPBDS Section | Standard |
|---|---|
| (G.1) (K.16) | Classification, Review, and Housing |
| (G.2) (K.17) | Religious Practices |
| (G.3) | Volunteer Work Assignments |
| (G.4) | Work Assignments and Security |
| (G.5) | Exercise and Out-of-Cell Opportunities |
| (G.6) | Legal Materials |
| (G.7) (K.18) | Legal Representation |
| (G.8) | Telephone Access |
| (G.9) | Visitation Privileges |
| (G.10)(K.19) | Detainee Mail and Correspondence |

### Workforce Integrity

*Objective* - Address the adequacy of the facility's hiring process and background check procedures, and the adequacy of procedures to respond to allegations of staff misconduct.

**Value: 2.5%**
**Minimum Successful Performance Rating:    Acceptable**

| FPBDS Section | Standard |
|---|---|
| (H.1) | Staff Background and Reference Checks |
| (H.2) | Staff Training, Licensing, and Credentialing |
| (H.3) | Staff Misconduct |

### Detainee Discrimination

*Objective* – Address the adequacy of policies and procedures designed to prevent discrimination against detainees based on gender, race, religion, national origin, or disability.

**Value: 2.5%**
**Minimum Successful Performance Rating:    Acceptable**

| FPBDS Section | Standard |
|---|---|
| (I.1) | Discrimination Prevention |

## A.8    Contact for Agreement Administration

California City shall designate a person to serve as the agreement administrator for the requirement. The agreement administrator is responsible for overall compliance with agreement terms and conditions. California City designation of representatives to handle certain functions under this agreement does not relieve the agreement administrator of responsibility for agreement compliance.

| Name | **Tom Weil** |
|------|--------------|
| Title | California City City Manager |
| Address | 21000 Hacienda Avenue<br>California City, California |
| Zip Code | 93505 |
| Telephone | (760) 373-7170 |
| FAX | (760) 373-7532 |
| E-Mail Address | citymgr@californiacity.com |

### A.9    Financial Provisions

### A.9.1   Service Contract Act

This Agreement incorporates the following clause by reference, with the same force and effect as if it was given in full text. Upon request, the full text will be made available. The full text of this provision may be accessed electronically at this address: www.arnet.gov.

Federal Acquisition Regulation Clause(s):

52.222-41 Service Contract Act of 1965, as Amended (July 2005)

52.222-42 Statement of Equivalent Rates for Federal Hires (May 1989)

52.222-43 Fair Labor Standards Act and the Service Contract Act – Price Adjustment (Multiyear and Option Contracts) (May 1989)

The current State of California City, California wage rates shall be the prevailing wages unless notified by the Federal Government.

## A.9.2 Price Schedule

The Federal Government will use various price analysis techniques and procedures to ensure the per-diem rate established by this Agreement is considered a fair and reasonable price. Examples of such techniques include, but are not limited to, the following:

1. Comparison of the requested per-diem rate with the independent government estimate for detention services, otherwise known has the Core Rate;

2. Comparison with per-diem rates at other state or local facilities of similar size and economic conditions;

3. Comparison of previously proposed prices and previous Federal Government and commercial contract prices with current proposed prices for the same or similar items;

4. Evaluation of the provided jail operating expense information;

The firm-fixed per-diem rate for services is $77.50, and shall not be subject to adjustment on the basis of California City actual cost experience in providing the service. The per-diem rate shall be fixed for a period from the effective date of the Agreement forward for 36 months. The per-diem rate covers the support of one federal detainee per "federal detainee day", which shall include the day of arrival, but not the day of departure.

After 36 months, if a rate adjustment is desired, the Local Government shall submit a request through the Electronic Intergovernmental Agreements area of the Detention Services Network (DSNetwork). All information pertaining to the jail on DSNetwork will be required before a new per-diem rate can be considered.

## A.9.3 Invoice and Payment

California City shall prepare and submit for certification and payment, original and separate invoices each month to the USMS Southern District of California. To constitute a proper monthly invoice, the name and address of the facility, the name of each federal detainee, *his* specific dates of confinement, the total days to be paid, the appropriate per diem rate, and the total amount billed (total days multiplied by the rate per day) shall be listed, along with the name, title, complete address and telephone number of the official responsible for invoice preparation. The invoice shall be submitted to the COTR at the address listed below must include:

- Name and address of California City;
- Invoice date and number;
- Agreement number;

- Description, quantity, unit of measure, unit price and extended price of the services provided;
- Terms of any discount for prompt payment offered;
- Name and address of official to whom payment is to be sent;
- Name, title, and phone number of person to notify in event of defective invoice; and
- Taxpayer Identification Number; and
- Electronic funds transfer banking information in accordance with FAR 52.232-33, Payment by Electronic Funds TransferCCentral Contractor Registration.

The invoice shall be sent to:

USMS Southern District of California

Address:     Edward J. Schwartz Courthouse
             U.S. District Court
             Southern District of CA
             940 Front Street
             San Diego, CA 92101-8900

The Government will make payments to California City on a monthly basis, promptly pursuant to the Prompt Payment Act after receipt of an appropriate invoice.

### A.10   Modification and Disputes

Either party may initiate a request for modification to this Agreement in writing. All modifications negotiated will be effective only upon written approval of both parties.

Disputes, questions, or concerns pertaining to this Agreement will be resolved between appropriate officials of each party. Both the parties agree that they will use their best efforts to resolve the dispute in an informal fashion through consultation and communication, or other forms of non-binding alternative dispute resolution mutually acceptable to the parties.

### A.11   Termination

This Agreement shall terminate after fifteen (15) calendar years or by either party upon one-hundred and eighty days (180) advanced written notice to the other party. Within 180 days of the giving, or receipt, of such notice the USMS shall retake custody of all prisoners(s) transferred to the California City under this Agreement. The City of California City agrees to consult with the USMS and OFDT at least 90-days prior to any action(s) to terminate to allow sufficient time to prepare for loss and replacement of services.

## A.12   Litigation

The Federal Government shall be notified, in writing, of all litigation pertaining to this Agreement and provided copies of any pleadings filed or said litigation within 5 working days of the filing.

The Local Government shall cooperate with the Federal Government legal staff and/or the United States Attorney regarding any requests pertaining to Federal Government or Local Government litigation.

# Prisoner Rape Elimination Act Reporting Information

## SEXUAL ASSAULT AWARENESS

This document is requested to be posted in each Housing Unit Bulletin Board at all Contract Detention Facilities. This document may be used and adapted by Intergovernmental Service Agreement Providers.

While detained by the Department of Justice, United States Marshals Service, you have a right to be safe and free from sexual harassment and sexual assaults.

## Definitions

### A. Detainee-on-Detainee Sexual Abuse/Assault

One or more detainees engaging in or attempting to engage in a sexual act with another detainee or the use of **threats, intimidation, inappropriate touching** or other actions and/or communications by0 one or more detainees aimed at **coercing and/or pressuring** another detainee to engage in a sexual act.

### B. Staff-on-Detainee Sexual Abuse/Assault

Staff member engaging in, or attempting to engage in a sexual act with any detainee or the intentional touching of a detainee's genitalia, anus, groin, breast, inner thigh, or buttocks with the intent to abuse, humiliate, harass, degrade, arouse, or gratify the sexual desires of any person. **Sexual abuse/assault of detainees by staff or other detainees is an inappropriate use of power and is prohibited by DOJ policy and the law.**

### C. Staff Sexual Misconduct is:

Sexual behavior between a staff member and detainee which can include, but is not limited to indecent, profane or abusive language or gestures and inappropriate visual surveillance of detainees.

## Prohibited Acts

A detainee, who engages in inappropriate sexual behavior with or directs it at others, can be charged with the following Prohibited Acts under the Detainee Disciplinary Policy.

- **Using Abusive or Obscene Language**
- **Sexual Assault**
- **Making a Sexual Proposal**
- **Indecent Exposure**
- **Engaging in Sex Act**

## Detention as a Safe Environment

While you are detained, no one has the right to pressure you to engage in sexual acts or engage in unwanted sexual behavior regardless of your age, size, race, or ethnicity. Regardless of your sexual orientation, you have the right to be safe from unwanted sexual advances and acts.

## Confidentiality

Information concerning the identity of a detainee victim reporting a sexual assault, and the facts of the report itself, shall be limited to those who have the need to know in order to make decisions concerning the detainee-victim's welfare and for law enforcement investigative purposes.

## Report All Assaults!

If you become a victim of a sexual assault, you should report it immediately to any staff person you trust, to include housing officers, chaplains, medical staff, supervisors or Deputy U.S. Marshals. Staff members keep the reported information confidential and only discuss it with the appropriate officials on a need to know basis. If you are not comfortable reporting the assault to staff, you have other options:

- Write a letter reporting the sexual misconduct to the person in charge or the United States Marshal. To ensure confidentiality, use special (Legal) mail procedures.
- File an Emergency Detainee Grievance - If you decide your complaint is too sensitive to file with the Officer in Charge, you can file your Grievance directly with the Field Office Director. You can get the forms from your housing unit officer, or a facility supervisor.
- Write to the Office of Inspector General (OIG), which investigates allegations of staff misconduct. The address is: Office of Inspector General, U.S. Department of Justice, 950 Pennsylvania Ave. Room 4706, Washington, DC. 20530
- Call, **at no expense to you,** the Office of Inspector General (OIG). The phone number is 1-800-869-4499.

**Individuals who sexually abuse or assault detainees can only be disciplined or prosecuted if the abuse is reported.**

A publication of the Office of the Federal Detention Trustee Washington, DC

Published February 2008

**ATTACHMENT B**

**ATTACHMENT B**

**From:**      "Malloy, John"
**Sent:**      07/29/2025 2:58:23 PM (-07:00)
**To:**      "Christopher Lopez" <clopez@californiacity-ca.gov>
**Subject:**  Fw: Fire inspection update- prison

---

**From:** Justin Vincent <jvincent@calcityfire.us>
**Sent:** Monday, July 21, 2025 12:55 PM
**To:** Welton, Brandon <brandon.welton@corecivic.com>
**Cc:** Kristy Hightower <khightower@calcityfire.us>
**Subject:** Fire inspection update- prison

> **CAUTION:** This email came from outside the organization. Attachments and links may contain viruses and other malicious software.

Mr. Welton- Safety Manager at Core Civic

Thank you very much for your incredible attention to detail and your thorough explanation of the safety measures that have been taken at the prison facility. Today's walkthrough with Deputy Fire Marshal Hightower was very successful in many facets. First, she was able to finalize the open fire alarm system permit, that has been open since 2022. This finalization will be updated in the building department's permit system today. She was also able to identify that most of the fire life safety concerns have been addressed by Core Civic. She was very appreciative of your professionalism and impressed with the progress you made.

There are just three areas that need to be addressed, prior to my visit for a final inspection and sign-off for the facility. One, the facility needs to have the "704 placards" that were discussed with you, installed by the time of the final sign-off visit. Second, the applicable Knox box keys shall be in the Knox box by the time of the final inspection and sign-off. Lastly, Core Civic will need to ensure that fire department and police department radio communications are possible throughout the entire facility. I suggest that you contact our radio contractor, Roger at 661 Communications, to have him address the radio dead zones in your facility. You may need to install a bi-directional amplifier to ensure that the fire department and police department maintain radio communications in the prison during an emergency response. Once these three items are completed, I will come do a final walkthrough and sign-off the fire life safety permitting for the facility.

Radio Contact:

Roger Goodman
661 Communications
661-384-3537
Roger@661comm.com

Dr. Justin Vincent, DPA
Director of Public Safety
Chief of Police & Fire Chief
City of California City
JVincent@calcityfire.us

Station: 760-373-4841
Cell: 760-808-7546

 

**ATTACHMENT C**

**ATTACHMENT C**



CITY HALL
21000 Hacienda Blvd.
California City, CA 93505

760-373-8661
www.californiacity-ca.gov

Marquette Hawkins
**MAYOR**

Michael Hurles
Ronald Smith
**COUNCIL MEMBERS**

Christopher Lopez
**CITY MANAGER**

To:    John Molloy, CoreCivic

From:  Christopher Lopez, City Manager, City of California City

Date:  July 29, 2025

Re:    California City Fire Department Inspection of 22844Virgina Blvd. on July 22, 2025

As you know, I am the City Manager for the City of California City (City).  This letter is being sent as the City has substantial concerns related to the re-opening of the facility at 22844 Virginia Blvd.  As detailed further below, the facility does not comply with applicable codes and the operation of the facility does or will pose a serious and imminent threat to the health and safety of the community of California City, City's emergency personnel, future detainees, those employed at the facility and visitors.

Unless and until CoreCivic can demonstrate that it complies with all applicable codes and can operate in a manner that is safe for the community of California City, the City's emergency personnel and those employed or detained at the facility, the facility cannot legally operate in the City.

The City's concerns related to the operation of facility include:
1. Emergency Communications Operations are insufficient (described in detail below regarding the Fire Code).
2. Increased demand upon the City in responding to Penal Code violations or other violations and investigation demands that will require a California City Police Department (CCPD) response.
3. Increase demand upon the City in responding to fires at the facility by the California City Fire Department (CCFD).
4. Increase demand upon other emergency personnel, including paramedics/ambulances, in responding to medical emergencies.

Fire Code Requirements:

As you are aware, on July 22, 2025, CCFD conducted an inspection, including a radio test, at the CoreCivic facility.  As you are further aware, there is a substantial number of individuals

expected to be present at the facility. This factor was considered while CCFD conducted the fire life safety inspection.

During the inspection some serious concerns were identified by CCFD. And, while the Director of Public Safety hoped that CoreCivic could address the issues with a one hundred and twenty (120) day extension, it has been determined that is not possible due to the significant threats to the general public's health and safety, those who are or will be present at the facility including detainees, CoreCivic's employees, contractors, visitors and first responders.

It should be noted, after the inspection, the City conducted further research, deliberation, and analysis of the hazards and it has been determined that risks to the public's health and safety are of such significance that the City cannot permit or otherwise allow for the operation of the facility at this time and in its current condition.

By way of background, the City of California City has adopted the California State Fire Code (see California City Municipal Code (CCMC) section 4-1.101 adopting the State Fire Code as adopted by the California Building Standards Commission). With the facility being privately owned and located within the City limits, the California City Fire Department is the authority having jurisdiction for fire life safety and enforcement of Chapter 11 of the Fire Code. Chapter 11 governs *Construction Requirements for Existing Buildings* which addresses the issue of two-way emergency response communications for existing buildings. More specifically, Fire Code section 1103.2 addresses emergency responder communications capability in the existing facility as follows:

1103.2 Emergency responder communications enhancement in existing buildings.

> Existing buildings other than Group R-3 that do not have approved in-building emergency response communications enhancement for emergency responders in the building based on existing coverage levels of the public safety communication systems, shall be equipped with such coverage according to one of the following:
> 1. Where an existing wired communication system cannot be repaired or is being replaced, or where not approved in accordance with Section 510.1, Exception 1.
> 2. Within a time frame established by the adopting authority.
>
> Exception: Where it is determined by the fire code official that the in-building emergency responder communications enhancement system is not needed.

According to the City's Director of Public Safety, pursuant to the Building and Fire Code, this large building is classified as an I-3 occupancy. Further, the Director of Public Safety has determined (as further detailed below) that based on the existing coverage levels of the public safety communications system, the facility does not have an approved in-building emergency responder communications enhancement system in the building. That is, based on the determination of the Director of Public Safety, the current emergency communications system at the facility is not sufficient to meet the emergency communication needs of the facility, first responders or the City.

During the July 22, 2025 inspection, the Director of Public Safety conducted a basic radio test utilizing a fire department portable radio in multiple locations throughout the facility and determined that the building construction did not conform to this section of the Fire Code.

Specifically, the rooms that house the building's fire panel, the mechanics shop which houses multiple flammable and combustible liquids, multiple IT server rooms, and multiple cells did not have an ability to transmit radio signals to first responders in an emergency as required by the Fire Code.

With an inability to communicate, emergency responders would not be able to radio transmit a "mayday" or "firefighter down" call from multiple critical locations in the facility, nor would law enforcement officers be capable of calling for backup in an emergency. Studies have consistently demonstrated a strong link between communication failures and firefighter fatalities. Research by the National Institute for Occupational Safety and Health (NIOSH) and the National Fire Protection Association (NFPA) highlights how ineffective communication on the fireground can contribute to line-of-duty deaths.

As such, CoreCivic must demonstrate the emergency communications at the facility meet the requirements of the Fire Code and Director of Public Safety and that CoreCivic has taken all steps necessary to ensure the public's safety, the safety of emergency responders and all those who are or will be present at the facility.

<u>Conclusion:</u>

Based upon the information available at this time, the City has determined that the facility is not safe to and cannot be operated in the City.  More specifically, the California City Fire Department  has determined that the facility should not be occupied and utilized for business purposes, until such time that the facility has an approved in-building emergency responder communications enhancement system in the building (that is, fire, police, sheriff, and ambulance radio transmissions will need to be fully operational and capable throughout the entire facility).

The City's main priority is to ensure the safety of both the public, first responders and those present at the facility.  As such, at this time, the City is requesting that CoreCivic and its employees, contractors, staff, and others vacate the premises until such time that the Director of Public Safety has inspected and approved the improvements needed to ensure the safety of personnel during a potential emergency response.

Please note, any additional code violations, safety concerns or other issues may be later communicated to CoreCivic as information becomes available and further inspections are conducted including any inspections necessary related to CoreCivic's expected application for a business license.

For further questions, comments, or concerns regarding this letter, please feel free to reach out to Justin Vincent, Director of Public Safety.


Respectfully,

*Christopher Lopez*

Christopher Lopez
City Manager
City of California City

**ATTACHMENT D**

**ATTACHMENT D**

**From:**       "Malloy, John"
**Sent:**       07/31/2025 9:17:33 AM (-07:00)
**To:**         "Christopher Lopez" <clopez@californiacity-ca.gov>
**Subject:**    FW: XKE SE channel

Please see the below response.

**From:** Roger Goodman
**Sent:** Wednesday, July 30, 2025 11:33:53 PM
**To:** tom.kessler@corecivic.com <tom.kessler@corecivic.com>; Public Safety <chief@californiacity-ca.gov>
**Subject:** XKE SE channel

Chief,
We did test all over the facility, medical, jail cells, fire panel rooms, IT rack rooms, laundry room, dry goods, kitchen area, and hallways in between.
I had one CoreCivic go around with a 450 radio, and I did a 150 radio, we talked and did 5 counts. The signal is very strong inside the facility.
Afterwards we did a few radio checks on Kern 1 and they copied clear and I heard them clearly as well. I changed the radio to Kern 5. According to Kern County Communications they dispatch everyone on 1 and roll to 5 to keep traffic clear on 1 for other incoming calls.
So, the procedure is if you come onsite Kern should dispatch you to 5 if you go in the facility. Until the BDA is done then Kern 1 and 5 should work as well as Kern SO, and CCPD 1.
I'm happy to answer any questions regarding this but you should be okay inside the building on XKE SE channel for police or fire to dispatch from Kern 5.


Roger Goodman
661 Communications
661-384-3537
Roger@661comm.com

**ATTACHMENT E**

**ATTACHMENT E**

| | |
|---|---|
| **From:** | "Malloy, John" |
| **Sent:** | 07/31/2025 6:01:08 PM (-07:00) |
| **To:** | "Justin Vincent <jvincent@calcityfire.us>; "Christopher Lopez" <clopez@californiacity-ca.gov> |
| **Cc:** | "Kristy Hightower" <khightower@calcityfire.us> |
| **Subject:** | Re: CoreCivic Facility |

We've had productive conversations with Chief Vincent on the need for dispatch capabilities for the Police and Hall ambulance and have already started work on this effort. That work is expected to be completed as soon as this Saturday. Once completed, we will work with Roger Goodman from 661 Communications to test the equipment to ensure that all communications are clear at the facility and that the individual dispatch capabilities are working. As requested, we will have Mr. Goodman report back to Chief Vincent once we have confirmation that the system is operational for fire, police, and ambulance. At that time, it is our expectation that we will have addressed all concerns related to radio communications at the facility and therefore our business license would be issued. We understand that this solution is acceptable for 90 days and have already started the process for the more permanent solution.

Please let me know if you have any questions.

Get Outlook for iOS
**From:** Justin Vincent <jvincent@calcityfire.us>
**Sent:** Thursday, July 31, 2025 11:18 AM
**To:** Christopher Lopez <clopez@californiacity-ca.gov>
**Cc:** Malloy, John <John.Malloy@corecivic.com>; Kristy Hightower <khightower@calcityfire.us>
**Subject:** Re: CoreCivic Facility

CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.

All,

Thank you for the forum for correspondence. As far as public safety is concerned in regards to only the radio communications issue, there is a temporary solution that would require all first responders to change channels when at the prison to speak. This is acceptable as a temporary 90-day solution once it is confirmed that it is operational for fire, police, and ambulance.

After speaking to Roger Goodman this morning, it appears that it is operational capable for Fire but not yet set up for PD dispatch or Hall ambulance services. Once this temporary solution is fixed and confirmed, I will draft a policy for the PD and FD on switching radio channels at the prison for the next 90 days.

This will meet the minimum requirement on a temporary basis. Core Civic will need to complete the permanent solution within 90 days so that first responders do not have to switch radio channels when responding to the facility. Once we have a confirmation that all first responders can talk safely on the temporary solution, I will draft an official letter to the City Manager stating as such.

The fire and pd do not issue a business license. Those are issued from City Hall and are dependent on all city departments signing off on their respective responsibilities. The fire department has completed its inspection, and the only item from our safety inspection still pending is the communications issue. The other very real

concerns noted in the City Managers letter about staffing and response capabilities should be directed to the City Manager as he has overall control of budget and staffing for the city.

Lastly, the issue of people being in the building remains valid. Placing hundreds of staff in a building that does not meet the fire code is a risk to staff and first responders. The cart was placed before the horse and for safety purposes, CoreCivic needs to step back and remove the staff from the unsafe environment until communications have been established. Thank you all again for the forum to discuss these safety matters.

Sincerely,

Dr. Justin Vincent

**Dr. Justin Vincent, DPA**
Director of Public Safety
*Chief of Police & Fire Chief*
City of California City
JVincent@calcityfire.us
Station: 760-373-4841
Cell: 760-808-7546

On Jul 31, 2025, at 10:58 AM, Christopher Lopez <clopez@californiacity-ca.gov> wrote:

EXTERNAL MESSAGE: Use caution when clicking links or attachments

Good morning Justin and John,

I have sent separate correspondence to Justin Vincent, the Director of Public Safety, and Kristi Hightower, Deputy Fire Marshal so that everyone is on the same page.

The communications regarding the improvements to the facility based on the City's safety concerns are to flow to the Director of Public Safety, who is tasked with this responsibility. I received an email from Justin Vincent directing CoreCivic to my office, but that is not how this will be conducted. Justin is not to direct CoreCivic to my office, as it is Justin's responsibility to ensure public safety items are addressed. For the record, and to be clear, the City Manager's Office will not override any recommendations or requirements put in place by the Director of Public Safety.

I am directing Justin and Kristy to formalize all correspondence with CoreCivic via email so that there is a clear record of all communications.

Thank you.

Christopher Lopez
City Manager
City of California City

**ATTACHMENT F**

**ATTACHMENT F**

| From: | "Ponto, Victor M." <VPonto@bwslaw.com> |
|---|---|
| Sent: | 08/05/2025 2:34:16 PM (-07:00) |
| To: | "Malloy, John" <John.Malloy@corecivic.com>; "Christopher Lopez" <clopez@californiacity-ca.gov>; "Lopez, Christy M." <CLopez@bwslaw.com>; "Justin Vincent" <jvincent@calcityfire.us> |
| Subject: | Re: Kern County FCC License and Approval |
| Attachments: | 5175724202575177999.pdf |

**CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.**

Received and copied to the appropriate team
Sent from my iPhone

> On Aug 5, 2025, at 2:30 PM, Malloy, John <John.Malloy@corecivic.com> wrote:

[EXTERNAL]

Please find the attached FCC license for the XKE repeater we are using to boost the radio signal at the facility to Kern County dispatch.  Please note that Kern County Radio License Group is the holder of the license, signifying their approval of this solution (with our address listed 22844 Virginia Blvd as the location of the repeater on page two).   This license is good through 11/1/2025 which is in line with the technology solution discussed with the City and County.

Please let me know if you have any questions.

Get Outlook for iOS

**REFERENCE COPY**

This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.



# Federal Communications Commission
## Public Safety and Homeland Security Bureau

### RADIO STATION AUTHORIZATION

LICENSEE: KERN, COUNTY OF

ATTN: RADIO LICENSE GROUP
KERN, COUNTY OF
2601 PANORAMA DR., BLDG.  A
BAKERSFIELD, CA 93306-1013

| Call Sign | File Number |
|-----------|-------------|
| WSJJ774 | 0011669211 |
| **Radio Service** | |
| PW - Public Safety Pool, Conventional | |
| **Regulatory Status** | |
| PMRS | |
| **Frequency Coordination Number** | |
| 46PWAP75026489 | |

**FCC Registration Number (FRN):** 0004514535

| Grant Date | Effective Date | Expiration Date | Print Date |
|------------|----------------|-----------------|------------|
| 08-01-2025 | 08-01-2025 | 11-01-2025 | 08-02-2025 |

## STATION TECHNICAL SPECIFICATIONS

**Fixed Location Address or Mobile Area of Operation**

**Loc. 1**  **Area of operation**
Operating within a 5.0 km radius around 35-09-10.8 N, 117-51-31.8 W,
CALIFORNIA CITY, KERN county, CA

**Antennas**

| Loc No. | Ant No. | Frequencies (MHz) | Sta. Cls. | No. Units | No. Pagers | Emission Designator | Output Power (watts) | ERP (watts) | Ant. Ht./Tp meters | Ant. AAT meters | Construct Deadline Date |
|---------|---------|-------------------|-----------|-----------|------------|---------------------|----------------------|-------------|--------------------|-----------------|------------------------|
| 1 | 1 | 000154.75500000 | FB2T | 1 | | 11K2F1D 11K2F1E 11K2F3E 8K10F1D 8K10F1E | 100.000 | 120.000 | | | |
| 1 | 1 | 000460.20000000 | FB2T | 1 | | 11K2F1D 11K2F1E 11K2F3E 8K10F1D 8K10F1E | 100.000 | 100.000 | | | |

**Conditions:**
Pursuant to §309(h) of the Communications Act of 1934, as amended, 47 U.S.C. §309(h), this license is subject to the following conditions:  This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein.  Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended.  See 47 U.S.C. § 310(d).  This license is subject in terms to the right of use or control conferred by §706 of the Communications Act of 1934, as amended.  See 47 U.S.C. §606.

**FCC 601-ULSHS1**
**August 2007**

**Licensee Name:** KERN, COUNTY OF

**Call Sign:** WSJJ774          **File Number:** 0011669211          **Print Date:** 08-02-2025

## Antennas

| Loc No. | Ant No. | Frequencies (MHz) | Sta. Cls. | No. Units | No. Pagers | Emission Designator | Output Power (watts) | ERP (watts) | Ant. Ht./Tp meters | Ant. AAT meters | Construct Deadline Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 000453.75000000 | FB2T | 1 | | 11K2F1D 11K2F1E 11K2F3E 8K10F1D 8K10F1E | 90.000 | 200.000 | | | |
| 1 | 1 | 000151.10000000 | FB2T | 1 | | 11K2F1D 11K2F1E 11K2F3E 8K10F1D 8K10F1E | 100.000 | 150.000 | | | |

## Control Points

### Control Pt. No. 1

**Address:** 22844 VIRGINIA BLVD
**City:** CALIFORNIA CITY    **County:** KERN    **State:** CA    **Telephone Number:** (760)246-7600

## Associated Call Signs

WSL679, KCI548

<NA>

## Waivers/Conditions:

Special Temporary Authority is authorized on a secondary non-interference basis.

Antenna structures for land, base and fixed stations authorized for operation at temporary unspecified locations may be erected without specific prior approval of the Commission where such antenna structures do not exceed a height of 60.96 meters (200 feet) above ground level; provided that the overall height of such antennas more than 6.10 meters (20 feet) above ground, including their supporting structures (whether natural formation or man-made), do not exceed any of the slope ratios set forth in Section 17.7(b).  Any antenna to be erected in excess of the foregoing limitations requires prior Commission approval.  Licensees seeking such approval should file application for modification of license.  In addition, notification to the Federal Aviation Administration is required whenever the antenna will exceed 60.96 meters (200 feet) above the ground and whenever notification is otherwise required by Section 17.7 of the Commission's Rules.  Such notification should be given by filing FAA Form 7460-1, Notice of Proposed Construction or Alteration, in duplicate, with the nearest office of the Federal Aviation Administration, which form is available from that office.

**FCC 601-ULSHS1**
**August 2007**

**Licensee Name:**  KERN, COUNTY OF

**Call Sign:** WSJJ774          **File Number:**  0011669211          **Print Date:** 08-02-2025

This Special Temporary Authorization may be terminated at the Bureau's discretion, without a hearing, if conditions warrant. Under no circumstances  may the facility(ies) authorized herein become a hazard to air navigation or violate the terms of an international agreement or treaty.   If an application for permanent authority is on file with the Commission, this action is taken without prejudice to that application. Post and/or retain a copy of this authorization as required by the Commission's Rules.

Reference Copy

**FCC 601-ULSHS1**
**August 2007**

**ATTACHMENT G**

**ATTACHMENT G**

**From:** "Kristy Hightower" <khightower@calcityfire.us>
**Sent:** 08/07/2025 4:29:12 PM (-07:00)
**To:** "Malloy, John" <john.malloy@corecivic.com>; "Daughenbaugh, Shawn" <shawn.daughenbaugh@corecivic.com>
**Cc:** "Shannon Hayes" <shayes@californiacitypd.org>
**Subject:** Core Civic Fire Clearance
**Attachments:** Prison fire clearance.pdf

CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.

Good afternoon,

I have been informed that the temporary radio system is now working. You will have 90 days to have the system fully operational.

Attached you will find your fire clearance. Please contact city hall to obtain your business license.

I hope that you have a great night!


Thank you,

**Kristy Hightower**
Deputy Fire Marshal
20890 Hacienda Blvd
California City, CA 93505
khightower@calcityfire.us



STATE OF CALIFORNIA – FORESTRY AND FIRE PROTECTION

# FIRE SAFETY INSPECTION REQUEST

STD. 850 (REV. 10/2019)

See Instructions on reverse.

| AGENCY CONTACT'S NAME | TELEPHONE NUMBER | REQUEST DATE | PROGRAM |
|---|---|---|---|
| Daughenbaugh, Shawn | (615) 854-0464 | 5/30/2025 | |
| EVALUATOR'S NAME | REQUESTING AGENCY FACILITY NUMBER | | REQUEST CODE |
| | | | 1B |

**LICENSING AGENCY NAME AND ADDRESS**

**CODES**

1. ORIGINAL    A. FIRE CLEARANCE
2. RENEWAL    B. LIFE SAFETY
3. CAPACITY CHANGE
4. OWNERSHIP CHANGE
5. ADDRESS CHANGE
6. NAME CHANGE
7. OTHER

| AMBULATORY | | NONAMBULATORY | | BEDRIDDEN | | TOTAL CAPACITY |
|---|---|---|---|---|---|---|
| CAPACITY | PREVIOUS CAPACITY | CAPACITY | PREVIOUS CAPACITY | CAPACITY | PREVIOUS CAPACITY | |
| 2480 | N/A | 7 | N/A | N/A | N/A | 2,487 |

| FACILITY NAME | LICENSE CATEGORY |
|---|---|
| California City Immagration Processing Center | |

| STREET ADDRESS *(Actual Location)* | NUMBER OF BUILDINGS |
|---|---|
| 22844 Virginia Blvd | 9 |

| CITY | RESTRAINT |
|---|---|
| California City | |

| FACILITY CONTACT PERSON'S NAME | FACILITY CONTACT PERSON'S TELEPHONE NUMBER | HOURS |
|---|---|---|
| Christopher Chestnut | (229) 315-7861 | 24 |

SPECIAL CONDITIONS

Detention Facility: The nonambulatory beds listed are medical observation beds. They could house nonambulatriy detainees.

---

## TO BE COMPLETED BY INSPECTING AUTHORITY

CLEARANCE /DENIAL CODE

1

**FIRE AUTHORITY NAME AND ADDRESS**

California City Fire Department
20890 Hacienda Blvd.
California City CA, 93505

**CODES**

1. FIRE CLEARANCE GRANTED
2. FIRE CLEARANCE DENIED
   A. EXITS
   B. CONSTRUCTION
   C. FIRE ALARM
   D. SPRINKLERS
   E. HOUSEKEEPING
   F. SPECIAL HAZARD
   G. OTHER

| INSPECTOR'S NAME *(Typed or Printed)* | TELEPHONE NUMBER | CFIRS NUMBER | OCCUPANCY CLASS |
|---|---|---|---|
| Kristy Hightower | 760-373-4841 | 10565 | I-3 |

| INSPECTION DATE | INSPECTOR'S SIGNATURE *(Typed or Printed)* |
|---|---|
| 7-21-25 | |

EXPLAIN DENIAL OR LIST SPECIAL CONDITIONS

**ATTACHMENT H**

**ATTACHMENT H**

**From:**          "Shannon Hayes" <shayes@californiacitypd.org>
**Sent:**          08/07/2025 6:55:53 PM (-07:00)
**To:**            "Daughenbaugh, Shawn" <shawn.daughenbaugh@corecivic.com>; "K Hightower"
<khightower@calcityfire.us>; "Malloy, John" <john.malloy@corecivic.com>
**Cc:**            "Stone, Stacey" <Stacey.Stone@corecivic.com>; "Gallagher, Sean"
<Sean.Gallagher@corecivic.com>; "Chestnut, Christopher" <Christopher.Chestnut@corecivic.com>; "Ariola, Marcelo"
<Marcelo.Ariola@corecivic.com>; "Christopher Lopez" <clopez@californiacity-ca.gov>
**Subject:**       Re: Core Civic Fire Clearance

> **CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.**

Good evening Shawn,

By way of introduction, my name is Shannon Hayes. I am a Lieutenant with the California City Police Department and will filling in acting as the Director Public Safety temporarily. I just returned from the facility where I met with Mr. Malloy, Mr. Stone, and Warden Chestnut. They took the time to show me around the facility as well as the temporary radio system that has been installed. I was also able to speak with the radio installation expert who built the system who assured me that the system is fully functional. Mrs. Hightower was able send to you the Fire Clearance Letter which addresses the concern of fire radio systems as well as police radio systems reliability within the facility.

There remains a few questions on the Police Department side which Mr. Malloy and I briefly spoke about during my visit. After our conversation, Mr. Malloy stated that he was drafting a response letter to the correspondence from our City Manager and Director Vincent. I am confident after our conversation that we will be able to work out the issues that are still on the table in the effort to get the facility open to accept detainees in the near future.

Respectfully,

California City Police Department
21130 Hacienda Blvd
California City, CA 93505
(760)373-8606
shayes@californiacitypd.org



**From:** Daughenbaugh, Shawn <shawn.daughenbaugh@corecivic.com>
**Sent:** Thursday, August 7, 2025 4:42 PM
**To:** K Hightower <khightower@calcityfire.us>; Malloy, John <John.Malloy@corecivic.com>
**Cc:** Shannon Hayes <shayes@californiacitypd.org>; Stone, Stacey <Stacey.Stone@corecivic.com>; Gallagher, Sean
<Sean.Gallagher@corecivic.com>; Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo
<Marcelo.Ariola@corecivic.com>
**Subject:** RE: Core Civic Fire Clearance

You don't often get email from shawn.daughenbaugh@corecivic.com. Learn why this is important

**EXTERNAL MESSAGE:**

Use caution when clicking links or attachments

Hello Mrs. Hightower,

I wanted to take a moment to express my sincere appreciation for your partnership and for keeping us informed about the temporary radio system. It's great to hear that it is now working.

Thank you also for sending the fire clearance. We will reach out to city hall promptly to obtain our business license.


Shawn Daughenbaugh
Sr. Director of Safety & Environmental
CoreCivic Facility Support Center



5501 Virginia Way
Suite 110
Brentwood, TN  37027
O (615) 263-3000 ext. 33086
M (615) 854-0464
*Our Purpose at CoreCivic is to help government better the public good*

*"To be the best fully integrated Health, Safety, and Environmental Team supporting and providing "OPERATIONAL EXCELLENCE" for our Correctional Facilities and Residential Rehabilitation Centers."*




**From:** Kristy Hightower <khightower@calcityfire.us>
**Sent:** Thursday, August 7, 2025 6:29 PM
**To:** Malloy, John <john.malloy@corecivic.com>; Daughenbaugh, Shawn <shawn.daughenbaugh@corecivic.com>
**Cc:** Shannon Hayes <shayes@californiacitypd.org>
**Subject:** Core Civic Fire Clearance

**CAUTION:** This email came from outside the organization. Attachments and links may contain viruses and other malicious software.

Good afternoon,

I have been informed that the temporary radio system is now working. You will have 90 days to have the system fully operational.

Attached you will find your fire clearance. Please contact city hall to obtain your business license.

I hope that you have a great night!

Thank you,

**Kristy Hightower**
Deputy Fire Marshal
20890 Hacienda Blvd
California City, CA 93505
khightower@calcityfire.us



**ATTACHMENT I**

**ATTACHMENT I**



Daren Swenson
*Senior Vice President and Chief Corrections Officer*

August 8, 2025

<u>VIA EMAIL</u>
Christopher Lopez, City Manager
clopez@californiacity-ca.gov
City of California City
21000 Hacienda Boulevard
California City, CA 93505

RE: California City, CA July 29, 2025, Memorandum

Dear Mr. Lopez,

CoreCivic appreciates the opportunity to address the issues outlined in the city's July 29th memo that stems from the city's fire inspection conducted on July 22, 2025. That letter addressed 4 main concerns: one related to radio communication issues inside the facility and three items that are interrelated, specifically the potential of increased demand on the Police Department and the Fire Department as well as other emergency personnel like paramedics and ambulance services.

On the radio communication issue, we have worked collaboratively with Roger Goodman with 661 Communications on both a temporary and permanent fix which has already been approved by the city. We very much appreciate the collaboration that occurred to solve this issue, and we concur that having effective radio communication at the facility is imperative to a safe and secure facility operation.

We also understand the issues raised about the potential impact the facility's operation could have on the limited resources within California City. CoreCivic has partnered with the U.S. Immigration and Customs Enforcement (ICE) since 1983, and we have a long track record of success managing detainees for the federal government. In fact, the company currently houses over 13,000 non-citizens across 18 facilities nationwide. This vast experience has allowed us to implement policies and procedures that significantly reduce the need for local law enforcement and emergency response at our facilities housing ICE detainees. These policies and procedures are further explained in our numbered responses at the end of this letter.

While we are confident that the need for local police, fire and emergency services will be low, we understand that when those calls do take place, they result in costs. Because of this, we commit to fully reimburse the city for any costs incurred responding to any incident at the facility. Furthermore, we will fully indemnify and hold harmless the city of California City against any claims, suits or judgements that arise as a result of the activation and operation of the facility. Further details on cost reimbursement and indemnification have been included in a separate correspondence from our General Counsel, Cole Carter.

**1. Emergency Communications Operations are insufficient (described in detail below regarding the Fire Code).**

*We appreciate the city approving the plan to provide appropriate Emergency Communications Operations as referenced in the email from Shannon Hayes August 7, 2025.*

**2. Increased demands upon the city in response to Penal code violations or other violations and investigation demands that will require California City Police Department (CCPD) response.**

*Immigration and Customs Enforcement (ICE) detention is a civil process, not a criminal one, and is used to ensure individuals appear for immigration hearings and asylum proceedings or to facilitate their removal from the United States. ICE detainees are measurably less demanding on investigative resources than inmates serving criminal sentences.*

*Albeit rare, the most common demand for investigative resources involves requests to investigate allegations of sexual assault. The CoreCivic 14-2-DHS Sexual Abuse Prevention and Response in Immigration Detention Facilities policy provides CoreCivic operated facilities with procedures for complying with the Prison Rape Elimination Act (PREA) of 2003, Department of Homeland Security (DHS) Standards to Prevent Detect and Respond to Sexual Abuse and Assault in Confinement Facilities (79 Fed. Reg. 13100 March 7, 2014), and the Immigration and Customs Enforcement (ICE) 2025 National Detention Standards.*

*In accordance with the aforementioned statutes, policies, and standards, any allegations of sexual abuse that may constitute criminal conduct must be promptly reported to a law enforcement agency authorized to conduct such investigations. CoreCivic endeavors to establish a written Memorandum of Understanding (MOU) with an external investigating agency, delineating the respective roles and responsibilities of both the facility and the investigative entity in conducting sexual abuse investigations. The capacity of law enforcement agencies to investigate these incidents is dependent on their available resources.*

*Criminal investigative referrals remain relatively infrequent. For instance, CoreCivic's Otay Mesa Detention Center (OMDC) in San Diego, CA, averages approximately two investigative requests per month related to PREA allegations. It is important to note that the OMDC population comprises a significant number of U.S. Marshals Service inmates. By contrast, the California City ICE Processing Center (CCIPC) will exclusively house ICE detainees.*

*If CCPD responds to investigate these allegations, such requests are expected to be uncommon and would depend on available resources. In the event that CCPD does not have the resources to investigate, CoreCivic staff work with ICE staff to conduct an administrative investigation.*

*Should internal disturbances occur, CCIPC would not request assistance from CCPD. CCIPC would deploy its Critical Incident Response Team (CIRT), whose members are trained to manage such events. For major incidents, the Special Operation Response Team (SORT) — comprised of 38 specially trained staff from Nevada Southern Detention Center and Otay Mesa Detention Center—can respond within four hours.*

*Public Safety Director Vincent of California City expressed concerns regarding the California City Police Department's (CCPD) ability to respond effectively to potential protests. California's Law Enforcement Mutual Aid System is designed to support local agencies in maintaining order during emergencies—including incidents of civil unrest—as well as other extraordinary events or catastrophic disasters. As an integral part of the Standardized Emergency Management System (SEMS), the Mutual Aid System operates across four organizational levels: cities, counties, regions, and the State.*

*Fundamentally, the system facilitates mutual assistance among neighboring law enforcement agencies within an operational area. When an incident exceeds the resources available at the county level, regional agencies provide the necessary support. If regional resources remain insufficient, the Regional Coordinator will contact the Cal OES Law Enforcement Branch to coordinate further resource allocation.*

### 3. Increased demands upon the city in responding to fires at the facility by the California City Fire Department (CCFD).

*CoreCivic's California City facility, built in 1999, is equipped with fire detection and suppression systems. On July 21, 2025, Kristy Hightower of the CCFD completed a fire inspection on CCIPC and fire clearance was granted.*

*Since CoreCivic has operated the facility, there have been no recorded incidents requiring CCFD to respond to a fire at the site. While we do not anticipate any increased demands on CCFD, CoreCivic is committed to reimbursing the city for any costs related to any emergency response at the facility. Additionally, we do conduct emergency response drills with first responders and local law enforcement to streamline emergency response services and strengthen community partnerships.*

### 4. Increased demands by other personnel, including paramedics/ambulances, in responding to medical emergencies.

*CCIPC has a robust medical unit that is staffed by Physicians, Psychiatrists, Nurse Practitioners, Dentists, RNs, and LPNs, all providing medical care inside of the facility, which greatly reduces the need to transport detainees by ambulance outside for medical care. This medical unit is staffed 24 hours a day, seven days a week, with a physician on call 24 hours a day. Once operational, the facility will be accredited by the National Commission on Correctional Health Care (NCCHC), which is an independent, non-profit organization that provides oversight of correctional facilities across the country, both public and private. NCCHC accreditation requires health service standards and includes audits to ensure compliance. In total, the facility will have over 70 medical personnel providing health care services to the population on a daily basis.*

*We have coordinated with Hall Ambulance to provide medical transportation in the event a detainee needs to be transported outside of the facility for medical care. CoreCivic transportation staff accompany all outside ambulance transports, providing security detail for any hospital stay. All ambulance transport costs, as well as the costs of providing security, are paid by CoreCivic. There will be no cost to Hall ambulance or the city for any emergency service calls.*

In closing, we very much appreciate the opportunity to address the concerns raised in your July 29th letter and we trust our response here has alleviated those concerns. Should you have any further questions or wish to discuss them further, please do not hesitate to reach out to me or my team. We are proud of our longstanding partnership with the city and we look forward to continued collaboration in the years to come.

Sincerely,

Daren Swenson
Senior Vice President and Chief Corrections Officer


cc:     Victor Ponto, City Attorney
        California City, CA

        Lieutenant Shannon Hayes, Acting Director of Public Safety
        California City, CA

**ATTACHMENT J**

**ATTACHMENT J**



General Counsel

August 8, 2025

Christopher Lopez, City Manager
City of California City
21000 Hacienda Blvd
California City, CA 93505

Subject:    Public Safety and Emergency Response

Dear Sir:

On behalf of CoreCivic, I am writing to present our firm commitment to ensuring that the activation and operation of the California City Immigration Processing Center (the "Facility") will not place unnecessary strain on the valuable resources of California City and its agencies. We recognize the importance of a cooperative relationship with the City and wish to set forth the following offers of indemnification, defense, cost reimbursement, and insurance coverage:

**Indemnification and Defense**

CoreCivic offers to indemnify, defend, and hold harmless the City of California City, as well as its officers and employees, from any liability and all claims, suits, judgments, and damages to the extent such claims, suits, judgments, or damages arise as a result of CoreCivic's acts and/or omissions in the activation, or operation of the Facility.

**Reimbursement of Public Safety Costs**

To further support the City, CoreCivic offers that, in the event of an incident at the Facility involving (i) a death from other than natural causes, (ii) a loss of control affecting a housing, recreational, medical, or general activity area, or (iii) the serious bodily injury of a member of the public, and to the extent such an incident requires the response of City public safety personnel for safety or emergency services, CoreCivic will reimburse the actual costs incurred by the City due to such response.

**Insurance Provisions**

CoreCivic also offers to name the City, together with its agents, employees, and representatives, as an additional insured on its general liability policy. A copy of the declaration page of the policy evidencing this coverage will be provided to the City for your records and assurance.

We trust these commitments address any concerns regarding the Facility's impact on City resources and stand as a testament to CoreCivic's dedication to responsible partnership. Should you require any clarification or wish to discuss these provisions further, please do not hesitate to contact us.

Thank you for your attention and collaboration.

Sincerely,

Cole Carter, CAO and General Counsel

**ATTACHMENT K**

**ATTACHMENT K**

**From:**        "Anu Doravari" <adoravari@californiacity-ca.gov>
**Sent:**        08/14/2025 9:23:49 AM (-07:00)
**To:**          "Malloy, John" <John.Malloy@corecivic.com>; "Montanary, Roseann"
<roseann.montanary@corecivic.com>
**Cc:**          "Christopher Lopez" <clopez@californiacity-ca.gov>; "Joe D. Barragan"
<JBarragan@californiacity-ca.gov>; "Susan Weber" <sweber@californiacity-ca.gov>
**Subject:**     City of California City Business License and SPR Plan

> **CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.**

Hello John,

Short answer – Yes. You will need to submit a new sign permit application for the sign.

Long answer:

Please be advised that under California City Municipal Code § 9-4.305 (Duration of Permits):

*"If the applicant for a sign permit is required to obtain a business license, the duration of the sign permit shall be the same as the business license."*

Because your business license application indicates that signage will be displayed in connection with the reopening of your facility, you are required to obtain a valid sign permit. The duration of that sign permit will match the term of your business license, as required by § 9-4.305.

Please coordinate with the building department to ensure the sign permit is obtained prior to operation.

If you have any questions about this requirement, you may contact @Susan Weber

Regards,
Anu Doravari
Consultant Planner

---

**From:** Malloy, John <John.Malloy@corecivic.com>
**Sent:** Wednesday, August 13, 2025 3:05 PM
**To:** Anu Doravari <adoravari@californiacity-ca.gov>
**Subject:** Re: City of California City Business License and SPR Plan

**EXTERNAL MESSAGE:** Use caution when clicking links or attachments

Thanks Anu. Please call anytime with questions. On the sign permit, do we need to go an apply or are we good as all we did was put a wrap around existing sign. Nothing about the sign changed other than the name. Thank you!

Get Outlook for iOS

---

**From:** Anu Doravari <adoravari@californiacity-ca.gov>
**Sent:** Wednesday, August 13, 2025 3:01:34 PM
**To:** Malloy, John <John.Malloy@corecivic.com>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>;
Lilia Garcia <lgarcia@californiacity-ca.gov>; Stone, Stacey <Stacey.Stone@corecivic.com>; Barker, Michelle
<Michelle.Barker@corecivic.com>; Miller, Max <Max.Miller@corecivic.com>; Montanary, Roseann

<Roseann.Montanary@corecivic.com>
**Subject:** Re: City of California City Business License and SPR Plan

> **CAUTION:** This email came from outside the organization. Attachments and links may contain viruses and other malicious software.

Hi John,

Thank you for your email. I will review the information with our team and get back to you.

Regards,
Anu Doravari
Consultant Planner

**From:** Malloy, John <John.Malloy@corecivic.com>
**Sent:** Wednesday, August 13, 2025 2:46 PM
**To:** Anu Doravari <adoravari@californiacity-ca.gov>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>; Lilia Garcia <lgarcia@californiacity-ca.gov>; Stone, Stacey <Stacey.Stone@corecivic.com>; Barker, Michelle <Michelle.Barker@corecivic.com>; Miller, Max <Max.Miller@corecivic.com>; Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Subject:** RE: City of California City Business License and SPR Plan

> **EXTERNAL MESSAGE:** Use caution when clicking links or attachments

Anu:

As a follow-up, please find the company's response to the city's letter attached to this email. These responses address issues 1-4 referenced in your email below. Please let me know if you have any questions or wish to discuss further.


John Malloy
CoreCivic
(602) 680-9868



**From:** Anu Doravari <adoravari@californiacity-ca.gov>
**Sent:** Wednesday, August 13, 2025 12:44 PM
**To:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>; Lilia Garcia <lgarcia@californiacity-ca.gov>; Malloy, John <John.Malloy@corecivic.com>; Stone, Stacey <Stacey.Stone@corecivic.com>; Barker, Michelle <Michelle.Barker@corecivic.com>; Miller, Max <Max.Miller@corecivic.com>
**Subject:** Re: City of California City Business License and SPR Plan


> **CAUTION:** This email came from outside the organization. Attachments and links may contain viruses and other malicious software.

Hi Roseann,

I am coordinating with all City departments to ensure compliance across teams. As part of this effort, I requested the Building Department to reach out regarding the submission of a sign permit application, and I understand they contacted a team member yesterday.

Additionally, I would like to request an update on the progress of items 1 through 4 outlined in the attached letter. Please provide the current status of each item when convenient.

Regards,
Anu Doravari
Consultant Planner

**From:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Sent:** Tuesday, August 12, 2025 10:28 AM
**To:** Anu Doravari <adoravari@californiacity-ca.gov>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>; Lilia Garcia <lgarcia@californiacity-ca.gov>; Malloy, John <John.Malloy@corecivic.com>; Stone, Stacey <Stacey.Stone@corecivic.com>; Barker, Michelle <Michelle.Barker@corecivic.com>; Miller, Max <Max.Miller@corecivic.com>
**Subject:** RE: City of California City Business License and SPR Plan

**EXTERNAL MESSAGE:** Use caution when clicking links or attachments

Morning/afternoon Anu, wanted to touch base with you to see if there was any additional information needed.

Thank you.  Hope your day is going well.
Roseann

R C Montanary-Lett
Director, Operations Support
CoreCivic
Mobile 615-289-4943
Office  615-263-3068

**From:** Anu Doravari <adoravari@californiacity-ca.gov>
**Sent:** Monday, August 11, 2025 2:34 PM
**To:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>; Lilia Garcia <lgarcia@californiacity-ca.gov>; Malloy, John <John.Malloy@corecivic.com>; Stone, Stacey <Stacey.Stone@corecivic.com>; Barker, Michelle <Michelle.Barker@corecivic.com>; Miller, Max <Max.Miller@corecivic.com>
**Subject:** Re: City of California City Business License and SPR Plan

**CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.**

Recieved. Thank you!

Regards,
Anu Doravari
Consultant Planner

**From:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Sent:** Monday, August 11, 2025 9:32:10 PM
**To:** Anu Doravari <adoravari@californiacity-ca.gov>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>;
Lilia Garcia <lgarcia@californiacity-ca.gov>; Malloy, John <John.Malloy@corecivic.com>; Stone, Stacey
<Stacey.Stone@corecivic.com>; Barker, Michelle <Michelle.Barker@corecivic.com>; Miller, Max
<Max.Miller@corecivic.com>
**Subject:** RE: City of California City Business License and SPR Plan

**EXTERNAL MESSAGE:** Use caution when clicking links or attachments

Afternoon Anu, please find information requested attached.
Advise if there is any additional information needed.
I understand we are on different time zones, happy to accommodate.

Thank you,
Roseann

R C Montanary-Lett
Director, Operations Support
CoreCivic
Mobile 615-289-4943
Office   615-263-3068

**From:** Anu Doravari <adoravari@californiacity-ca.gov>
**Sent:** Monday, August 11, 2025 10:49 AM
**To:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>;
Lilia Garcia <lgarcia@californiacity-ca.gov>
**Subject:** RE: City of California City Business License and SPR Plan

**CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other
malicious software.**

Hi Roseann,

I am reviewing your application documents and could not locate the business operations document describing the daily
operations and operational hours and other related details. Please send that over when you can.

Regards,
Anu Doravari
Consultant Planner

**From:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Sent:** Tuesday, July 22, 2025 1:16 PM
**To:** Anu Doravari <adoravari@californiacity-ca.gov>; Joe D. Barragan <JBarragan@californiacity-ca.gov>

**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>
**Subject:** City of California City Business License and SPR Plan

**EXTERNAL MESSAGE:** Use caution when clicking links or attachments

Anu, hope all is well. As instructed by Mr. Barragan, please find attached the SPR Minor plan for CoreCivic California City.
It is our understanding and belief that the items requested for the SPR are already in the possession of the city.

Also attached to the email are additional back-up documents in support of the SPR.
- Letter concerning the ADA requirements - Mr. Ariola
- Disabled Accessibility Certification
- Deed showing ownership of the facility.
- Sign off from the Fire Marshal's office.
- Information on the company name change in case it is needed.
- Copy of the business license application.

We appreciate your time and consideration.
Regards,
Roseann

R C Montanary-Lett
Director, Operations Support
CoreCivic
Mobile 615-289-4943
Office  615-263-3068

**ATTACHMENT L**

**ATTACHMENT L**

**From:**        "Anu Doravari" <adoravari@californiacity-ca.gov>
**Sent:**        08/14/2025 12:32:16 PM (-07:00)
**To:**          "Malloy, John" <John.Malloy@corecivic.com>; "Montanary, Roseann"
<roseann.montanary@corecivic.com>
**Cc:**          "Christopher Lopez" <clopez@californiacity-ca.gov>; "VPonto" <VPonto@bwslaw.com>;
"Vazquez, Joaquin" <jvazquez@bwslaw.com>
**Subject:**     Permit Timeline

CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.

Hello John,

California SB 29 (i.e., Civil Code, § 1670.9, subd. (d)) mandates that local agencies: both (1) solicit and hear comments at least two meetings open to the public and (2) provide at least 180 days' notice before executing any permit for the use of buildings to house or detain noncitizens for purposes of civil immigration proceedings. This correspondence confirms that the provisions of SB 29 apply to CoreCivic's proposed immigration intake and detention facility, which requires a site plan review, business license, and building permits. CoreCivic has already applied for three separate building permits, including work that will require a Certificate of Occupancy. Accordingly, the City will notice and conduct two public hearings—within a 180-day review period—to ensure compliance with state law.

The project involves establishing a CoreCivic-operated ICE detention facility at an existing prison site which vacated in 2024. Although the location already has a valid Conditional Use Permit (CUP) authorizing correctional facility use under local zoning, the establishment of the ICE facility for the reuse of existing buildings by a private corporation to house or detain noncitizens for civil immigration proceedings qualifies as a project subject to the SB 29 public review process. This is not a demolition and rebuild; however, the statutory requirements still apply. These requirements operate independently of any existing CUP.

For purposes of SB 29 compliance, August 5, 2025 — the date of the Planning Commission meeting — is being considered Day 1 of the 180-day public review period. This 180-day window will conclude on February 1, 2026. No permits or final project approvals may be executed or issued prior to the completion of both required SB 29 City Council hearings and before this review period expires.

The following schedule identifies the proposed City Council public hearing dates, alternate backup dates. City Council hearings occur on the 2nd and 4th Tuesdays of each month.

| Milestone | City Council Date |
|---|---|
| City Council Hearing 1 – Primary | October 14, 2025 |
| City Council Hearing 1 – Backup | October 28, 2025 |
| City Council Hearing 2 – Primary | January 13, 2026 |
| City Council Hearing 2 – Backup | January 27, 2026 |

Please review the above schedule and advise if you have any questions, concerns, or proposed adjustments. Staff will ensure that all SB 29 noticing requirements are met and that City Council hearing materials are prepared in full compliance with applicable statutes.

Best Regards,
Anu Doravari
Consultant Planner

**From:** Malloy, John <John.Malloy@corecivic.com>
**Sent:** Thursday, August 14, 2025 9:28 AM
**To:** Anu Doravari <adoravari@californiacity-ca.gov>; Montanary, Roseann <roseann.montanary@corecivic.com>
**Cc:** Christopher Lopez <clopez@californiacity-ca.gov>; Joe D. Barragan <JBarragan@californiacity-ca.gov>; Susan Weber <sweber@californiacity-ca.gov>
**Subject:** Re: City of California City Business License and SPR Plan

<div style="border:1px solid #ccc">

**EXTERNAL MESSAGE:** Use caution when clicking links or attachments

</div>

Thank you Anu. We are on it and apologize for the confusion.

Do you have a timeline on when the business license will be issued?

Thank you!

Get Outlook for iOS
**From:** Anu Doravari <adoravari@californiacity-ca.gov>
**Sent:** Thursday, August 14, 2025 9:23 AM
**To:** Malloy, John <John.Malloy@corecivic.com>; Montanary, Roseann <roseann.montanary@corecivic.com>
**Cc:** Christopher Lopez <clopez@californiacity-ca.gov>; Joe D. Barragan <JBarragan@californiacity-ca.gov>;
Susan Weber <sweber@californiacity-ca.gov>
**Subject:** City of California City Business License and SPR Plan

**CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.**

Hello John,

Short answer – Yes. You will need to submit a new sign permit application for the sign.

Long answer:

Please be advised that under California City Municipal Code § 9-4.305 (Duration of Permits):

*"If the applicant for a sign permit is required to obtain a business license, the duration of the sign permit shall be the same as the business license."*

Because your business license application indicates that signage will be displayed in connection with the reopening of your facility, you are required to obtain a valid sign permit. The duration of that sign permit will match the term of your business license, as required by § 9-4.305.

Please coordinate with the building department to ensure the sign permit is obtained prior to operation.

If you have any questions about this requirement, you may contact @Susan Weber

Regards,
Anu Doravari
Consultant Planner

**From:** Malloy, John <John.Malloy@corecivic.com>
**Sent:** Wednesday, August 13, 2025 3:05 PM
**To:** Anu Doravari <adoravari@californiacity-ca.gov>
**Subject:** Re: City of California City Business License and SPR Plan

**EXTERNAL MESSAGE:** Use caution when clicking links or attachments

Thanks Anu. Please call anytime with questions. On the sign permit, do we need to go an apply or are we good as all we did was put a wrap around existing sign. Nothing about the sign changed other than the name. Thank you!

Get Outlook for iOS

**From:** Anu Doravari <adoravari@californiacity-ca.gov>
**Sent:** Wednesday, August 13, 2025 3:01:34 PM
**To:** Malloy, John <John.Malloy@corecivic.com>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>; Lilia Garcia <lgarcia@californiacity-ca.gov>; Stone, Stacey <Stacey.Stone@corecivic.com>; Barker, Michelle <Michelle.Barker@corecivic.com>; Miller, Max <Max.Miller@corecivic.com>; Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Subject:** Re: City of California City Business License and SPR Plan

> **CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.**

Hi John,

Thank you for your email. I will review the information with our team and get back to you.

Regards,
Anu Doravari
Consultant Planner

**From:** Malloy, John <John.Malloy@corecivic.com>
**Sent:** Wednesday, August 13, 2025 2:46 PM
**To:** Anu Doravari <adoravari@californiacity-ca.gov>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>; Lilia Garcia <lgarcia@californiacity-ca.gov>; Stone, Stacey <Stacey.Stone@corecivic.com>; Barker, Michelle <Michelle.Barker@corecivic.com>; Miller, Max <Max.Miller@corecivic.com>; Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Subject:** RE: City of California City Business License and SPR Plan

**EXTERNAL MESSAGE:** Use caution when clicking links or attachments

Anu:

As a follow-up, please find the company's response to the city's letter attached to this email. These responses address issues 1-4 referenced in your email below. Please let me know if you have any questions or wish to discuss further.

John Malloy
CoreCivic
(602) 680-9868

**From:** Anu Doravari <adoravari@californiacity-ca.gov>
**Sent:** Wednesday, August 13, 2025 12:44 PM
**To:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>; Lilia Garcia <lgarcia@californiacity-ca.gov>; Malloy, John <John.Malloy@corecivic.com>; Stone, Stacey <Stacey.Stone@corecivic.com>; Barker, Michelle <Michelle.Barker@corecivic.com>; Miller, Max <Max.Miller@corecivic.com>
**Subject:** Re: City of California City Business License and SPR Plan

> **CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.**

Hi Roseann,

I am coordinating with all City departments to ensure compliance across teams. As part of this effort, I requested the Building Department to reach out regarding the submission of a sign permit application, and I understand they contacted a team member yesterday.

Additionally, I would like to request an update on the progress of items 1 through 4 outlined in the attached letter. Please provide the current status of each item when convenient.

Regards,
Anu Doravari
Consultant Planner

---

**From:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Sent:** Tuesday, August 12, 2025 10:28 AM
**To:** Anu Doravari <adoravari@californiacity-ca.gov>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>; Lilia Garcia <lgarcia@californiacity-ca.gov>; Malloy, John <John.Malloy@corecivic.com>; Stone, Stacey <Stacey.Stone@corecivic.com>; Barker, Michelle <Michelle.Barker@corecivic.com>; Miller, Max <Max.Miller@corecivic.com>
**Subject:** RE: City of California City Business License and SPR Plan

**EXTERNAL MESSAGE:** Use caution when clicking links or attachments

Morning/afternoon Anu, wanted to touch base with you to see if there was any additional information needed.

Thank you. Hope your day is going well.
Roseann

R C Montanary-Lett
Director, Operations Support
CoreCivic
Mobile 615-289-4943
Office  615-263-3068

---

**From:** Anu Doravari <adoravari@californiacity-ca.gov>
**Sent:** Monday, August 11, 2025 2:34 PM
**To:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>;

Lilia Garcia <lgarcia@californiacity-ca.gov>; Malloy, John <John.Malloy@corecivic.com>; Stone, Stacey <Stacey.Stone@corecivic.com>; Barker, Michelle <Michelle.Barker@corecivic.com>; Miller, Max <Max.Miller@corecivic.com>
**Subject:** Re: City of California City Business License and SPR Plan

> **CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.**

Recieved. Thank you!

Regards,
Anu Doravari
Consultant Planner

---

**From:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Sent:** Monday, August 11, 2025 9:32:10 PM
**To:** Anu Doravari <adoravari@californiacity-ca.gov>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>; Lilia Garcia <lgarcia@californiacity-ca.gov>; Malloy, John <John.Malloy@corecivic.com>; Stone, Stacey <Stacey.Stone@corecivic.com>; Barker, Michelle <Michelle.Barker@corecivic.com>; Miller, Max <Max.Miller@corecivic.com>
**Subject:** RE: City of California City Business License and SPR Plan

> **EXTERNAL MESSAGE:** Use caution when clicking links or attachments

Afternoon Anu, please find information requested attached.
Advise if there is any additional information needed.
I understand we are on different time zones, happy to accommodate.

Thank you,
Roseann

R C Montanary-Lett
Director, Operations Support
CoreCivic
Mobile 615-289-4943
Office   615-263-3068

---

**From:** Anu Doravari <adoravari@californiacity-ca.gov>
**Sent:** Monday, August 11, 2025 10:49 AM
**To:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>; Lilia Garcia <lgarcia@californiacity-ca.gov>
**Subject:** RE: City of California City Business License and SPR Plan

> **CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.**

Hi Roseann,

I am reviewing your application documents and could not locate the business operations document describing the daily operations and operational hours and other related details. Please send that over when you can.

Regards,
Anu Doravari
Consultant Planner

**From:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Sent:** Tuesday, July 22, 2025 1:16 PM
**To:** Anu Doravari <adoravari@californiacity-ca.gov>; Joe D. Barragan <JBarragan@californiacity-ca.gov>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>
**Subject:** City of California City Business License and SPR Plan

**EXTERNAL MESSAGE:** Use caution when clicking links or attachments

Anu, hope all is well. As instructed by Mr. Barragan, please find attached the SPR Minor plan for CoreCivic California City.
It is our understanding and belief that the items requested for the SPR are already in the possession of the city.

Also attached to the email are additional back-up documents in support of the SPR.

- Letter concerning the ADA requirements - Mr. Ariola
- Disabled Accessibility Certification
- Deed showing ownership of the facility.
- Sign off from the Fire Marshal's office.
- Information on the company name change in case it is needed.
- Copy of the business license application.

We appreciate your time and consideration.
Regards,
Roseann

R C Montanary-Lett
Director, Operations Support
CoreCivic
Mobile 615-289-4943
Office   615-263-3068

**ATTACHMENT M**

**ATTACHMENT M**

| From: | "Susan Weber" <sweber@californiacity-ca.gov> |
|---|---|
| Sent: | 08/14/2025 5:18:50 PM (-07:00) |
| To: | "Montanary, Roseann" <Roseann.Montanary@corecivic.com>; "Anu Doravari" <adoravari@californiacity-ca.gov> |
| Cc: | "Gallagher, Sean" <Sean.Gallagher@corecivic.com>; "Chestnut, Christopher" <Christopher.Chestnut@corecivic.com>; "Joe D. Barragan" <JBarragan@californiacity-ca.gov>; "Christopher Lopez" <clopez@californiacity-ca.gov> |
| Subject: | RE: Cal City sign Permit Application and Pictures. |
| Attachments: | 21381 inspection.pdf, 21381 receipt 8-14-25.pdf, 21381 permit card.pdf |

CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.

Good afternoon,

Attached are your sign permit documents and receipt.

Thank you,



**Susie Weber**
**Administrative Secretary**
**City of California City**
**Building Department**
**O: (760) 373-7152**
**sweber@californiacity-ca.gov**

---

**From:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Sent:** Thursday, August 14, 2025 11:19 AM
**To:** Susan Weber <sweber@californiacity-ca.gov>
**Cc:** Gallagher, Sean <Sean.Gallagher@corecivic.com>; Chestnut, Christopher <Christopher.Chestnut@corecivic.com>
**Subject:** Cal City sign Permit Application and Pictures.

EXTERNAL MESSAGE: Use caution when clicking links or attachments

Morning Susan, please find attached the sign permit application and pictures of the sign at the facility. Please advise is any other information is needed.

Appreciate the guidance.
Roseann

R C Montanary-Lett
Director, Operations Support

CoreCivic
Mobile 615-289-4943
Office   615-263-3068

**From:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>
**Sent:** Thursday, August 14, 2025 1:07 PM
**To:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Cc:** Gallagher, Sean <Sean.Gallagher@corecivic.com>
**Subject:** FW: Items

Chris

**From:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>
**Sent:** Thursday, August 14, 2025 10:39 AM
**To:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>
**Subject:** Sign

Chris

8/14/25, 5:18 PM        iworq.net/iworq/0_Pages/popupEditLetterPrint.php?sid=D7XRFNFXGCMFMHZJ1FG8MKHZMG602&id=26792170&letterlinkid=307...

Case 1:25-cv-01292-JLT-CDB    Document 18-3    Filed 10/27/25    Page 78 of 82

**California City Building Dept.**
21000 Hacienda Blvd.
California City, Calif. 93505
(760) 338-1498



## C - Sign Permit

**Permit Number:**    21381

---

### Applicant
|  |  | **Approval Date:** | 08/14/2025 |
**Name:**    Core Civic LLC
**Phone:**    817-917-8501
**Address:**  5501 Virginia Way #110
Brentwood, TN 37027

---

### Parcel
**Parcel Number:**    350 031 02          **Zoning:**
**Address:**        22844 Virginia Blvd
California City, Ca 93505
**Addition:**    S13T32R38          **Block:**          **Lot(s):**  S13T32R38
**Legal Description:**    350-031-02
**Section/Township/Range:**

---

### Owner
**Name:**                    **Phone:**
**Address:**
,

---

### Contractor
**Contractor Type:**  Sign
**Name:**    Bennu Enterprises          **Phone:**    615-522-4588
**Address:**  1116 Fowler St
Old Hickory, TN 37138

---

### Fees and Receipts

| | Code | |
|---|---|---|
| Application Fee | 3 319 | $46.00 |
| Bldg Stand Spec Rev Fund | 6 614 | $1.00 |
| Min Permit Fee | 3 319 | $56.00 |

| **Fee** | **Description** | |
|---|---|---|
| | **Total Fees:** | **$103.00** |

---

### Description

**Structure Use:**                    **Start Date:**

**Purpose:**    Sign Permit (After the Fact)
installed new vinyl wrap on
existing sign structure for    **End Date:**
Core Civic. No other
changes to sign made.

**Construction Value:**    $2800.00

**Floor Areas**                    **Commercial Buildings**

8/14/25, 5:18 PM iworq.net/iworq/0_Pages/popupEditLetterPrint.php?sid=D7XRFNFXGCMFMHZJ1FG8MKHZMG602&id=26792170&letterlinkid=307…

Case 1:25-cv-01292-JLT-CDB    Document 18-2    Filed 10/27/25    Page 79 of 82

**Living Space:**          **Building 1:**
**Basement/Storage:**          **Building 2:**
**Garage:**          **Accessory 1:**
**Decks:**          **Accessory 2:**
**Porches:**          **Other:**
**Other:**          **Total:**
**Total Area:**

**Structure Area:**      **Site Area:**      **Percentage of Site:**

## Conditions

**Date:**      **Status:**      **Code:**
**Condition Description:**
**Condition Comments:**

LICENSED CONTRACTORS DECLARATION: I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Class: _____  Lic. #: _____  Date: _____  Contractor: _____

WORKER'S COMPENSATION DECLARATION: I hereby affirm that I have a certificate of consent to self-insure, or a certificate of Worker's Compensation Insurance, or a certified copy thereof (Sec. 3800, I.A.B.O.)

Policy#: _____  Company: _____  Exp: _____  Applicant: _____

CERTIFICATE OF EXEMPTION FROM WORKER'S COMPENSATION INSURANCE: (This section performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the Worker's Compensation Laws of California.

Date: _____  Applicant: _____

NOTICE TO APPLICANT: If, after making this Certificate of Exemption, you should become subject to the Worker's Compensation provisions of the Labor Code, you must forthwith comply with such provisions or this permit shall be deemed revoked.

_____ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale (Sec. 7044, Business & Professions Code: The Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or through his own employees, provided that if such improvement is sold within one year of completion, the owner-builder will have the burden of proving that he did not build or improve for the purpose of sale).

_____ I, as of the property, am exclusively contracting with licensed contractors to construct the project (Sec. 7044, Business & Professions Code)

_____ I am exempt under Sec._____, Business & Professions Code, for this reason:

Date: _____  Owner: _____

I certify that I have read this application and state that the information is correct. I agree to comply with all City Ordinances and State Laws regulating construction. I certify that in the performance of this work for which this permit is issued, I shall not employ any person in violation of the Labor Code of California relating to Workman's Compensation. This permit becomes null and void if work is not commenced within 180 days from date of issuance.

Signature of Applicant or Agent: _____  Date: _____

8/14/25, 5:18 PM    iworq.net/iworq/0_Pages/popupEditLetterPrint.php?sid=D7XRFNFXGCMFMHZJ1FG8MKHZMG602&id=26792170&letterlinkid=307…

Case 1:25-cv-01292-JLT-CDB    Document 18-3    Filed 10/27/25    Page 80 of 82

City of California City
21000 Hacienda Blvd
California City  CA  93505                              (760) 373-8661

Receipt No: 9.000003207                                 Aug 14, 2025


350-031-02/Core Civic

| | |
|---|---|
| Permits/Fees - Building Permits | 46.00 |
| 10-3221 Building Permits | |
| Permits/Fees - Building Permits | 56.00 |
| 10-3221 Building Permits | |

| | |
|---|---|
| Total: | 102.00 |

| | |
|---|---|
| Misc Revenue - Revolving State Fund | 1.00 |
| 10-02082 Special Revolving State Fund | |

| | |
|---|---|
| Total: | 1.00 |

| | |
|---|---|
| Credit Card          Check No: mc | 103.00 |
| Payor: 350-031-02/Core Civic | |
| Total Applied: | 103.00 |

| | |
|---|---|
| Change Tendered: | .00 |

Duplicate Copy

08/14/2025 5:12 PM

Case 1:25-cv-01292-JLT-CDB    Document 18-3    Filed 10/27/25    Page 82 of 82

# INSPECTION RECORD
## POST THIS CARD AT JOBSITE
# California City
## BUILDING DEPARTMENT

| Required Inspections | Appr'd | Date |
|---|---|---|
| ☐ Set Backs / Land Survey | | |
| ☐ Underground Plumbing | | |
| ☐ Footing and Slab | | |
| ☐ Foundation / Block Walls | | |
| ☐ Framing Roof Sheathing | | |
| ☐ Framing Rough (Walls/Shear Panels) | | |
| ☐ Ventilation Attic/Floor | | |
| ☐ Rough Electrical | | |
| ☐ UFER for Electrical Service | | |
| ☐ Gas Pressure Test | | |
| ☐ Rough Mechanical | | |
| ☐ Rough Plumbing | | |
| ☐ Seepage Pit/Leach Field/Special Trench | | |
| ☐ Septic Tank | | |
| ☐ Sewer Line | | |
| ☐ Drainage / Rain Gutters | | |
| ☐ Insulation | | |
| ☐ Lathing | | |
| ☐ Drywall Nailing | | |
| ☐ Sewer Compaction | | |
| ☐ Progress | | |
| ☐ Fireplace and Stoves | | |
| ☐ Framing Floor | | |
| ☐ Masonry and Concrete Walls | | |
| ☐ Underground Electrical | | |
| ☐ HVAC | | |
| ☐ Fire Bucket | | |
| ☐ Fire Rough | | |
| ☐ Fire Sprinkler System | | |
| ☐ Temporary Electrical | | |
| ☐ Elevation Certification | | |
| ☐ Asphalt Patch | | |
| ☐ Concrete Approach with Flow Line | | |
| ☐ CF1R | | |
| ☐ CF2R | | |
| ☐ CF3R | | |
| ☐ Other | | |
| ☐ Other | | |
| ☐ Other | | |

**NOTICE**

POST THIS CARD IN A SAFE, CONSPICUOUS PLACE ON JOB. GIVE 48-HOUR NOTICE TO BUILDING DEPARTMENT WHEN READY FOR INSPECTION. CALL (760) 338-8387. GIVE A GOOD PHONE NUMBER, PERMIT NUMBER, AND WORK TO BE INSPECTED. PLANS SHALL BE ON JOB SITE OR INSPECTION CANNOT BE MADE.

**PROJECT**

| | |
|---|---|
| Address | 22844 Virginia Blvd |
| Owner | Core Civic LLC |
| Phone | 817-917-8501 |
| Permit Type | C - Sign Permit |
| Description | Sign Permit (After the Fact) installed new vinyl wrap on existing sign structure for Core Civic. No other changes to sign made. |
| Contractor | Bennu Enterprises |
| Lot | S13T32R38    Tract |
| Permit # | 21381    Date    08/14/2025 |

DO NOT REQUEST FINAL INSPECTION UNLESS ALL WORK HAS BEEN COMPLETED

**FINAL**

| | Appr'd | Date |
|---|---|---|
| Building | | |
| Smoke Detectors/ CO$_2$ Sensors | | |
| Energy Code | | |
| Mechanical | | |
| Plumbing | | |
| Roofing Certification | | |
| Grading | | |
| Flood Zone | | |
| Right of Way Improvements | | |
| Solar System | | |
| Electrical | | |
| Service Panel | | |
| Elevation Certificate | | |
| Fire | | |
| Backflow Certification | | |
| Backflow Cert I.D. | | |
| Insulation Certificate | | |

Comments:

RECEIPTS MUST BE SUBMITTED TO BUILDING DEPARTMENT WITHIN 90 DAYS OR BEFORE PROJECT IS FINALED (WHICHEVER COMES FIRST.)

**\*\*MPU's MUST CONTACT EDISON FOR DISCONNECT\*\***

CERTIFICATE OF OCCUPANCY                    DATE: