JOSEPH D. PETTA (State Bar No. 286665)
MINDY K. JIAN (State Bar No. 336139)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:   (415) 552-7272
Facsimile:   (415) 552-5816
Petta@smwlaw.com
Mjian@smwlaw.com
Rgallagher@smwlaw.com

Attorneys for Dignity Not Detention Coalition

CALLARD E. COWDERY (State Bar No. 329697)
AFRICAN ADVOCACY NETWORK
3106 Folsom St
San Francisco, California 94110
Telephone: (415) 889-9573
ccowdery@aansf.org

Attorneys for John Doe

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION and JOHN DOE,<br><br>　　　　Petitioners and Plaintiffs,<br><br>　v.<br><br>CITY OF CALIFORNIA CITY and CORECIVIC, INC.,<br><br>　　　　Respondents and Defendants.<br><br>CORECIVIC, INC.,<br><br>　　　　Real Party in Interest. | Case No. 1:25-cv-01292-KES-CDB<br><br>**DECLARATION OF RYAN K. GALLAGHER IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Date:　November 3, 2025<br>Time:　1:00 p.m.<br>Judge:　Hon. Kirk E. Sherriff<br>Crtrm:　6<br><br>Hon. Hon. Kirk E. Sherriff, District Judge<br>Hon. Christopher D. Baker, Magistrate Judge<br><br>Trial Date:　　　None set |

DECLARATION OF RYAN K. GALLAGHER ISO EX PARTE APPLICATION
Case No. 1:25-cv-01292-KES-CDB

# DECLARATION OF RYAN K. GALLAGHER

I, Ryan K. Gallagher, declare as follows:

1. I am an attorney licensed to practice in the State of California and an attorney at Shute, Mihaly & Weinberger LLP, attorneys for Petitioner and Plaintiff Dignity Not Detention Coalition ("Coalition"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On October 27, 2025, Respondent and Defendant CoreCivic, Inc. ("CoreCivic") filed papers in opposition to Petitioners' Ex Parte Application for a Temporary Restraining Order and Order to Show Cause. Based on the arguments raised in those papers, and particularly the arguments that Petitioners' claims were barred by the doctrines of intergovernmental immunity, preemption, and derivative sovereign immunity, it became clear that CoreCivic's contracts with U.S. Immigrations and Customs Enforcement ("ICE") for the operation of the California City Facility ("Facility") would be directly relevant to Petitioners' pending requests for interim relief.

3. On October 28, 2025, I emailed counsel for CoreCivic to request that they voluntarily disclose CoreCivic's April 2025 "Letter Contract" and September 2025 "definitive contract" with ICE. In that email, I explained that the contracts were relevant to Petitioners' request for interim relief and should be disclosed to the parties and the Court before the hearing on the ex parte applications scheduled for November 3, 2025. A true and correct copy of this email is included as part of **Exhibit A** to this declaration.

4. To allow time to provide the contracts to the other parties and the Court in advance of the November 3 hearing, I requested that CoreCivic voluntarily produce the contracts by 5:00 p.m. Pacific Time on Thursday, October 30, 2025. I further advised CoreCivic's counsel that my client intended to move for expedited discovery of the contracts if they were not voluntarily disclosed by that date.

5. At 4:01 p.m. on October 30, 2025, an employee of the law firm representing CoreCivic, Michael N. Giardina, responded to my email. Mr. Giardina stated that CoreCivic was

unable to disclose the contracts without ICE's permission, and that they had forwarded our request for disclosure to ICE. A true and correct copy of this email correspondence is included as part of **Exhibit A** to this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2025 at San Francisco, California.

By:     /s/Ryan K. Gallagher

# EXHIBIT A

**Sara L. Breckenridge**

| | |
|---|---|
| **From:** | Mike Giardina <MGiardina@strucklove.com> |
| **Sent:** | Thursday, October 30, 2025 4:01 PM |
| **To:** | Ryan Gallagher |
| **Cc:** | Joseph D. Petta; Sara L. Breckenridge; Mindy Jian; Callard Cowdery; Nicholas Rasmussen; Nancy Flores-Castaneda; Elaine Percevecz; Sanchez, Brandon A. |
| **Subject:** | FW: Dignity Not Detention Coalition, et al., v. City of California City, et al., Case No. 1:25-cv-01292-KES-CDB |

Counsel,

Mr. Struck is currently unavailable but directed me to respond on his behalf.

We have forwarded your request to ICE, as we are prohibited from disclosing the contracts without their permission.



Michael N. Giardina, ACP, CAS
Senior Paralegal

**STRUCK LOVE ACEDO, PLC**

3100 W. Ray Road | Suite 300 | Chandler AZ 85226

480.420.1613 | mgiardina@strucklove.com | strucklove.com

---

**From:** Ryan Gallagher <rgallagher@smwlaw.com>
**Sent:** Tuesday, October 28, 2025 2:33 PM
**To:** Dan Struck <DStruck@strucklove.com>; Dana Keene <dkeene@strucklove.com>; Shannon Knorr <sknorr@strucklove.com>; Nicholas Rasmussen <nicholas.rasmussen@mccormickbarstow.com>; Nancy Flores-Castaneda <nancy.flores-castaneda@mccormickbarstow.com>
**Cc:** Joseph D. Petta <petta@smwlaw.com>; Sara L. Breckenridge <breckenridge@smwlaw.com>; Mindy Jian <mjian@smwlaw.com>; Callard Cowdery <ccowdery@aansf.org>
**Subject:** Dignity Not Detention Coalition, et al., v. City of California City, et al., Case No. 1:25-cv-01292-KES-CDB

Counsel:

We represent Plaintiff Dignity Not Detention Coalition in the above-captioned matter. Based on the opposition papers you filed last night, we write to request that you voluntarily produce the following two documents in advance of formal discovery, which we understand to be in your client's possession or control:

- CoreCivic's "Letter Contract" with ICE regarding operation of the California City Facility, dated April 2025. The letter contract is referenced on page 4 of CoreCivic's brief in opposition to the TRO (Dkt. 18) and in paragraph 20 of the previously filed Declaration of Bart E. Verhulst (Dkt. 1-5).

- CoreCivic's formal contract with ICE regarding operation of the California City Facility, dated September 2025. The contract is referenced on page 4 of CoreCivic's opposition to the TRO and in paragraph 22 of the Verhulst Declaration.

1

The two contracts and their terms are directly relevant to the merits of the federal defenses alleged in CoreCivic's opposition papers, including intergovernmental immunity, preemption, and derivative sovereign immunity. Thus, the contracts are also relevant to Plaintiffs' likelihood of success on the merits and their entitlement to interim relief, and should be made available to all parties and the Court before the hearing on the TRO and order to show cause on November 3, 2025.

We request that you disclose the two contracts by 5:00 pm Pacific Time on Thursday, October 30, 2025. If you decline to voluntarily disclose the contracts, we intend to move for expedited discovery of these two documents.

Thank you,



Ryan Gallagher
Attorney
Shute, Mihaly & Weinberger LLP
396 Hayes Street
San Francisco, CA 94102-4421
p: 415/552-7272 x220 |
www.smwlaw.com | A San Francisco Green Business

---

This electronic mail transmission contains information from the law firm Struck Love Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.