JOSEPH D. PETTA (State Bar No. 286665)
MINDY K. JIAN (State Bar No. 336139)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:    (415) 552-7272
Facsimile:    (415) 552-5816
Petta@smwlaw.com
Mjian@smwlaw.com
Rgallagher@smwlaw.com

Attorneys for Dignity Not Detention Coalition

CALLARD E. COWDERY (State Bar No. 329697)
AFRICAN ADVOCACY NETWORK
3106 Folsom St
San Francisco, California 94110
Telephone: (415) 889-9573
ccowdery@aansf.org

Attorneys for John Doe

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION and JOHN DOE,<br><br>　　　　Petitioners and Plaintiffs,<br><br>　　v.<br><br>CITY OF CALIFORNIA CITY and CORECIVIC, INC.,<br><br>　　　　Respondents and Defendants.<br><br>CORECIVIC, INC.,<br><br>　　　　Real Party in Interest. | Case No. 1:25-cv-01292-KES-CDB<br><br>**DECLARATION OF CALLARD E. COWDERY IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date:　　November 3, 2025<br>Time:　　1:00 p.m.<br>Crtrm.:　 6<br>Judge:　　Hon. Kirk E. Sherriff<br><br>Hon. Hon. Kirk E. Sherriff, District Judge<br>Hon. Christopher D. Baker, Magistrate Judge<br><br>Trial Date:　　　None set |

DECLARATION OF CALLARD E. COWDERY

I, Callard E. Cowdery, declare as follows:

1. I am an attorney licensed to practice in the State of California and an attorney for the African Advocacy Network, attorneys for Petitioner and Plaintiff John Doe. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. In the Declaration of Christopher Chestnut ("Chestnut Decl.") in support of Respondent CoreCivic, Inc.'s Response to Petitioners' Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction ("CoreCivic TRO Opp."), Mr. Chestnut states that he "is able to determine that [Doe] is classified as High custody, which indicates that he has one or more criminal convictions." Chestnut Decl., n.3; *see also* CoreCivic TRO Opp. at 4, n.5 (John Doe is "classified as High/Mod-High and thus [has] criminal convictions.").

3. In fact, my client has no criminal convictions in any country. Furthermore, in the ICE detention facility where he was previously held, he was classified as low level security.

4. CoreCivic asserts that if Petitioner John Doe is the same petitioner in a separate habeas case in the Eastern District (Case No. 1:25-cv-01372-CDB), and were to obtain habeas relief, "he will no longer have standing in this action." CoreCivic TRO Opp. at 16, n.14.

5. Petitioner John Doe is not involved in the cited habeas case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of October, 2025, at San Francisco, California.

s/Callard E. Cowdery

---

DECLARATION OF CALLARD E. COWDERY IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
Case No. 1:25-cv-01292-KES-CDB