JOSEPH D. PETTA (State Bar No. 286665)
MINDY K. JIAN (State Bar No. 336139)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:  (415) 552-7272
Facsimile:   (415) 552-5816
Petta@smwlaw.com
Mjian@smwlaw.com
Rgallagher@smwlaw.com

Attorneys for Dignity Not Detention Coalition

CALLARD E. COWDERY (State Bar No. 329697)
AFRICAN ADVOCACY NETWORK
3106 Folsom St
San Francisco, California 94110
Telephone: (415) 889-9573
ccowdery@aansf.org

Attorneys for John Doe

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION and JOHN DOE,<br><br>    Petitioners and Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY and CORECIVIC, INC.,<br><br>    Respondents and Defendants.<br><br>CORECIVIC, INC.,<br><br>    Real Party in Interest. | Case No. 1:25-cv-01292-KES-CDB<br><br>**NOTICE OF SUPPLEMENTAL REQUEST TO SEAL DOCUMENTS**<br><br>Date:    November 3, 2025<br>Time:    1:00 p.m.<br>Crtrm.:  6<br>Judge:  Hon. Kirk E. Sherriff<br><br>Hon. Hon. Kirk E. Sherriff, District Judge<br>Hon. Christopher D. Baker, Magistrate Judge<br><br>Trial Date:    None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Petitioners and Plaintiffs ("Petitioners") Dignity Not Detention Coalition ("Coalition") and John Doe ("Doe") have submitted a Supplemental Request to Seal Documents, allowing to be filed under seal the version of the Supplemental Declaration of John Doe in support of Ex Parte Application for Temporary Restraining Order and Order to Show Cause that contains the signature and true name of Doe.

This request is made on the grounds that Doe is currently physically detained at the California City Correctional Facility operated by CoreCivic, Inc. ("Defendant" or "CoreCivic"), which is the subject of this lawsuit and pseudonymity is necessary to protect Doe from retaliation, injury and harassment. Doe's need for anonymity also supports sealing the record and the other requirements in Local Rule 141 are met. As such, Doe's need for pseudonymity outweighs prejudice to the opposing party and the public's interest in knowing his identity, and is also good cause for sealing documents that reveal his identity.

This request is made on the grounds that Petitioners will suffer irreparable harm absent the requested relief, and is based on the accompanying supplemental declaration of John Doe, the previously filed ex parte applications, memorandum of points and authorities and declarations, and any other documents which are being or will be filed or lodged in support thereof; all other materials on file herein; and on such other and further matters as the Court may consider at the hearing.

The Request to Seal Documents, [Proposed] Order, and declaration to be sealed have been e-mailed to the Judge's proposed orders e-mail box listed on the Court's website. All parties were served by e-mail with the Request to Seal Documents, the [Proposed] Order and the public version of the declaration to be sealed. However, Respondents and Defendants have not been served the documents to be sealed, because doing so would undermine Doe's request to proceed under pseudonym, which seeks to conceal Doe's identity both from the public and from Respondents and Defendants.

DATED: October 30, 2025               SHUTE, MIHALY & WEINBERGER LLP


                                      By:    /s/Joseph D. Petta
                                          JOSEPH D. PETTA
                                          MINDY K. JIAN
                                          RYAN K. GALLAGHER

                                          Attorneys for Dignity Not Detention Coalition