UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY, et al.,<br><br>Defendants. | No.  1:25-cv-01292-KES-CDB<br><br>ORDER OF RECUSAL |

The undersigned hereby recuses himself as the judge to whom this case is assigned.  IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.  All dates and deadlines currently pending before the undersigned are vacated.

IT IS SO ORDERED.

Dated:   October 30, 2025

_____
UNITED STATES DISTRICT JUDGE

1