# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION AND JOHN DOE,<br><br>　　　　Petitioners and Plaintiffs,<br><br>　v.<br><br>CITY OF CALIFORNIA CITY; CORECIVIC, INC.,<br><br>　　　　Respondents and Defendants.<br><br>CORECIVIC, INC.,<br><br>　　　　Real Party in Interest. | Case No. 1:25-cv-01292-JLT-CDB<br><br>**[PROPOSED] ORDER GRANTING CORECIVIC'S MOTION FOR ADMINISTRATIVE RELIEF TO SUPPLEMENT RESPONSE UPON DISCLOSURE OF DOE'S IDENTITY**<br><br>U.S. District Judge: Hon. Jennifer L. Thurston<br>U.S. Magistrate Judge: Hon. Christopher D. Baker<br><br>Trial Date:   None |

　　　Having considered Respondent CoreCivic, Inc.'s Motion for Administrative Relief to Supplement Response Upon Disclosure of Doe's Identity, and for good cause shown,

　　　**IT IS HEREBY ORDERED** that Respondent CoreCivic, Inc.'s Motion is **GRANTED**. CoreCivic shall file its Supplemental Response within seven days of Petitioners' service of John Doe's identity to CoreCivic's counsel.

- 1 -