1  Daniel P. Struck, Pro Hac Vice
   Dana M. Keene, CA Bar #324993
2  Shannon L. Knorr, CA Bar #300399
   STRUCK LOVE ACEDO, PLC
3  3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
4  Tel.:  (480) 420-1600
   Fax:  (480) 420-1695
5  dstruck@strucklove.com
   dkeene@strucklove.com
6  sknorr@strucklove.com

7  Nicholas H. Rasmussen, Bar #285736
   Nancy Flores-Castaneda, Bar #357148
8  McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & SMITH, LLP
9  7647 North Fresno Street
   Fresno, CA  93720
10 Tel: (559) 433-1300
   Fax: (559) 433-2300
11 nrasmussen@mccormickbarstow.com
   nancy.flores-castaneda@mccormickbarstow.com
12
   Attorneys for Respondent-Defendant  CoreCivic, Inc.
13

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION AND JOHN DOE,<br><br>                    Petitioners-Plaintiffs,<br><br>          v.<br><br>CITY OF CALIFORNIA CITY; CORECIVIC, INC.,<br><br>                    Respondents-Defendants. | Case No. 1:25-cv-01292-JLT-CDB<br><br>**RESPONDENT CORECIVIC, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>U.S. District Judge: Hon. Jennifer L. Thurston<br>U.S. Magistrate Judge: Hon. Christopher D. Baker<br><br>Trial Date:   None |

        This Corporate Disclosure Statement is filed on behalf of Respondent CoreCivic, Inc.

("CoreCivic") in compliance with the provisions of:  *(check one)*

        **X**    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to

an action in district court must file a statement that identifies any parent corporation and any

publicly held corporation that owns 10% or more of its stock or states that there is no such

corporation.

- 1 -

1      ___    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental

2    corporate party to a proceeding in a district court must file a statement that identifies any parent

3    corporation and any publicly held corporation that owns 10% or more of its stock or states that

4    there is no such corporation.

5      ___    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of

6    alleged criminal activity is a corporation the government must file a statement identifying the victim

7    and the statement must also disclose the information required by Rule 12.4(a)(1).

8         **The filing party hereby declares as follows:**

9      __X__    No such corporation.

10      ___    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as

11    listed below.  *(Attach additional pages if needed).*

12    _____ Relationship _____

13      ___    Publicly held corporation, not a party to the case, with a financial interest in the

14    outcome.  *List identity of corporation and the nature of financial interest.  (Attach additional pages*

15    *if needed).*

16    _____ Relationship _____

17      ___    Other (please explain)

18    _____

19       **A supplemental disclosure statement will be filed upon any change in the information**

20    **provided herein.**

21

22

23

24

25

26

27

28

- 2 -

RESPONDENT CORECIVIC, INC'S CORPORATE DISCLOSURE STATEMENT
CASE NO. 1:25-CV-01292-JLT-CDB

1

DATED this 7th day of November 2025.

2

STRUCK LOVE ACEDO, PLC

3

4

By /s/ Dana M. Keene
Daniel P. Struck
Dana M. Keene
Shannon L. Knorr

5

6

Nicholas H. Rasmussen
Nancy Flores-Castaneda
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

7

8

9

Attorneys for Respondent-Defendant CoreCivic,
Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPONDENT CORECIVIC, INC'S CORPORATE DISCLOSURE STATEMENT
CASE NO. 1:25-CV-01292-JLT-CDB