JOSEPH D. PETTA (State Bar No. 286665)
MINDY K. JIAN (State Bar No. 336139)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:    (415) 552-7272
Facsimile:    (415) 552-5816
Petta@smwlaw.com
Mjian@smwlaw.com
Rgallagher@smwlaw.com

Attorneys for Dignity Not Detention Coalition

CALLARD E. COWDERY (State Bar No. 329697)
AFRICAN ADVOCACY NETWORK
3106 Folsom St
San Francisco, California 94110
Telephone: (415) 889-9573
ccowdery@aansf.org

Attorneys for John Doe

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

|  |  |
|---|---|
| DIGNITY NOT DETENTION COALITION and JOHN DOE,<br><br>       Petitioners and Plaintiffs,<br><br>       v.<br><br>CITY OF CALIFORNIA CITY and CORECIVIC, INC.,<br><br>       Respondents and Defendants.<br><br>CORECIVIC, INC.,<br><br>       Real Party in Interest. | Case No. 1:25-cv-01292-JLT-CDB<br><br>**STIPULATION REGARDING DEADLINES TO FILE CORECIVIC'S RESPONSIVE PLEADINGS AND RELATED DOCUMENTS**<br><br>Hon. Jennifer L. Thurston, District Judge<br>Hon. Christopher D. Baker, Magistrate Judge<br><br>Trial Date:      None set |

WHEREAS, Petitioners and Plaintiffs Dignity Not Detention Coalition ("Coalition") and John Doe (collectively "Plaintiffs") filed this action in the Superior Court of Kern County, California on September 16, 2025;

WHEREAS, Respondent and Defendant CoreCivic, Inc. ("CoreCivic") removed this action to the United States District Court for the Eastern District of California on October 1, 2025 (Dkt. 1);

WHEREAS, the parties wish to stipulate to extend the deadline for filing the Defendants' responsive pleadings and any responses thereto from Plaintiffs;

NOW, THEREFORE, the parties hereby stipulate as follows and accordingly request that the Court enter the [Proposed] Order set forth below:

1.     Defendant CoreCivic has returned a signed waiver of service, to be filed concurrently with this Stipulation, and thereby waives any defense based upon service of process in this action;

2.     CoreCivic shall file any responsive pleading by January 16, 2026;

3.     Plaintiffs shall file any opposition no later than 42 days after filing and service of Defendant's responsive pleading; and

4.     CoreCivic shall file any reply no later than 14 days after filing and service of Plaintiffs' opposition.

DATED:  November 26, 2025          SHUTE, MIHALY & WEINBERGER LLP


By:    /s/ Joseph D. Petta
       _____
       JOSEPH D. PETTA
       MINDY K. JIAN
       RYAN K. GALLAGHER

       Attorneys for Dignity Not Detention Coalition

DATED: November 26, 2025          STRUCK LOVE ACEDO, PLC


                                  By:   /s/Daniel P. Struck (as authorized on 11/26/25)
                                        DANIEL P. STRUCK
                                        DANA M. KEENE
                                        SHANNON L. KNORR

                                        NICHOLAS H. RASMUSSEN
                                        NANCY FLORES-CASTANEDA
                                        MCCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH LLP

                                        Attorneys for CoreCivic, Inc.

3

STIPULATION REGARDING DEADLINES TO FILE RESPONSIVE PLEADINGS AND RELATED DOCUMENTS
Case No. 1:25-cv-01292-JLT-CDB

# [PROPOSED] ORDER

The parties having met and conferred and entered the foregoing Stipulation, which the Court has reviewed, and for good cause appearing, the Court HEREBY ORDERS that:

1. Defendant CoreCivic has waived any defense based upon service of process;

2. Defendant shall file any responsive pleading by January 16, 2026;

3. Plaintiffs shall file any opposition no later than 42 days after filing and service of Defendant's responsive pleading; and

4. Defendant shall file any reply no later than 14 days after filing and service of Plaintiffs' opposition.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. JENNIFER L. THURSTON
United States District Judge

STIPULATION REGARDING DEADLINES TO FILE RESPONSIVE PLEADINGS AND RELATED DOCUMENTS
Case No. 1:25-cv-01292-JLT-CDB