JOSEPH D. PETTA (State Bar No. 286665)
MINDY K. JIAN (State Bar No. 336139)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:    (415) 552-7272
Facsimile:    (415) 552-5816
Petta@smwlaw.com
Mjian@smwlaw.com
Rgallagher@smwlaw.com

Attorneys for Dignity Not Detention Coalition

CALLARD E. COWDERY (State Bar No. 329697)
AFRICAN ADVOCACY NETWORK
3106 Folsom St
San Francisco, California 94110
Telephone: (415) 889-9573
ccowdery@aansf.org

Attorneys for John Doe

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION and JOHN DOE,<br><br>Petitioners and Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY and CORECIVIC, INC.,<br><br>Respondents and Defendants.<br><br>CORECIVIC, INC.,<br><br>Real Party in Interest. | Case No. 1:25-cv-01292-JLT-CDB<br><br>**STIPULATION REGARDING DEADLINES TO FILE CITY'S RESPONSIVE PLEADING AND RELATED DOCUMENTS**<br><br>Hon. Jennifer L. Thurston, District Judge<br>Hon. Christopher D. Baker, Magistrate Judge<br><br>Trial Date:        None set |

WHEREAS, Petitioners and Plaintiffs Dignity Not Detention Coalition ("Coalition") and John Doe (collectively "Plaintiffs") filed this action in the Superior Court of Kern County, California on September 16, 2025;

WHEREAS, Respondent and Defendant CoreCivic, Inc. ("CoreCivic") removed this action to the United States District Court for the Eastern District of California on October 1, 2025 (Dkt. 1);

WHEREAS, Respondent and Defendant City of California City ("City") was personally served with the Complaint on October 2, 2025;

WHEREAS, the Superior Court of Kern County issued the summons in the originating action on October 13, 2025;

WHEREAS, the City was personally served with the summons on October 28, 2025;

WHEREAS, the City has objected to the service of the summons as improper due to removal of the action prior to service;

WHEREAS, in the interest of judicial economy, the parties wish to resolve any concerns related to the effectiveness of service of process;

WHEREAS, the parties wish to stipulate to extend the deadline for filing the Defendant's responsive pleadings and any responses thereto from Plaintiffs;

NOW, THEREFORE, the parties hereby stipulate as follows and accordingly request that the Court enter the [Proposed] Order set forth below:

1.    Plaintiffs and the City agree that service of process on the City is deemed complete as of the date this Stipulation is filed;

2.    The City hereby accepts service of the summons and Complaint and waives any objection to or defense based upon service of process in this action;

3.    The City shall file any responsive pleading by January 16, 2026;

4.    Plaintiffs shall file any opposition no later than 42 days after filing and service of Defendant's responsive pleading; and

5.    The City shall file any reply no later than 14 days after filing and service of Plaintiffs' opposition.

2

STIPULATION REGARDING DEADLINES TO FILE RESPONSIVE PLEADINGS AND RELATED DOCUMENTS
Case No. 1:25-cv-01292-JLT-CDB

DATED:  November 26, 2025        SHUTE, MIHALY & WEINBERGER LLP


By:    /s/Joseph D. Petta
       JOSEPH D. PETTA
       MINDY K. JIAN
       RYAN K. GALLAGHER

       Attorneys for Dignity Not Detention Coalition


DATED:  November 26, 2025        BURKE, WILLIAMS & SORENSEN, LLP


By:    /s/Brandon A. Sanchez (as authorized on 11/26/25)
       VICTOR M. PONTO
       MARK J. AUSTIN
       BRANDON A. SANCHEZ

       Attorneys for City of California City

3

STIPULATION REGARDING DEADLINES TO FILE RESPONSIVE PLEADINGS AND RELATED DOCUMENTS
Case No. 1:25-cv-01292-JLT-CDB

## [PROPOSED] ORDER

The parties having met and conferred and entered the foregoing Stipulation, which the Court has reviewed, and for good cause appearing, the Court HEREBY ORDERS that:

1.      Service of process on Respondent and Defendant City of California City is deemed effective as of the date of filing of the Stipulation Regarding Deadlines to File Responsive Pleadings and Related Documents;

2.      Defendant has accepted service of process in this action and has waived any objection to or defense based upon such service;

3.      Defendant shall file any responsive pleading by January 16, 2026;

4.      Plaintiffs shall file any opposition no later than 42 days after filing and service of Defendant's responsive pleading; and

5.      Defendant shall file any reply no later than 14 days after filing and service of Plaintiffs' opposition.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. JENNIFER L. THURSTON
United States District Judge

STIPULATION REGARDING DEADLINES TO FILE RESPONSIVE PLEADINGS AND RELATED DOCUMENTS
Case No. 1:25-cv-01292-JLT-CDB