UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-01292-JLT-CDB<br><br>ORDER ON STIPULATIONS EXTENDING TIME FOR DEFENDANTS CORECIVIC, INC. AND CITY OF CALIFORNIA CITY TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>(Docs. 41, 42)<br><br>ORDER CONTINUING JANUARY 14, 2026, SCHEDULING CONFERENCE<br><br>(Doc. 2) |

**Relevant Background**

Plaintiffs Dignity Not Detention Coalition ("Dignity") and John Doe (collectively, "Plaintiffs") initiated this action with the filing of a complaint against Defendants City of California City ("City") and CoreCivic, Inc. ("CoreCivic") (collectively, "Defendants") on September 16, 2025, in the Kern County Superior Court, No. BCV-25-103365, before Defendants removed the case to this Court on October 1, 2025. (Doc. 1). On November 7, 2025, the Court denied Plaintiffs' request for temporary restraining order and denied as moot Defendant CoreCivic's motion to file a supplemental response. (Doc. 33). On November 26, 2025, Defendant CoreCivic filed a waiver of the service of summons. (Doc. 40).

///

///

1

**Stipulated Requests to Extend Time for Defendants to Respond to Complaint**

Pending before the Court are Defendants' stipulated requests to extend until January 16, 2026, their time to respond to Plaintiffs' complaint, filed on November 26, 2025. (Docs. 41, 42). The parties represent that Defendants each have returned a signed waiver of service and thereby have waived any defense based upon service of process in this action. (Doc. 41 at 2; Doc. 42 at 2). The parties therefore stipulate and request that Defendants shall file any responsive pleading by January 16, 2026, with Plaintiffs to file any opposition no later than 42 days after filing and service of Defendants' responsive pleadings, and Defendants to file any reply no later than 14 days after filing and service of Plaintiffs' opposition. *Id.*

**Conclusion and Order**

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file responsive pleadings to the complaint no later than **January 16, 2026**;
2. Plaintiffs shall file any opposition no later than **42 days** after the filing and service of Defendants' responsive pleadings;
3. Defendants shall file any optional reply no later than **14 days** after the filing and service of Plaintiffs' opposition; and
4. The scheduling conference set for January 14, 2026 (Doc. 2) is CONTINUED to **March 10, 2026, at 9:30 AM**. As previously directed, the parties shall file a joint scheduling report at least one week prior to the conference. *See* (Doc. 2).

IT IS SO ORDERED.

Dated:   **December 1, 2025**                                      _____
                                                                                    UNITED STATES MAGISTRATE JUDGE