JOSEPH D. PETTA (State Bar No. 286665)
MINDY K. JIAN (State Bar No. 336139)
RYAN K. GALLAGHER (State Bar No. 344349)
SHUTE, MIHALY & WEINBERGER LLP
550 California Street, Suite 1200
San Francisco, California 94104
Telephone:    (415) 552-7272
Facsimile:    (415) 552-5816
Petta@smwlaw.com
Mjian@smwlaw.com
Rgallagher@smwlaw.com

Attorneys for Dignity Not Detention Coalition

CALLARD E. COWDERY (State Bar No. 329697)
AFRICAN ADVOCACY NETWORK
3106 Folsom St
San Francisco, California 94110
Telephone: (415) 889-9573
ccowdery@aansf.org

Attorneys for John Doe

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION and JOHN DOE, <br><br> Petitioners and Plaintiffs, <br><br> v. <br><br> CITY OF CALIFORNIA CITY and CORECIVIC, INC., <br><br> Respondents and Defendants. <br><br> CORECIVIC, INC., <br><br> Real Party in Interest. | Case No. 1:25-cv-01292-JLT-CDB <br><br> **SECOND STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** <br><br> Hon. Jennifer L. Thurston, District Judge <br> Hon. Christopher D. Baker, Magistrate Judge <br><br> Trial Date:        None set |

WHEREAS, on September 16, 2025, Petitioners and Plaintiffs Dignity Not Detention Coalition ("DNDC") and John Doe filed a Verified Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief and Damages ("Petition") in the Superior Court of the State of California in the County of Kern;

WHEREAS, on October 1, 2025, Respondent and Defendant CoreCivic, Inc. removed this action to the United States District Court for the Eastern District of California;

WHEREAS, on October 1, 2025, this Court set the Initial Scheduling Conference for January 14, 2026 at 9:00 a.m.;

WHEREAS, on December 1, 2025, this Court entered an order continuing the Initial Scheduling Conference to March 10, 2026 at 9:30 a.m.;

WHEREAS, on January 16, 2026, CoreCivic, Inc. filed a motion to dismiss the Petition;

WHEREAS, on January 16, 2026, Respondent and Defendant City of California City filed a joinder in CoreCivic, Inc.'s motion to dismiss;

WHEREAS, on February 24, 2026, the Parties filed a stipulation to continue the Initial Scheduling Conference and all related deadlines until after resolution of CoreCivic Inc.'s motion to dismiss and Petitioner's motion for remand;

WHEREAS, on February 25, 2026 the Court entered a minute order continuing the Scheduling Conference to July 8, 2026 at 9:30 a.m.;

WHEREAS, on February 27, 2026, Petitioners and Plaintiffs DNDC and John Doe filed an opposition to CoreCivic Inc.'s motion to dismiss;

WHEREAS, on March 13, 2026, CoreCivic, Inc. filed a reply in support of the motion to dismiss;

WHEREAS, Petitioners anticipate that they will file a motion to remand within a week of the filing of this stipulation;

WHEREAS, pursuant to Federal Rule of Civil Procedure 16(b)(4), a court may modify a conference schedule for good cause;

WHEREAS, good cause exists to continue the Initial Scheduling Conference until some time after the Court has ruled on CoreCivic, Inc.'s motion to dismiss and Petitioners' motion for

2

remand. Resolution of these motions will inform the need for and scope of the conference between the parties and the contents of the Joint Scheduling Report; and

WHEREAS, to avoid unnecessary expense, the parties wish to continue the Initial Scheduling Conference and all related deadlines until 25 days after resolution of both CoreCivic Inc.'s motion to dismiss and Petitioners' motion for remand, or until a date convenient for the Court;

NOW THEREFORE, the parties hereby stipulate as follows and request that the Court enter the [Proposed] Order set forth below:

1.    The Court continues the Initial Scheduling Conference to at least 25 days after resolution of both CoreCivic Inc.'s motion to dismiss and Petitioners' forthcoming motion for remand, or to a date convenient for the Court.

2.    The Court continues all deadlines based on the Initial Scheduling Conference accordingly.


DATED:  June 17, 2026                      SHUTE, MIHALY & WEINBERGER LLP



                                          By:   /s/Joseph D. Petta
                                                JOSEPH D. PETTA
                                                MINDY K. JIAN
                                                RYAN K. GALLAGHER

                                                Attorneys for Dignity Not Detention Coalition

SECOND STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; [PROPOSED] ORDER
Case No. 1:25-cv-01292-JLT-CDB

DATED:  June 16, 2026                AFRICAN ADVOCACY NETWORK


By:   /s/Callard E. Cowdery (as authorized on 6/16/26)
      CALLARD E. COWDERY

      Attorneys for John Doe


DATED:  June 16, 2026                BURKE, WILLIAMS & SORENSEN, LLP


By:   /s/Brandon A. Sanchez (as authorized on 6/16/26)
      BRANDON A. SANCHEZ

      Attorneys for Respondent-Defendant City of
      California City


DATED:  June 16, 2026                STRUCK LOVE ACEDO, PLC


By:   /s/Daniel P. Struck (as authorized on 6/16/26)
      DANIEL P. STRUCK

      Attorneys for Respondent-Defendant CoreCivic,
      Inc.

SECOND STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; [PROPOSED] ORDER
Case No. 1:25-cv-01292-JLT-CDB

**[PROPOSED] ORDER**

For good cause shown, it is HEREBY ORDERED that:

3.    The Initial Scheduling Conference is continued to _____, 2026.

4.    All deadlines based on the Initial Scheduling Conference are continued accordingly.

IT IS SO ORDERED.


DATED: _____, 2026


_____
United States District Judge

2079172.1

SECOND STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; [PROPOSED] ORDER
Case No. 1:25-cv-01292-JLT-CDB