Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK BARSTOW, LLP
7647 N. Fresno Street
Fresno, CA  93720
Tel: (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Defendant CoreCivic, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION AND JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY; CORECIVIC, INC.,<br><br>Defendants. | Case No. 1:25-cv-01292-JLT-CDB<br><br>**NOTICE OF WITHDRAWAL OF SHANNON L. KNORR**<br><br>U.S. District Judge: Hon. Jennifer L. Thurston<br>U.S. Magistrate Judge: Hon. Christopher D. Baker<br><br>Trial Date:  None |

Defendant CoreCivic, Inc. ("Defendant") hereby notifies the Court that attorney Shannon L. Knorr is withdrawn as attorney of record and should be removed from all future filings in this matter.  Defendant will continue to be represented by attorneys Daniel P. Struck, Dana M. Keene,

- 1 -
NOTICE OF WITHDRAWAL OF SHANNON L. KNORR
CASE NO. 1:25-CV-01292-JLT-CDB

and Nicholas H. Rasmussen.

DATED this 25th day of June 2026.

STRUCK LOVE ACEDO, PLC


By /s/ Daniel P. Struck
Daniel P. Struck
Dana M. Keene
dstruck@strucklove.com
dkeene@strucklove.com


Nicholas H. Rasmussen
McCORMICK BARSTOW, LLP

*Attorneys for Defendant CoreCivic, Inc.*

- 2 -