Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK BARSTOW, LLP
7647 N. Fresno Street
Fresno, CA  93720
Tel: (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Defendant CoreCivic, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION AND JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY; CORECIVIC, INC.,<br><br>Defendants. | Case No. 1:25-cv-01292-JLT-CDB<br><br>**DEFENDANT CORECIVIC, INC.'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO REMAND**<br><br>U.S. District Judge: Hon. Jennifer L. Thurston<br>U.S. Magistrate Judge: Hon. Christopher D. Baker<br><br>Trial Date:  None |

Pursuant to LR 233 and 144(d), Defendant CoreCivic, Inc. respectfully requests an extension of time, until August 3, 2026, in which to file its Response to Plaintiffs' Motion to Remand and for Attorneys' Fees (Dkt. 63).  The current deadline is July 2, 2026.  CoreCivic requests this extension so that its counsel have additional time to prepare the Response.  Plaintiffs' Motion to Remand is 25 pages and includes three declarations and more than 100 pages of exhibits. (*Id.*)  In addition, counsel have deadlines in several other matters over the next two weeks and/or will be either out on scheduled vacations or medical leave.  This is CoreCivic's first request for

- 1 -
CORECIVIC, INC.'S UNOPPOED MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 1:25-CV-01292-JLT-CDB

extension.  The requested extension of time will not impact the case schedule since the Court recently continued the Scheduling Conference until October 8, 2026, and no deadlines have yet been set or would need to be adjusted.

The parties met and conferred regarding this request on June 25, 2026.  The Plaintiffs are agreeable to Defendant CoreCivic's requested extension.  Defendant CoreCivic and Plaintiffs are also agreeable to a corresponding extension of Plaintiffs' deadline to file a reply brief to August 31, 2026.  Defendant City of California City does not object to either extension.

DATED this 26th day of June 2026.

STRUCK LOVE ACEDO, PLC


By /s/ Daniel P. Struck
Daniel P. Struck
Dana M. Keene
dstruck@strucklove.com
dkeene@strucklove.com


Nicholas H. Rasmussen
MCCORMICK BARSTOW, LLP

*Attorneys for Defendant CoreCivic, Inc.*

- 2 -
CORECIVIC, INC.'S UNOPPOED MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 1:25-CV-01292-JLT-CDB