**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION AND JOHN DOE,<br><br>                                  Plaintiffs,<br><br>        v.<br><br>CITY OF CALIFORNIA CITY; CORECIVIC, INC.,<br><br>                                  Defendants. | Case No. 1:25-cv-01292-JLT-CDB<br><br>**[PROPOSED] ORDER GRANTING CORECIVIC, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO REMAND**<br><br>U.S. District Judge: Hon. Jennifer L. Thurston<br>U.S. Magistrate Judge: Hon. Christopher D. Baker<br><br>Trial Date:    None |

Having considered Defendant CoreCivic, Inc.'s Unopposed Motion for Administrative Relief to Extend Deadline to File Response to Motion to Remand, and for good cause shown,

**IT IS HEREBY ORDERED** that the Administrative Motion is **GRANTED**. CoreCivic shall file its response to Plaintiffs' Motion to Remand (Dkt. 63) on or before August 3, 2026. Plaintiffs shall file any Reply on or before August 31, 2026. Any subsequent submissions should be made pursuant to the Local Rules, and the noticed Hearing Date for the Motion is continued to September 15, 2026 at 9:00 AM.

- 1 -

[PROPOSED] ORDER GRANTING CORECIVIC, INC.'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 1:25-CV-01292-JLT-CDB