Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK BARSTOW, LLP
7647 N. Fresno Street
Fresno, CA  93720
Tel: (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Defendant CoreCivic, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION AND JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY; CORECIVIC, INC.,<br><br>Defendants. | Case No. 1:25-cv-01292-JLT-CDB<br><br>**DEFENDANT CORECIVIC'S NOTICE REGARDING CHANGED CIRCUMSTANCES**<br><br>U.S. District Judge: Hon. Jennifer L. Thurston<br>U.S. Magistrate Judge: Hon. Christopher D. Baker<br><br>Trial Date:  None |

Pursuant to the Court's Order (Dkt. 58) directing the parties "to inform the Court of any changed circumstances that have rendered all or part of any pending motion moot," CoreCivic hereby informs the Court of the following relevant facts:

1.    On February 26, 2026, the City of California City ("the City") approved CoreCivic's Site Plan Review ("SPR") Minor to operate the California City Correctional Facility ("Facility") as an immigration detention center and issued CoreCivic a Business License accordingly.  The City made these decisions after it followed the two noticed public hearings procedure under California Civil Code § 1670.09(d) ("SB 29"), out of an abundance of caution in response to Plaintiffs' claims.

- 1 -
DEFENDANT CORECIVIC'S NOTICE REGARDING CHANGED CIRCUMSTANCES
CASE NO. 1:25-CV-01292-JLT-CDB

2. On February 27, 2026, an application for appeal was filed on behalf of Plaintiff Dignity Not Detention Coalition ("DND Coalition"), resulting in two separate administrative hearings under the City's Municipal Code.

3. On July 7, 2026, the City Planning Commission heard the DND Coalition's administrative appeal of the SPR Minor approval. The City Planning Commission adopted Resolution No. PC 2026-07-07, denying the appeal and upholding the City Planning Director's February 26, 2026 approval of SPR 25-09 as issued. The City's Municipal Code provides that this denial may be appealed to the City Council.

4. Also on July 7, 2026, the City Manager separately heard the DND Coalition's administrative appeal of the Business License issuance. On July 9, 2026, the City Manager issued a written decision upholding the City Clerk's issuance of the Business License and denying that appeal as well. The City Manager advised that any appeal of his decision must be made to the City Council within seven days.

5. Although the SPR Minor's approval and the Business License's issuance have mooted several of Plaintiffs' claims and provide additional grounds for dismissal under Federal Rule of Civil Procedure 12(b)(1), CoreCivic did not file a supplemental motion to dismiss while the above administrative appeals were still pending and the administrative remedies had not been fully exhausted.[1]

6. Additionally, on July 2, 2026, the United States Department of Homeland Security purchased the Facility from CoreCivic, providing further grounds to dismiss Plaintiffs' claims under the Supremacy Clause.

7. Based on these changed circumstances, CoreCivic intends to file a supplemental motion to dismiss Plaintiffs' claims in this case. If the DND Coalition seeks to challenge the denials of its administrative appeals, CoreCivic will file a motion to stay this case pending the outcome of any further proceedings before the City Council. *See* CCMC §§ 1-4.04, 1-4.05.

---

[1] As of the date of this filing, CoreCivic is unaware whether the DND Coalition intends to pursue further administrative remedies. *See* CCMC §§ 1-4.04, 1-4.05.

- 2 -

DEFENDANT CORECIVIC'S NOTICE REGARDING CHANGED CIRCUMSTANCES
CASE NO. 1:25-CV-01292-JLT-CDB

DATED this 10th day of July 2026.

STRUCK LOVE ACEDO, PLC

By /s/ Daniel P. Struck
Daniel P. Struck
Dana M. Keene
dstruck@strucklove.com
dkeene@strucklove.com

Nicholas H. Rasmussen
McCORMICK BARSTOW, LLP

*Attorneys for Defendant CoreCivic, Inc.*

- 3 -
DEFENDANT CORECIVIC'S NOTICE REGARDING CHANGED CIRCUMSTANCES
CASE NO. 1:25-CV-01292-JLT-CDB