Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK BARSTOW, LLP
7647 N. Fresno Street
Fresno, CA  93720
Tel: (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Defendant CoreCivic, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION AND JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY; CORECIVIC, INC.,<br><br>Defendants. | Case No. 1:25-cv-01292-JLT-CDB<br><br>**DEENDANT CORECIVIC, INC.'S SECOND NOTICE OF CHANGED CIRCUMSTANCES**<br><br>U.S. District Judge: Hon. Jennifer L. Thurston<br>U.S. Magistrate Judge: Hon. Christopher D. Baker<br><br>Trial Date:  None |

Pursuant to the Court's Order (Dkt. 58) directing the parties "to inform the Court of any changed circumstances that have rendered all or part of any pending motion moot," CoreCivic, Inc. hereby informs the Court of the following relevant developments:

1. On July 9, 2026, an application for appeal was filed by Plaintiff Dignity Not Detention Coalition, appealing to the City Council the City Planning Commission's July 7, 2026 adoption of Resolution No. PC 2026-07-07, which denied its appeal and upheld the City Planning Director's February 26, 2026 approval of SPR 25-09 as issued.

///

2.    On July 10, 2026, an application for appeal was filed by Plaintiff Dignity Not Detention Coalition, appealing to the City Council the City Manager's written decision denying its appeal and upholding the City Clerk's February 26, 2026 issuance of the Business License.

3.    Additionally, on July 2, 2026, the United States Department of Homeland Security purchased the Facility from CoreCivic, providing further grounds to dismiss Plaintiffs' claims under the Supremacy Clause.

4.    Based on these changed circumstances, CoreCivic intends to file a motion to stay this case pending the outcome of the above administrative appeals to the City Council.

DATED this 20th day of July 2026.

STRUCK LOVE ACEDO, PLC

By /s/ Daniel P. Struck
Daniel P. Struck
Dana M. Keene
dstruck@strucklove.com
dkeene@strucklove.com

Nicholas H. Rasmussen
McCORMICK BARSTOW, LLP

*Attorneys for Defendant CoreCivic, Inc.*