e

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-01292-JLT-CDB<br><br>ORDER DENYING PLAINTIFF JOHN DOE'S SUBSTITUTION OF ATTORNEY FOR FAILURE TO COMPLY WITH LOCAL RULE 131<br><br>(Doc. 75) |

The Court has read and considered the request for approval of substitution of counsel for Plaintiff John Doe to the effect of substituting Jason A. Spears as counsel of record in place of Callard E. Cowdery. (Doc. 75).

The filing includes electronic signatures for the former attorney, new attorney, and Plaintiff John Doe, each bearing an "/s/" followed by the individual's name, with a parenthetical after John Doe's electronic signature noting that "signature on file with counsel." *Id.* This complies with Local Rule 131(c) for *current counsel* who is using the filer's individual CM/ECF account. However, as for the signatures of the new attorney, the substitution is without attestation of current counsel acquiring authorization or possessing a signed original copy.

Relevant here, Local Rule 131(e) provides that "[s]ubmitting counsel shall place the other counsel's signature on the electronic filing by using '/s/ counsel's name (as authorized on __[date]__).' Alternatively, one counsel may obtain the original signatures from all counsel who

are filing the document, scan the signature page(s) only and file the signature page(s) as an attachment to the document with an explanatory statement on the signature page of the filed document." L.R. 131(e).

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that Plaintiff John Doe's request to substitute counsel (Doc. 75) is DENIED without prejudice. Plaintiff John Doe may re-file a substitution of attorney form that complies with Local Rule 131.

IT IS SO ORDERED.

Dated: **September 29, 2026**

UNITED STATES MAGISTRATE JUDGE