UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIGNITY NOT DETENTION COALITION, *et al.*,

Plaintiffs,

v.

CITY OF CALIFORNIA CITY, *et al.*,

Defendants.

Case No. 1:25-cv-01292-JLT-CDB

ORDER GRANTING PLAINTIFF JOHN DOE'S SUBSTITUTION OF ATTORNEY

(Doc. 82)

The Court has read and considered the filed request for approval of substitution of counsel for Plaintiff John Doe, to substitute Jason A. Spears as counsel of record in place of Callard E. Cowdery. (Doc. 82).

Considering the request and for good cause appearing, the substitution of attorney are GRANTED.

IT IS SO ORDERED.

Dated: **October 21, 2026**

UNITED STATES MAGISTRATE JUDGE