# EXHIBIT 1

EXHIBIT 1

Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK BARSTOW, LLP
7647 North Fresno Street
Fresno, CA 93720
Tel: (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Respondent-Defendant CoreCivic, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIGNITY NOT DETENTION COALITION AND JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY; CORECIVIC, INC.,<br><br>Defendants. | Case No. 1:25-cv-01292-JLT-CDB<br><br>**DECLARATION OF DANIEL P. STRUCK**<br><br>U.S. District Judge: Hon. Jennifer L. Thurston<br>U.S. Magistrate Judge: Hon. Christopher D. Baker |

I, Daniel P. Struck, state the following based upon my personal knowledge.

1. I am over the age of 18 and am competent to testify to the matters set forth in this Declaration.

2. I am counsel of record for CoreCivic in this matter.

3. I submit this Declaration in support of CoreCivic's Motion to Dismiss Re: Mootness.

4. On October 20, 2026, I emailed Plaintiffs' counsel, explained the bases for CoreCivic's Motion, and sought Plaintiffs' position.

5. On October 22, 2026, Plaintiffs' counsel, Joseph Petta, responded and stated that he would confer with his clients and co-counsel and provide their position "next week."

6. Having not received a response, I followed up with Mr. Petta on October 28, 2026, again seeking his position. Mr. Petta responded that he needed more time to discuss the issue with his clients and co-counsel and would get back to me "in the latter half of next week."

7. Having not received a response, I followed up with Mr. Petta on November 6, 2026 and requested Plaintiffs' position on the Motion by noon on November 9, 2026, noting that CoreCivic was concerned with complying with the Court's Order (Dkt. 58) directing the parties to address any potential mootness issues.

8. Mr. Petta responded that same day but stated that he needed more time to discuss the case with his clients and co-counsel and proposed a meet and confer the following Friday.

9. On November 9, 2026, I contacted Mr. Petta and advised him that I was willing to meet and confer with him on November 13, 2026, but that CoreCivic would file the Motion in the interim to avoid non-compliance with the Court's Order (Dkt. 58) and would withdraw the Motion if during the meet and confer, the parties were able to resolve the issues presented.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on November 9, 2026.

Daniel P. Struck