Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK BARSTOW, LLP
7647 North Fresno Street
Fresno, CA 93720
Tel: (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Respondent-Defendant CoreCivic, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DIGNITY NOT DETENTION COALITION AND JOHN DOE,

Petitioners and Plaintiffs,

v.

CITY OF CALIFORNIA CITY; CORECIVIC, INC.,

Respondents and Defendants.

CORECIVIC, INC.,

Real Party in Interest.

Case No. 1:25-cv-01292-JLT-CDB

**SECOND DECLARATION OF JOHN MALLOY**

U.S. District Judge: Hon. Jennifer L. Thurston
U.S. Magistrate Judge: Hon. Christopher D. Baker

Trial Date: None

I, John Malloy, state the following based upon my personal knowledge.

1. I am over the age of 18 and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by CoreCivic, Inc. since November 2008, when I was hired as Senior Director, Partnership Development with responsibility for managing CoreCivic's relationships with the states of California, Arizona and Oklahoma, relating to each of those states' respective correctional services agreements with CoreCivic. I was

previously promoted to Managing Director in 2017 with primary responsibility for managing CoreCivic's relationships with its local governmental partners. In January 2026, I was promoted to Vice President of Federal and Local Partnership Relations, the position I currently hold.

3. The facts set forth below are based on my personal knowledge and/or information and knowledge gained in my capacity as a corporate representative of CoreCivic, including information obtained through discussions with other CoreCivic employees and my review of CoreCivic's corporate records.

4. The California City Correctional Facility ("the Facility") is located at 22844 Virginia Boulevard, California City.[1]

5. On July 22, 2025, CoreCivic submitted a Site Plan Review Minor Application, Business License Application, and other requested documents to the City of California City, pursuant to instructions from Joe Barragan, the City of California City's Public Works Director, and also remitted required fees.

6. On August 11, 2025, in response to the request of the City's Consultant Planner, CoreCivic submitted additional operational information for the Facility. Attachment A is a true and correct copy of the email and attachment sent to the Consultant Planner on August 11, 2025, and is a business record of CoreCivic, Inc.

7. On August 25, 2025, CoreCivic submitted a second Site Plan Review Minor Application, and Business License Application, in response to interest of the United States Marshals Service (USMS) to also utilize the facility. Attachment B is a true and correct copy of the email message and attachments sent to the Consultant Planner and other City officials on August 25, 2025, regarding this submission and is a business record of CoreCivic.

---

[1] The facility has also been variously known at times as the California City Correctional Center, the California City Immigration Processing Center, and the California City Detention Facility.

8. On September 15, 2025, I sent an email to the City's Consultant Planner explaining clarifying language in the business plan relating to the Second Site Plan Review Minor Application and Business License Application submitted on August 25, 2025. Attachment C is a true and correct copy of my email message, which is a business record of CoreCivic.

9. Pursuant to SB 29, the City of California City held its first public hearing on CoreCivic's Applications before the City Council on October 28, 2025. Both business plans submitted by CoreCivic on August 11 and 25, 2025 were attached to the agenda package for this October 28, 2025 meeting and public hearing.

10. Pursuant to SB 29, the City of California City held its second public hearing on CoreCivic's Applications before the City Planning Commission on December 16, 2025.

11. On February 26, 2026, the Acting City Clerk sent me an email indicating that CoreCivic's Business License Application had been processed and was ready for payment. Payment was promptly submitted by CoreCivic, and the business license was issued. Attachment D is a true and correct copy of the February 26, 2026 Business License Certificate issued by the City of California City to CoreCivic, Inc. for operation of the facility and is a business record of CoreCivic, Inc.

12. On May 21, 2026, I received notice from the City's Consultant Planner, attaching a copy of the appeal filed on behalf of the Dignity Not Detention Coalition, of the City's decision to approve a business license, site plan review, and all related approvals to CoreCivic, Inc. Attachment E is a true and correct copy of the February 27, 2026 appeal submitted by Immigration Legal Resource Center's Jehan Laner on behalf of DND Coalition and forwarded to me by the Consultant Planner on May 21, 2026.

13. Attachment F is a true and correct copy of the July 1, 2026 renewed Business License Certificate issued by the City of California City to CoreCivic, Inc. for operation of the facility through June 30, 2027 and is a business record of CoreCivic, Inc.

14. CoreCivic intends to renew the business license annually by remitting license fees on or before July 1st of each year to the City Clerk, in accordance with California City Municipal Code sec. 3-2.3.206.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on November 10, 2026.

John Malloy
John Malloy (Nov 10, 2026 09:59:11 MST)

John Malloy

# ATTACHMENT A

ATTACHMENT A

**From:** "Montanary, Roseann"
**Sent:** 08/11/2025 12:32:10 PM (-07:00)
**To:** "Anu Doravari" <adoravari@californiacity-ca.gov>
**Cc:** "Chestnut, Christopher" <Christopher.Chestnut@corecivic.com>; "Ariola, Marcelo" <Marcelo.Ariola@corecivic.com>; "Lilia Garcia" <lgarcia@californiacity-ca.gov>; "Malloy, John" <John.Malloy@corecivic.com>; "Stone, Stacey" <Stacey.Stone@corecivic.com>; "Barker, Michelle" <Michelle.Barker@corecivic.com>; "Miller, Max" <Max.Miller@corecivic.com>
**Subject:** RE: City of California City Business License and SPR Plan
**Attachments:** California City Facility Operational Information 2025.doc

Afternoon Anu, please find information requested attached.
Advise if there is any additional information needed.
I understand we are on different time zones, happy to accommodate.

Thank you,
Roseann

R C Montanary-Lett
Director, Operations Support
CoreCivic
Mobile 615-289-4943
Office 615-263-3068

---

**From:** Anu Doravari <adoravari@californiacity-ca.gov>
**Sent:** Monday, August 11, 2025 10:49 AM
**To:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>; Lilia Garcia <lgarcia@californiacity-ca.gov>
**Subject:** RE: City of California City Business License and SPR Plan

**CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.**

Hi Roseann,

I am reviewing your application documents and could not locate the business operations document describing the daily operations and operational hours and other related details. Please send that over when you can.

Regards,
Anu Doravari
Consultant Planner

---

**From:** Montanary, Roseann <Roseann.Montanary@corecivic.com>
**Sent:** Tuesday, July 22, 2025 1:16 PM
**To:** Anu Doravari <adoravari@californiacity-ca.gov>; Joe D. Barragan <JBarragan@californiacity-ca.gov>
**Cc:** Chestnut, Christopher <Christopher.Chestnut@corecivic.com>; Ariola, Marcelo <Marcelo.Ariola@corecivic.com>
**Subject:** City of California City Business License and SPR Plan

**EXTERNAL MESSAGE:** Use caution when clicking links or attachments

Anu, hope all is well. As instructed by Mr. Barragan, please find attached the SPR Minor plan for CoreCivic California City.
It is our understanding and belief that the items requested for the SPR are already in the possession of the city.

Also attached to the email are additional back-up documents in support of the SPR.

- Letter concerning the ADA requirements - Mr. Ariola
- Disabled Accessibility Certification
- Deed showing ownership of the facility.
- Sign off from the Fire Marshal's office.
- Information on the company name change in case it is needed.
- Copy of the business license application.

We appreciate your time and consideration.
Regards,
Roseann

R C Montanary-Lett
Director, Operations Support
CoreCivic
Mobile 615-289-4943
Office 615-263-3068

*California City Immigration Processing Center*
California City, CA

**Facility:** California City Immigration Processing Center
**Location:** California City, CA
**Opened:** 1999
**Owned By:** CoreCivic

California City Immigration Processing Center is owned and operated by CoreCivic. The facility will serve as a detention center focused on housing residents based on contractual requirements with Immigration and Customs Enforcement. The security and operation of the facility will follow policies and procedures in alignment/compliance with the National Detention Standards 2025 revision. ICE detention standards ensure that detainees are treated humanely; protected from harm; provided appropriate medical and mental health care; and receive the rights and protections to which they are entitled. Additionally, food service, recreational and religious opportunities, legal access, attorney and social visitation, mail procedures, detainee communication, and transportation will be provided in accordance with the aforementioned ICE standards.

The facility will be operating twenty-four hours a day, three hundred and sixty-five days a year. At operational capacity, the facility will employ 488 total staff to include approximately 309 security staff, 70 medical professionals, 12 maintenance staff with the remainder administrative and support personnel.

**Facility Description:**

California City Immigration Processing Center is located in California City, California in Antelope Valley in Kern County, California. The facility is approximately 20 miles North of Edwards Air Force Base. It is a 2,560 bed facility designed and built by CoreCivic and began operation in December 1999. Major airports near CCIPC are Meadows Field Airport (84 miles) and Los Angeles International Airport (126 miles). The nearest hospitals are Adventist Health-Tehachapi Valley (37 miles), Antelope Valley Hospital (54.3 miles), Ridgecrest Regional Hospital (57.7 miles), Southwest Healthcare Palmdale Regional Medical Coneter (58.4 miles)

Capacity: 2,560
Cells or Dorms: Cells
Number of Units: 10
Campus style or all under one roof: Campus Style
Dining Hall: 2 Dining Halls
Number of recreation yards and gymnasiums: 11 Recreation Yards, 2 Gymnasiums
Medical Space: Yes
Programs Space: Yes
Visitation Space: Yes
Square Footage: Approximately 522,363

The facility's physical plant covers approximately 522,363 square feet and is fully monitored for security and fire. In all areas there are heating, ventilation and air conditioning systems providing year-round environmental comfort for all staff and residents.

*California City Immigration Processing Center*
California City, CA

Each cell provides residents with access to toilets, wash basins with hot and cold running water, above-floor sleeping surfaces, clothes hooks, writing surfaces, seating, natural lighting and storage space for personal belongings. All residents have access to showers with thermostatically controlled hot and cold water. Adjacent to each resident's sleeping area is a central dayroom that contains tables, chairs, televisions and telephones for residents' use.

There is a centrally located library along with multipurpose rooms outside the housing units for counseling, leisure-time activities, programs, etc. An administrative area that includes space for staff, conference room, employee lounge and locker rooms

The facility has a full-size facility kitchen equipped with appliances including a walk-in freezer, cooler, food warehouse and dry storage. The facility has a centrally located Health Services area in the main facility with space for waiting, examination, treatment, dentistry, nurse's station, pharmacy, medical staff offices and medical segregation/observation cells.

# ATTACHMENT B

ATTACHMENT B

**From:** "Malloy, John"
**Sent:** 08/25/2025 9:06:16 AM (-07:00)
**To:** "Anu Doravari" <adoravari@californiacity-ca.gov>; "Joe D. Barragan" <jbarragan@californiacity-ca.gov>; "Lilia Garcia" <lgarcia@californiacity-ca.gov>; "Susan Weber" <sweber@californiacity-ca.gov>; "lweible@californiacity-ca.gov" <lweible@californiacity-ca.gov>
**Subject:** CoreCivic Business License Application
**Attachments:** Business_License_Application_2025-08-22 - Signed FINAL.pdf, California City Correctional Facility Business Plan August.pdf, SPR Minor 2025 Application CoreCivic California City SIGNED.pdf

All:

Please find the attached business license application as well as a Site Plan Review (SPR) Minor Application. The SPR is being submitted as we understand that to be required by the City Planning Department. The business license request and SPR application will replace the original application that was submitted to your office on July 22nd. This revised license and SPR application is for the activation and operation of the facility under a contract with the United States Marshals Service (USMS) and is consistent with how CoreCivic operated the facility before the lease to the State of California in 2013. Please let me know if you have any questions or if you require any additional information.

Thank you.

John Malloy
CoreCivic
(602) 680-9868

**Planning Department**
21000 Hacienda Blvd.
California City, CA 93505
Phone: (760) 373-7141
planning@californiacity-ca.gov

**Project No.**

______________
Provided by City

# SITE PLAN REVIEW (SPR) MINOR APPLICATION

*(Existing Building/Business/Ownership)*

## 1. Applicant Information

**Applicant/Representative's Name:** Marcelo Ariola

**Mailing Address:** 5501 Virginia Way, Suite 110, Brentwood, TN 37027

**Phone Number:** 615-445-9163

**Email Address:** CalCityInvoices@CoreCivic.com

**Business/Company Name:** CoreCivic, Inc.

**Property Address / APN:** 22844 Virginia Blvd., California City, CA 93505

**Zoning Designation:** Classification A, Type Major, Code CAC, O/RA

## 2. Acknowledgements

I, the undersigned, understand that any permit issued pursuant to this application does not grant any right or privilege to use any building or land contrary to the provisions of the City of California City Municipal Code. I hereby certify that the information provided in this application is, to the best of my knowledge, true and correct.

**Applicant or Legal Agent (Print):** Marcelo Ariola, VP Real Estate

**Signature:** Marcelo Ariola

**Date:** 08-22-25

## 3. Property Owner Authorization

I certify that I am the legal property owner and authorize this application. I further certify that the information provided herein is true and correct to the best of my knowledge.

**Property Owner (Print):** Marcelo Ariola for CoreCivic, Inc.

**Signature:** Marcelo Ariola

**Date:** 08/22/2025

**Owner Mailing Address:** 5501 Virginia Way, Suite 110

**City:** Nashville **State:** TN **Zip:** 37027

**Phone Number:** 615-445-9163

**Email Address:** Marcelo.Ariola@CoreCivic.com

**FOR DEPARTMENTAL USE ONLY**

Fees: *(Refer to the Master Fee Schedule)*

☐ $ 250.00, Planning SPR Application Fee *(mandatory)* ***GL 10-3218***

☐ $ 90.00, Fire Department Inspection *(mandatory)* ***GL 19-3641***

☐ $ 150.00, Building Inspection Fee *(mandatory)*

☐ $ ____________, Other

$ ____________, **Total Fee Collected**

Application complete:

☐ Date: ____________ Staff Member ____________

Processing: In order to expedite this Site Plan Application and eliminate unnecessary delays, Planning staff will not accept this application unless all requirements have been met, the application form has been signed and dated, and fees have been paid.

*****In the event of errors or omissions are discovered, the application will be deemed incomplete and will be returned to the applicant for revision. ******

# SITE PLAN REVIEW (SPR) MINOR CHECKLIST

***(Existing Building/Business/Ownership)***

*All items below must be submitted for the application to be considered complete.*
**Attach this checklist with application and cross out or tick the items submitted.**

## A: Application Documents

1. ☐ **Completed Application Form (Signed by Applicant and Property Owner).**
2. ☐ **Current Lease Agreement or Proof of Property Control.**
3. ☐ **Copy of Business License (or Pending Application).**
4. ☐ **Aerial Photo** showing the project site and surrounding properties.
5. ☐ **Vicinity Map**
6. ☐ **Parking Summary:**
   - Total Parking Spaces: ________
   - ADA Accessible Spaces: ________
   - Bicycle Parking (if required): ________
7. ☐ **Distance from Nearest Functional Fire Hydrant:** ________ ft. (Include location map or photograph.)
8. ☐ **Business Plan** (include intended use, operating hours, and safety measures).
9. ☐ **Building Floor Plans and Site Plan Drawings (to scale).**
10. ☐ **Utility Connection Plan** (Water, Sewer, Electrical, Gas).
11. ☐ **Trash Enclosure Location and Design Details.**

## B: Photographic Documents

1. ☐ **Photos of Existing Trash Enclosure / Trash Bins.**
2. ☐ **Exterior & Interior Photos of the Building:**
   - North, South, East, and West elevations.
3. ☐ **Photos of Nearby Fire Hydrants (Front & Top view).**

## C: Additional Documents

1. ☐ **Landscape Plan** (if new or modified landscaping is proposed).
2. ☐ **Lighting and Security Plan** (If modified)
3. ☐ **Signage Plan** (if modified – separate Sign Permit application is required).
4. ☐ **Accessibility Compliance Statement** (ADA) (Contact Building Department at 760-373-7152)
5. ☐ **Noise Impact Details** (if applicable)
6. ☐ **Hazardous Material Handling Plan** (if applicable)

## D: Inspections & Other Required Actions

1. ☐ **Kern County Health Department Approval** (Contact directly at 661-862-8791, if applicable).
2. ☐ **City Building Inspection Mandatory, $150 Fee** (Schedule at at 760-373-7152).

3. ☐ **City Fire Inspection (Mandatory, $90 Fee)** – Schedule at 760-373-4841.
4. ☐ **Apply for City Business License** – City Clerk's Office at 760-373-7140.
5. ☐ **Apply for City Sign Permit** – 760-373-7152.

---

## Processing Notice

Planning Staff will not accept incomplete applications. Submittal of this checklist with all applicable items checked and attached is required for processing. Applications deemed incomplete will be returned without processing.

License # ____________
Approved by ____________
Processed by ____________
Processed On ____________

## Business License Application

City of California City
21000 Hacienda Blvd
California City, CA 93505
cityclerk@californiacity-ca.gov
760-373-7140

| | | | |
|---|---|---|---|
| Name of Business | California City Correctional Facility | Business Owner(s) Name | CoreCivic, Inc |
| Business Address | 22844 Virginia Blvd<br>California City, CA 93505 | Mailing Address | PO Box 2511<br>California City, CA 93504 |
| Business Phone # | (760) 491-8100 | Email Address | CalCityInvoices@corecivic.com |
| Nature of Business | Detention Facility/Prison | Planned Business Begin Date | |

Have you had a license for this business in the past? (●) Yes ( ) No

Do you own or rent the space (●) Own ( ) Rent (If rent, building owner/landlord ____________

Will the business have Annual Gross Income of $10.000 or more? (●) Yes ( ) No

Business Emergency Contact: Name Christopher Chestnut Phone Number 229-315-7861

**State/County Licensing Information:**

Seller's Permit # 212481920-00005

ABC License # ____________
(Required for Alcohol & Liquor Sales)

Health Certificate # 93505/RE11/EH-FDA-
(Required for Food Services – attach copy)

**Contractors:**
State License # ____________
Expiration Date ____________
State License Type ____________
(Required for Contractors)

**Commercial Business & Fire Life Safety Inspection for Local Businesses:**
Inspection Date 07/21/2025 Required Annually

**See the California City Master Fee Schedule on our website. Click here for cost of fees.**

By signing below, I certify under penalty of perjury that the foregoing information is true and correct. I agree to all of the terms of the City of California City business license requirements. I comply with the relevant state and county license requirements for my business and am aware that the City of California City business license does not cover state and county license requirements for my business.

Signature [signature] Digitally signed by Christopher Chestnut Date: 2025.08.22 17:07:29 -07'00'

Date 08/22/2025

Printed Name Christopher Chestnut

Clear Form Submit

*California City Correctional Facility*
California City, CA

**Facility:** California City Correctional Facility
**Location:** California City, CA
**Opened:** 1999
**Owned By:** CoreCivic

The California City Correctional Facility is owned and operated by CoreCivic. The facility will be operating twenty-four hours a day, three hundred and sixty-five days a year, under an initial contract with the United States Marshals Service. We expect the facility to operate in the same manner it has since it was constructed in 1999.

**Facility Description:**

California City Correctional Facility is located in California City, California in Kern County, California. It is a 2,560 bed facility designed and built by CoreCivic and began operation in December 1999.

Capacity: 2,560
Cells or Dorms: Cells
Number of Units: 10
Campus style or all under one roof: Campus Style
Dining Hall: 2 Dining Halls
Number of recreation yards and gymnasiums: 11 Recreation Yards, 2 Gymnasiums
Medical Space: Yes
Programs Space: Yes
Visitation Space: Yes
Square Footage: Approximately 522,363

The facility's physical plant covers approximately 522,363 square feet and is fully monitored for security and fire. In all areas there are heating, ventilation and air conditioning systems.

Each cell provides access to toilets, wash basins with hot and cold running water, above-floor sleeping surfaces, clothes hooks, writing surfaces, seating, natural lighting and storage space for personal belongings. Showers are thermostatically controlled, providing hot and cold water. Adjacent to the sleeping area is a central dayroom that contains tables, chairs, televisions and telephones.

There is a centrally located library along with multipurpose rooms outside the housing units for counseling, leisure-time activities, programs, etc. There is also an administrative area that includes space for staff, conference room, employee lounge and locker rooms.

The facility has a full-size facility kitchen equipped with appliances including a walk-in freezer, cooler, food warehouse and dry storage. The facility has a centrally located health services area in the main facility with space for waiting, examination, treatment, dentistry, nurse's station, pharmacy, medical staff offices and medical segregation/observation cells.

# ATTACHMENT C

ATTACHMENT C

**From:** "Malloy, John"
**Sent:** 09/15/2025 9:18:06 AM (-07:00)
**To:** "Anu Doravari" <adoravari@californiacity-ca.gov>
**Subject:** Clarifying Business Plan Language

Anu:

I wanted to follow up on our most recent business license application and include some clarifying language due to the expiration of the City's IGA with the United States Marshals Service (USMS) this month. As such, we are revising language in our business plan that is part of our Minor Site Plan Review (SPR) to state that the facility will operate under a contract with the federal government, consistent with how the facility operated before the lease to the State of California in 2013.

Please let me know if you have any questions.

# ATTACHMENT D

ATTACHMENT D

THIS DOCUMENT HAS A TRUE DOCUCHECK™ WATERMARK AND VISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES

NOT TRANSFERABLE

ACCOUNT NUMBER
20250209

**CITY OF CALIFORNIA CITY**
**21000 HACIENDA BLVD**
**CALIFORNIA CITY, CA 93505-2293**
**BUSINESS LICENSE CERTIFICATE**

**POST IN CONSPICUOUS PLACE**
**AT BUSINESS LOCATION**

**EXPIRATION DATE**
06/30/2026

Business Address: 22844 Virginia Blvd
California City CA 93505

CONTACT (S) None

BUSINESS NAME CoreCivic, Inc
DBA California City Correctional Facility
PO Box 2511
California City CA 93504
United States

**CITY CLERK**

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

KEEP FOR YOUR RECORDS

BUSINESS LICENSE RECEIPT

ACCT NO. 20250209

DATE ISSUED 02/26/2026

$

Last Pmt Date

Subject to Suspension
Cancellation or Revocation

FEES PAID IN ACCORDANCE WITH CITY BUSINESS LICNESE ORDINANCE

**CITY OF**
**CALIFORNIA CITY**

# ATTACHMENT E

ATTACHMENT E

February 27, 2026

***U.S. mail and electronic transmittal***
City of California City
City Hall
21000 Hacienda Blvd.
California City, CA 93505

To Mayor Hawkins, Members of the City Council, Members of the Planning Commission, Interim City Manager Grayson, City Attorney Ponto, and City Clerk,

On behalf of the Dignity Not Detention Coalition, I write to appeal the decision by California City to approve a business license, site plan review, and all related approvals to CoreCivic, Inc. for the operation of the California City Detention Facility, 22844 Virginia Blvd., California City, CA. This appeal is brought pursuant to sections 1-4.04, 1-4.05, and 9-2.212(b) of the California City Municipal Code (CCMC). The grounds for appeal are outlined below.

- The Business License, Site Plan Review, and all related approvals are not in conformance with the City's zoning for the facility. *See* CCMC § 9-2.803(a).
- The facility's zoning does not on its face allow civil immigration detention facilities. CCMC §§ 9-2.401, 9-2.402. Under the Municipal Code, any uses not expressly allowed within a zoning district are prohibited. CCMC § 9-2.102(b).
- Even if the facility's zoning district could allow civil immigration detention as a use similar to a "prison", whether it in fact does is ambiguous. The Municipal Code mandates that the Planning Commission and City Council resolve any ambiguities in interpreting the Code to allow uses not expressly permitted. CCMC § 9-2.103. The Council must make such determination before any Business License, Site Plan Review, or other permit for the facility may issue.
- Even if civil immigration detention is conditionally allowed in the facility's zoning district, then the converted facility still requires a Conditional Use Permit, including notice, public hearings, and public right of appeal. CCMC §§ 9-2.2501, 1-4.02(a).
- The City is prohibited from issuing a business license to CoreCivic because CoreCivic has been violating the Code by operating the facility without a license. The Code states that the City "shall" revoke or suspend a license if the licensee is violating the provisions of the business license chapter, which also includes the requirement that a business cannot operate without a license. CCMC §§ 1-3.01(a)(1), 9-2.2803(b), 9-2.2804(c), 3-2.3.201.
- Similarly, the Code provides that a license "shall be" suspended, cancelled, or revoked if the licensee has "[f]ailed to observe . . . the laws of the State" or has "[w]illfully or knowingly permitted violations of . . . the laws of the State." CCMC § 3-2.3.208(c)(4), (6). As set forth in the federal lawsuit pending against the federal government regarding conditions at the facility, CoreCivic has engaged in and knowingly facilitated numerous, egregious violations of state and federal law. *See Gomez Ruiz v. ICE*, Case No. 3:25-cv-09757 (N.D. Cal.; filed Nov. 12, 2025). Because these violations would require the City

to automatically suspend or terminate any *existing* business license, they should preclude the City from *issuing* CoreCivic a business license for the facility in the first instance.

A check for the $381.00 appeal fee, pursuant to the City's current fee schedule, has been mailed to the City Clerk. Please provide notice of any appeal hearing once the date and time are set. CCMC § 1-4.08. If this appeal will be decided without a hearing, please provide the date of the anticipated decision and immediate notice of the appeal body's determination so that we may exercise any further appeal rights to which we are entitled by law.

Sincerely,

Jehan Laner
Senior Staff Attorney
Immigrant Legal Resource Center

cc: Brandon Sanchez

2031489.2

# ATTACHMENT F

ATTACHMENT F

THIS DOCUMENT HAS A TRUE DOCUCHECK™ WATERMARK AND VISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES



NOT TRANSFERABLE

ACCOUNT NUMBER
20250209

**CITY OF CALIFORNIA CITY**
**21000 HACIENDA BLVD**
**CALIFORNIA CITY, CA 93505-2293**
**BUSINESS LICENSE CERTIFICATE**

**POST IN CONSPICUOUS PLACE AT BUSINESS LOCATION**

**EXPIRATION DATE**
06/30/2027

Business Address: 22844 Virginia Blvd
California City CA 93505

CONTACT (S) None

BUSINESS NAME CoreCivic, Inc
DBA California City Correctional Facility
PO Box 2511
California City CA 93504
United States

**CITY CLERK**

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

KEEP FOR YOUR RECORDS
BUSINESS LICENSE RECEIPT

ACCT NO. 20250209
DATE ISSUED 07/01/2026

$ 129.00

Last Pmt Date 06/16/2026

Subject to Suspension Cancellation or Revocation

FEES PAID IN ACCORDANCE WITH CITY BUSINESS LICNESE ORDINANCE

**CITY OF CALIFORNIA CITY**