**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

DIGNITY NOT DETENTION COALITION and JOHN DOE,

Petitioners and Plaintiffs,

v.

CITY OF CALIFORNIA CITY and CORECIVIC, INC.,

Respondents and Defendants.

CORECIVIC, INC.,

Real Party in Interest.

Case No. 1:25-cv-01292-JLT-CDB

**~~[PROPOSED]~~ ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AS MODIFIED**

(Doc. 87)

**ORDER VACATING DECEMBER 16, 2026, HEARING**

(Doc. 86)

The Court has considered Plaintiffs' Unopposed Motion for Administrative Relief for an Extension of Time to Respond to Motion to Dismiss, filed by Plaintiffs Dignity Not Detention Coalition and John Doe ("Plaintiffs") on November 18, 2026 (Doc. 87), the documents submitted therewith, and other documents on file with the Court.

Good cause appearing, it is HEREBY ORDERED that Plaintiffs' unopposed motion is GRANTED.

Accordingly, Plaintiffs SHALL FILE their response to Defendant CoreCivic's Motion to Dismiss Re: Mootness (Doc. 86) by no later than December 28, 2026.

Defendants shall file any optional reply by no later than January 7, 2027.

And it is FURTHER ORDERED that the hearing on the motion to dismiss set for December 16, 2026 (Doc. 86) is VACATED, to be reset as necessary by the presiding district judge.

IT IS SO ORDERED.

Dated: **November 19, 2026**

UNITED STATES MAGISTRATE JUDGE